UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ira R. Deiches, Esquire (013941976 NJ)
DEICHES & FERSCHMANN
25 Wilkins Avenue
Haddonfield, NJ 08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Debtors and
Debtors-in-Possession

Order Filed on May 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOHN M. ALBANO and GRACE M. ALBANO,

Debtors and Debtors-in-Possession.

Case No.: 17-18140

Chapter: 11

Judge: Christine M. Gravelle

## ORDER AUTHORIZING RETENTION OF
### Accountants for Debtors/Debtors-in-Possession

The relief set forth on the following page is **ORDERED**.

DATED: May 19, 2017

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Rosenberg & Manente, PLLC_____

as ____accountants for Debtors/Debtors-in-Possession____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

The professional's address is: ___Rosenberg & Manente, PLLC___

___12 West 32nd Street, 10th Floor___

___New York, NY 10001___

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-18140-CMG
John M. Albano                                                            Chapter 11
Grace M. Albano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: May 22, 2017
                             Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
db/jdb          +John M. Albano,   Grace M. Albano,   111 Hunt Road,   Freehold, NJ 07728-8126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
        Ira  Deiches   on behalf of Debtor John M. Albano ideiches@deicheslaw.com
        Ira  Deiches   on behalf of Joint Debtor Grace M. Albano ideiches@deicheslaw.com
        U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 3