DISTRICT OF New Jersey

In re: John & Grace Albano

Case No. 17-18140
Reporting Period: June 2017

## MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | .. | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____    Date 8/2/17
Signature of Debtor

_____    Date 8/2/17
Signature of Joint Debtor

_____    Date
Signature of Authorized Individual*

_____    _____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: John Albano & Grace Albano
Debtor

Case No. 17-18140-CMG
Reporting Period: June 1-30, 2017

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS ||||  CURRENT MONTH || CUMULATIVE FILING TO DATE ||
|---|---|---|---|---|---|---|---|---|
|  | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 48,650.81 |  |  |  | 48,650.81 |  | 0.00 |  |
| **RECEIPTS** |  |  |  |  |  |  |  |  |
| CASH SALES |  |  |  |  | 0.00 |  | 0.00 |  |
| ACCOUNTS RECEIVABLE |  |  |  |  | 0.00 |  | 0.00 |  |
| LOANS AND ADVANCES |  |  |  |  | 0.00 |  | 0.00 |  |
| SALE OF ASSETS |  |  |  |  | 0.00 |  | 0.00 |  |
| NET WAGES | 47,603.42 |  |  |  | 47,603.42 |  | 105,052.90 |  |
| TRANSFERS (FROM DIP ACCTS) |  |  |  |  | 0.00 |  | 0.00 |  |
| TRANSFERS FROM PREVIOUS ACCTS |  |  |  |  | 0.00 |  | 6,814.79 |  |
| TOTAL RECEIPTS | 47,603.42 |  |  |  | 47,603.42 |  | 111,867.69 |  |
| **DISBURSEMENTS** |  |  |  |  |  |  |  |  |
| AUTO INSURANCE | 562.49 |  |  |  | 562.49 |  | 1,134.98 |  |
| AUTO/LOCAL TRANSPORTATION | 2,863.28 |  |  |  | 2,863.28 |  | 3,587.22 |  |
| BANK SERVICE CHARGES |  |  |  |  | 0.00 |  | 25.00 |  |
| CLOTHING/PERSONAL CARE | 2,781.37 |  |  |  | 2,781.37 |  | 4,238.26 |  |
| DONATIONS | 125.00 |  |  |  | 125.00 |  | 125.00 |  |
| EDUCATION | 12,338.00 |  |  |  | 12,338.00 |  | 12,338.00 |  |
| FOOD & SUNDRIES | 6,099.15 |  |  |  | 6,099.15 |  | 8,160.90 |  |
| GIFTS | 1,550.00 |  |  |  | 1,550.00 |  | 1,550.00 |  |
| HOUSEHOLD GOODS | 2,244.76 |  |  |  | 2,244.76 |  | 4,375.44 |  |
| MEDICAL | 2,162.78 |  |  |  | 2,162.78 |  | 2,162.78 |  |
| RENT | 3,200.00 |  |  |  | 3,200.00 |  | 9,600.00 |  |
| REPAIRS & MAINTENANCE | 1,138.41 |  |  |  | 1,138.41 |  | 2,064.41 |  |
| SUPPLIES | 12.25 |  |  |  | 12.25 |  | 24.20 |  |
| TELEPHONE | 1,064.93 |  |  |  | 1,064.93 |  | 1,071.93 |  |
| UTILITIES | 1,152.80 |  |  |  | 1,152.80 |  | 2,450.56 |  |
| TRANSFERS (TO DIP ACCTS) |  |  |  |  |  |  |  |  |
| PROFESSIONAL FEES |  |  |  |  |  |  |  |  |
| U.S. TRUSTEE QUARTERLY FEES |  |  |  |  |  |  |  |  |
| COURT COSTS |  |  |  |  |  |  |  |  |
| TOTAL DISBURSEMENTS | 37,295.22 |  |  |  | 37,295.22 |  | 52,908.68 |  |
| NET CASH FLOW | 10,308.20 |  |  |  | 10,308.20 |  | 58,959.01 |  |
| (RECEIPTS LESS DISBURSEMENTS) |  |  |  |  |  |  |  |  |
| CASH - END OF MONTH | 58,959.01 |  |  |  | 58,959.01 |  | 58,959.01 |  |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) |  |
|---|---|
| TOTAL DISBURSEMENTS | $ |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ |

