UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ira R. Deiches, Esquire (NJ ID #013941976)
**DEICHES & FERSCHMANN**
25 Wilkins Avenue
Haddonfield, NJ 08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Debtors and Debtors-in-Possession

Order Filed on September 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-18140

In Re:

JOHN M. ALBANO and GRACE M. ALBANO,

    Debtors and Debtors-in-Possession.

Judge: Hon. Christine M. Gravelle

Chapter 11

Hearing Date:  September 19, 2017
                    10:00 a.m.

## ORDER TO DISALLOW, MODIFY AND FIX TREATMENT OF CLAIM PURSUANT TO F.R.Bankr.P. 3007(a) and 11 U.S.C. §502

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

DATED: September 19, 2017

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | JOHN M. ALBANO and GRACE M. ALBANO |
| Case No.: | 17-18140-CMG |
| Caption of Order: | **ORDER TO DISALLOW, MODIFY AND FIX TREATMENT OF CLAIM PURSUANT TO F.R.Bankr.P. 3007(a) and 11 U.S.C. §502** |

---

This matter being opened to the Court by Ira R. Deiches, Esquire, of the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for John M. Albano and Grace M. Albano, Debtors and Debtors-in-Possession herein ("Debtors"), by notice of Debtors' Motion to Disallow, Modify and Fix Treatment of Claim, and the Court having considered the opposition thereto, if any, and good cause having been shown, it is hereby:

**ORDERED** as follows:

Claim No. 2.2 of HSBC Bank USA, N.A., scheduled on Debtors' Schedules originally filed on April 21, 2017, as a secured claim in the sum of $1,036,971.75, is hereby disallowed in its entirety; and it is

**FURTHER ORDERED** that a copy of this Order shall be served on all interested parties within seven (7) days of the date hereof.