UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ira R. Deiches, Esquire (NJ ID #013941976)
**DEICHES & FERSCHMANN**
25 Wilkins Avenue
Haddonfield, NJ 08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Debtors and Debtors-in-Possession

In Re:

JOHN M. ALBANO and GRACE M. ALBANO,

    Debtors and Debtors-in-Possession.

Order Filed on September 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-18140

Chapter 11

Judge: Honorable Christine M. Gravelle

Hearing Date: September 19, 2017
                 2:00 p.m.

**ORDER AWARDING INTERIM COMPENSATION TO
ATTORNEY FOR DEBTORS AND DEBTORS-IN-POSSESSION**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED.**

DATED: September 20, 2017

_/s/ Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtor: JOHN M. ALBANO and GRACE M. ALBANO
Case No.; 17-18140-CMG
Caption of Order: **ORDER AWARDING INTERIM COMPENSATION TO ATTORNEY FOR DEBTORS AND DEBTORS-IN-POSSESSION**

---

This matter being opened to the Court by Ira R. Deiches, Esquire, of the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for John M. Albano and Grace M. Albano, Debtors and Debtors-in-Possession herein ("Debtors"), upon application by the terms of which said attorneys sought an Order of this Court awarding interim compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties; and upon cause shown;

Now, therefore, it is

**ORDERED** that the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for Debtors herein, be and is hereby allowed interim compensation for services rendered in the sum of $ 13,557.50, together with reimbursement of expenses in the sum of $ 34.36, for a total allowance herein of $ 13,591.86.