UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ira R. Deiches, Esquire (NJ ID #013941976)
**DEICHES & FERSCHMANN**
25 Wilkins Avenue
Haddonfield, NJ 08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Debtors and Debtors-in-Possession

In Re:

JOHN M. ALBANO and GRACE M. ALBANO,

                Debtors and Debtors-in-Possession.

Order Filed on September 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-18140

Judge: Hon. Christine M. Gravelle

Chapter 11

Hearing Date:  September 19, 2017
                     10:00 a.m.

## ORDER TO DISALLOW, MODIFY AND FIX TREATMENT OF CLAIM PURSUANT TO F.R.Bankr.P. 3007(a) and 11 U.S.C. §502

       The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: September 19, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor:            JOHN M. ALBANO and GRACE M. ALBANO

Case No.;         17-18140-CMG

Caption of Order:   **ORDER TO DISALLOW, MODIFY AND FIX TREATMENT OF
CLAIM PURSUANT TO F.R.Bankr.P. 3007(a) and 11 U.S.C. §502**

---

This matter being opened to the Court by Ira R. Deiches, Esquire, of the firm of Deiches
& Ferschmann, A Professional Corporation, attorneys for John M. Albano and Grace M. Albano,
Debtors and Debtors-in-Possession herein ("Debtors"), by notice of Debtors' Motion to Disallow,
Modify and Fix Treatment of Claim, and the Court having considered the opposition thereto, if
any, and good cause having been shown, it is hereby:

      **ORDERED** as follows:

      Claim No. 2.2 of HSBC Bank USA, N.A., scheduled on Debtors' Schedules originally filed
on April 21, 2017, as a secured claim in the sum of $1,036,971.75, is hereby disallowed in its
entirety; and it is

      **FURTHER ORDERED** that a copy of this Order shall be served on all interested parties
within seven (7) days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-18140-CMG
John M. Albano                                                                           Chapter 11
Grace M. Albano
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Sep 19, 2017
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
db/jdb          +John M. Albano,    Grace M. Albano,    111 Hunt Road,    Freehold, NJ 07728-8126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, National Association, as Trustee of
              J.P. Morgan Alternative Loan Trust 2007- A1, Mortgage Pass- Through Certificiates, Series
              2007-A1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Ira  Deiches    on behalf of Debtor John M. Albano ideiches@deicheslaw.com
              Ira  Deiches    on behalf of Joint Debtor Grace M. Albano ideiches@deicheslaw.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 4