Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−18140−CMG
Chapter: 11
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John M. Albano
111 Hunt Road
Freehold, NJ 07728

Grace M. Albano
111 Hunt Road
Freehold, NJ 07728

Social Security No.:
xxx−xx−7225

xxx−xx−1550

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     10/17/17
Time:     02:00 PM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Rosenberg & Manente
Accountant for Debtor's

COMMISSION OR FEES
$4,131.25

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: September 20, 2017
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-18140-CMG
John M. Albano                                                                  Chapter 11
Grace M. Albano
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2             Date Rcvd: Sep 20, 2017
                              Form ID: 137               Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
db/jdb         +John M. Albano,    Grace M. Albano,    111 Hunt Road,    Freehold, NJ 07728-8126
acc            +Rosenberg & Manente,    12 West 32nd St.,    10th Fl,   New York, NY 10001-0891
516780892      +A-1 Collections,    2297 State Highway 33,    Ste 906,   Hamilton Square, NJ 08690-1717
516780894      +Anthony and Domenica Greco,    21 Country View Drive,    Freehold, NJ 07728-9019
516780896      +Centrastate Medical Center,    901 W. Main St.,    Freehold, NJ 07728-2549
516780898      +HSBC Bank USA,    Attn: KML Law Group, PC,    216 Haddon Ave., Ste 406,    Westmont, NJ 08108-2812
516780897      +High Focus Centers,    6 Paragon Way, #104,    Freehold, NJ 07728-5925
516880835      +High Focus Centers,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
516780900       Marlboro Medical Center,    203 US 9,   Morganville, NJ 07751
516780891      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   New Jersey Division of Taxation,
                 Compliance & Enforcement-Bankruptcy Unit,    50 Barrack St., 9th Floor,    PO Box 245,
                 Trenton, NJ 08695-0267)
516780902       Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
516898520      +State of NJ Tax Div.,    POB 245,   Trenton, NJ 08695-0245
516780903      +Summit Collection Services,    50 N. Franklin Turnpike,    Ho Ho Kus, NJ 07423-1562

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: cio.bncmail@irs.gov Sep 20 2017 23:16:48     Dist Dir of IRS,
                 Insolvency Function,    PO Box 724,   Springfield, NJ 07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2017 23:17:13      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2017 23:17:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516780893      +E-mail/Text: ally@ebn.phinsolutions.com Sep 20 2017 23:16:37      Ally Financial,
                 PO Box 380901,    Bloomington, MN 55438-0901
516818412       E-mail/Text: ally@ebn.phinsolutions.com Sep 20 2017 23:16:37      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
516780895      +E-mail/Text: bankruptcy@cavps.com Sep 20 2017 23:17:24     Cavalry Portfolio  Services,
                 Agent/Assignee of Capital One,    500 Summit Lake Dr.,   Valhalla, NY 10595-1340
516981545      +E-mail/Text: bankruptcy@cavps.com Sep 20 2017 23:17:24     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516780899       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 20 2017 23:17:23      Jefferson Capital Systems,
                 Agent/Assignee of Verizon Wireless,    16 McLeland Rd,   Saint Cloud, MN 56303
516780901       E-mail/Text: bankruptcy@savit.com Sep 20 2017 23:18:00     Savit Collection Agency,
                 PO Box 250,    East Brunswick, NJ 08816-0250
516780902       E-mail/Text: jennifer.chacon@spservicing.com Sep 20 2017 23:18:09
                 Select Portfolio Servicing, Inc.,    PO Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516780890*      Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2           Date Rcvd: Sep 20, 2017
                              Form ID: 137               Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2017 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of
               J.P. Morgan Alternative Loan Trust 2007- A1, Mortgage Pass- Through Certificiates, Series
               2007-A1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Ira   Deiches    on behalf of Debtor John M. Albano ideiches@deicheslaw.com
              Ira   Deiches    on behalf of Joint Debtor Grace M. Albano ideiches@deicheslaw.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```