**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Ira R. Deiches, Esquire (NJ ID #013941976)
**DEICHES & FERSCHMANN**
25 Wilkins Avenue
Haddonfield, NJ 08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Debtors and Debtors-in-Possession

In Re:

JOHN M. ALBANO and GRACE M. ALBANO,

    Debtors and Debtors-in-Possession.

Order Filed on September 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-18140

Chapter 11

Judge: Honorable Christine M. Gravelle

Hearing Date: September 19, 2017
              2:00 p.m.

## ORDER AWARDING INTERIM COMPENSATION TO ATTORNEY FOR DEBTORS AND DEBTORS-IN-POSSESSION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: September 20, 2017

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtor: JOHN M. ALBANO and GRACE M. ALBANO
Case No.: 17-18140-CMG
Caption of Order: **ORDER AWARDING INTERIM COMPENSATION TO ATTORNEY FOR DEBTORS AND DEBTORS-IN-POSSESSION**

---

This matter being opened to the Court by Ira R. Deiches, Esquire, of the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for John M. Albano and Grace M. Albano, Debtors and Debtors-in-Possession herein ("Debtors"), upon application by the terms of which said attorneys sought an Order of this Court awarding interim compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties; and upon cause shown;

Now, therefore, it is

**ORDERED** that the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for Debtors herein, be and is hereby allowed interim compensation for services rendered in the sum of $ 13,557.50, together with reimbursement of expenses in the sum of $ 34.36, for a total allowance herein of $ 13,591.86.

-2-

United States Bankruptcy Court
District of New Jersey

In re:
John M. Albano
Grace M. Albano
    Debtors

Case No. 17-18140-CMG
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 20, 2017
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2017.
db/jdb        +John M. Albano,    Grace M. Albano,    111 Hunt Road,    Freehold, NJ 07728-8126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2017 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of J.P. Morgan Alternative Loan Trust 2007- A1, Mortgage Pass- Through Certificiates, Series 2007-A1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
       Ira   Deiches    on behalf of Debtor John M. Albano ideiches@deicheslaw.com
       Ira   Deiches    on behalf of Joint Debtor Grace M. Albano ideiches@deicheslaw.com
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                     TOTAL: 4