| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
|---|---|
| | <br>**Order Filed on October 2, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |

| In Re:<br><br>John M. Albano & Grace M. Albano<br><br>Debtor(s) | Case No.: | 17-18140-CMG |
|---|---|---|
| | Hearing Date: | 11/7/17 at 2:00 pm |
| | Chapter | 11 |
| | Judge: | Christine M. Gravelle |

### ORDER SCHEDULING A JOINT HEARING
### TO DETERMINE THE ADEQUACY OF DEBTOR'S DISCLOSURE STATEMENT
### AND IF APPROPRIATE TO CONFIRM DEBTOR'S PLAN OF REORGANIZATION
### AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN
### COMBINED WITH NOTICE THEREOF

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: October 2, 2017**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: John M. Albano & Grace M. Albano
Case No.: 17-18140-CMG
Caption of Order: ORDER SCHEDULING A JOINT HEARING TO DETERMINE THE ADEQUACY OF DEBTOR'S DISCLOSURE STATEMENT AND IF APPROPRIATE TO CONFIRM DEBTOR'S PLAN OF REORGANIZATION AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN COMBINED WITH NOTICE THEREOF

---

A Disclosure Statement and Plan of Reorganization dated 9/29/17 having been filed on 9/29/17 by Ira Deiches as attorney(s) for the debtor(s) John M. Albano & Grace M. Albano and for good cause shown, it is

1. ORDERED that pursuant to Fed. R. Bankr. P. 3017(a) and (d) a joint hearing to determine the adequacy of the Disclosure Statement (which is conditionally approved for the purposes set forth in this Order) and, if warranted, to approve the Plan of Reorganization shall be held before the Honorable Christine M. Gravelle on November 7, 2017, at 2:00 p.m. in United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey, 08608, Courtroom 3; and it is further

2. ORDERED that within three (3) days after the entry of this Order, copies of this Order, the Disclosure Statement, the Plan of Reorganization, and a ballot shall be mailed by the plan proponent to the Debtor, the United States Trustee, Counsel for the Creditor's Committee (if any), the Securities Exchange Commission, all creditors, equity security holders and other parties in interest as provided by Fed. R. Bankr. P. 3017(d). Such copies shall also be provided by the proponent to any party in interest upon written request; and it is further

3. ORDERED that written objections to the adequacy of the Disclosure Statement shall be filed the Clerk of this Court and served upon counsel for the Debtor, Counsel for the Creditor's Committee and upon the United States Trustee no later than seven (7) days prior to the November 7, 2017 hearing. No creditor or other party in interest shall be heard in

Debtor:
Case No.:
Caption of Order:  ORDER SCHEDULING A JOINT HEARING TO DETERMINE THE ADEQUACY OF DEBTOR'S DISCLOSURE STATEMENT AND IF APPROPRIATE TO CONFIRM DEBTOR'S PLAN OF REORGANIZATION AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN COMBINED WITH NOTICE THEREOF

---

opposition to the adequacy of the Disclosure Statement without good cause, unless such party shall have served and filed such objection as described herein; and it is further

    4.  ORDERED that written objections to the Plan of Reorganization shall be filed with the Clerk and served on the plan proponent no later than seven (7) days before the __November 7, 2017__, hearing; ballots accepting or rejecting the Plan shall be filed with the attorney for the plan proponent as provided in D.N.J. LBR 3018-2 no later than seven (7) days before the __November 7, 2017__, hearing.