UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on October 2, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

John M. Albano & Grace M. Albano

Debtor(s)

| | |
|---|---|
| Case No.: | 17-18140-CMG |
| Hearing Date: | 11/7/17 at 2:00 pm |
| Chapter | 11 |
| Judge: | Christine M. Gravelle |

**ORDER SCHEDULING A JOINT HEARING
TO DETERMINE THE ADEQUACY OF DEBTOR'S DISCLOSURE STATEMENT
AND IF APPROPRIATE TO CONFIRM DEBTOR'S PLAN OF REORGANIZATION
AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN
COMBINED WITH NOTICE THEREOF**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: October 2, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

Debtor: John M. Albano & Grace M. Albano
Case No.: 17-18140-CMG
Caption of Order: ORDER SCHEDULING A JOINT HEARING TO DETERMINE THE ADEQUACY OF DEBTOR'S DISCLOSURE STATEMENT AND IF APPROPRIATE TO CONFIRM DEBTOR'S PLAN OF REORGANIZATION AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN COMBINED WITH NOTICE THEREOF

---

A Disclosure Statement and Plan of Reorganization dated  9/29/17

having been filed on  9/29/17  by  Ira Deiches  as attorney(s) for the

debtor(s)  John M. Albano & Grace M. Albano  and for good cause shown, it is

1. ORDERED that pursuant to Fed. R. Bankr. P. 3017(a) and (d) a joint hearing to determine the adequacy of the Disclosure Statement (which is conditionally approved for the purposes set forth in this Order) and, if warranted, to approve the Plan of Reorganization shall be held before the Honorable Christine M. Gravelle on  November 7, 2017, at  2:00  **p.m.** in United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, New Jersey, 08608, Courtroom 3; and it is further

2. ORDERED that within three (3) days after the entry of this Order, copies of this Order, the Disclosure Statement, the Plan of Reorganization, and a ballot shall be mailed by the plan proponent to the Debtor, the United States Trustee, Counsel for the Creditor's Committee (if any), the Securities Exchange Commission, all creditors, equity security holders and other parties in interest as provided by Fed. R. Bankr. P. 3017(d). Such copies shall also be provided by the proponent to any party in interest upon written request; and it is further

3. ORDERED that written objections to the adequacy of the Disclosure Statement shall be filed the Clerk of this Court and served upon counsel for the Debtor, Counsel for the Creditor's Committee and upon the United States Trustee no later than seven (7) days prior to the  November 7, 2017  hearing. No creditor or other party in interest shall be heard in

Page 3

Debtor:
Case No.:
Caption of Order:   ORDER SCHEDULING A JOINT HEARING TO DETERMINE THE
ADEQUACY OF DEBTOR'S DISCLOSURE STATEMENT AND IF
APPROPRIATE TO CONFIRM DEBTOR'S PLAN OF
REORGANIZATION AND FIXING TIME FOR FILING
ACCEPTANCES OR REJECTIONS OF PLAN COMBINED WITH
NOTICE THEREOF

---

opposition to the adequacy of the Disclosure Statement without good cause, unless such party shall have served and filed such objection as described herein; and it is further

   4.  ORDERED that written objections to the Plan of Reorganization shall be filed with the Clerk and served on the plan proponent no later than seven (7) days before the __November 7, 2017__, hearing; ballots accepting or rejecting the Plan shall be filed with the attorney for the plan proponent as provided in D.N.J. LBR 3018-2 no later than seven (7) days before the __November 7, 2017__, hearing.

```
                         United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                              Case No. 17-18140-CMG
John M. Albano                                                      Chapter 11
Grace M. Albano
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Oct 02, 2017
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
db/jdb         +John M. Albano,    Grace M. Albano,    111 Hunt Road,    Freehold, NJ 07728-8126
acc            +Rosenberg & Manente,    12 West 32nd St.,    10th Fl,   New York, NY 10001-0891

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, National Association, as Trustee of
               J.P. Morgan Alternative Loan Trust 2007- A1, Mortgage Pass- Through Certificiates, Series
               2007-A1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Ira   Deiches    on behalf of Debtor John M. Albano ideicheslaw.com
              Ira   Deiches    on behalf of Joint Debtor Grace M. Albano ideicheslaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4