UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ira R. Deiches, Esquire (NJ ID #013941976)
**DEICHES & FERSCHMANN**
25 Wilkins Avenue
Haddonfield, NJ 08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Debtors and Debtors-in-Possession

In Re:

JOHN M. ALBANO and GRACE M. ALBANO,

      Debtors and Debtors-in-Possession.

Order Filed on October 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-18140

Chapter 11

Judge: Honorable Christine M. Gravelle

Hearing Date: October 19, 2017 at 2pm

## ORDER AWARDING INTERIM COMPENSATION
## TO ACCOUNTANT FOR DEBTORS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: October 17, 2017**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtors: | John M. Albano and Grace M. Albano |
| Case No.; | 17-18140-CMG |
| Caption of Order: | **ORDER AWARDING INTERIM COMPENSATION TO ACCOUNTANT FOR DEBTORS** |

---

This matter being opened to the Court by Philip Rosenberg, CPA, of the firm of Rosenberg & Manente, PLLC's, accountant for John M. Albano and Grace M. Albano, Debtors herein ("Debtors"), upon application by the terms of which said accountant sought an Order of this Court awarding interim compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties; and upon cause shown;

Now, therefore, it is

**ORDERED** that Philip Rosenberg, CPA, of the firm of Rosenberg & Manente, PLLC's, accountant for Debtor herein, be and is hereby allowed interim compensation for services rendered in the sum of $ 4,131.25            .