FORM MOR-1
(04/07)

In re _____ John Albano & Grace Albano _____
Debtor

Case No. _____ 17-18140-CMG _____
Reporting Period: _____ June 1-30, 2017

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| BALANCE PER BOOKS | | 58,959.01 | | | | | | |
| BANK BALANCE | | 58,743.79 | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER : PETTY CASH | | 215.22 | | | | | | |
| ADJUSTED BANK BALANCE * | | 58,959.01 | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| OTHER | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

FORM MOR-1a
(04/07)


# Bank
America's Most Convenient Bank®    T    STATEMENT OF ACCOUNT

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ
111 HUNT RD
FREEHOLD NJ  07728-8126

Page: 1 of 3
Statement Period: May 26 2017-Jun 25 2017
Cust Ref #: 4336897280-039-T-###
Primary Account #: 433-6897280

## Chapter 11 Checking

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

Account # 433-6897280

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 36,141.84 | Average Collected Balance | 44,086.10 |
| Deposits | 33,322.39 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 14,096.22 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 2,453.37 | Days in Period | 31 |
| Other Withdrawals | 10,500.00 | | |
| Ending Balance | 42,414.64 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/26 | DEPOSIT | 14,281.02 |
| 06/09 | DEPOSIT | 9,520.69 |
| 06/16 | DEPOSIT | 9,520.68 |
| | Subtotal: | 33,322.39 |

**Checks Paid**  No. Checks: 8

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 05/26 | 135 | 470.23 | 06/20 | 139 | 201.99 |
| 06/16 | 136 | 12,338.00 | 06/22 | 140 | 250.00 |
| 06/09 | 137 | 180.00 | 06/22 | 141 | 181.00 |
| 06/20 | 138 | 225.00 | 06/23 | 40142* | 250.00 |
| | | | | Subtotal: | 14,096.22 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/30 | ELECTRONIC CK PMT-POP, HOME DEPOT 0933 PURCHASE 134    HOWENJ | 170.90 |
| 05/30 | ELECTRONIC PMT-WEB, NJ AMERICAN WATR ONLINE PMT CKF****13488POS | 16.83 |
| 05/30 | TDBANK BILL PAY CHECK, JEFF DELANTY CHECK# 995008 | 120.00 |
| 06/02 | ELECTRONIC PMT-WEB, NEW JERSEY GAS ONLINE PMT CKF****13488POS | 190.73 |
| 06/05 | ELECTRONIC PMT-WEB, PROGRESSIVE INS ONLINE PMT CKF****13488POS | 562.49 |
| 06/05 | TDBANK BILL PAY CHECK, VERIZON WIRELESS CHECK# 995012 | 502.97 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 3

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance  42,414.64

② Total Deposits  +

③ Sub Total

④ Total Withdrawals  -

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include

- Your name and account number
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES. Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

Page: 3 of 3
Statement Period: May 26 2017-Jun 25 2017
Cust Ref #: 4336897280-039-T-###
Primary Account #: 433-6897280

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/13 | ELECTRONIC PMT-WEB, NEW JERSEY GAS ONLINE PMT CKF****13488POS | 17.03 |
| 06/13 | ELECTRONIC PMT-WEB, ALLY FIN AUTO ONLINE PMT CKF****13488POS | 558.94 |
| 06/15 | ELECTRONIC PMT-WEB, VERIZON ONLINE PMT CKF****13488POS | 313.48 |
|  | Subtotal: | 2,453.37 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/30 | DEBIT | 1,000.00 |
| 06/01 | DEBIT | 1,000.00 |
| 06/09 | DEBIT | 3,000.00 |
| 06/16 | DEBIT | 3,000.00 |
| 06/20 | DEBIT | 2,500.00 |
|  | Subtotal: | 10,500.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/25 | 36,141.84 | 06/13 | 52,153.43 |
| 05/26 | 49,952.63 | 06/15 | 51,839.95 |
| 05/30 | 48,644.90 | 06/16 | 46,022.63 |
| 06/01 | 47,644.90 | 06/20 | 43,095.64 |
| 06/02 | 47,454.17 | 06/22 | 42,664.64 |
| 06/05 | 46,388.71 | 06/23 | 42,414.64 |
| 06/09 | 52,729.40 |  |  |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender