UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ira R. Deiches, Esquire (NJ ID #013941976)
**DEICHES & FERSCHMANN**
25 Wilkins Avenue
Haddonfield, NJ  08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Debtors

In Re:

JOHN M. ALBANO and GRACE M. ALBANO,

                                            Debtors.

Case No. 17-18140

Hon. Christine M. Gravelle, U.S.B.J.

Chapter 11

## SUPPLEMENT TO INDIVIDUAL DEBTORS' CHAPTER 11 COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT

This is an important Supplement to the Chapter 11 Combined Plan of Reorganization and Disclosure Statement of John M. Albano and Grace M. Albano ("Debtors"), filed September 29, 2017. This pleading is intended to supplement those portions of Debtors' Disclosure Statement and Plan relating to Debtors' proposed distributions on account of Allowed Secured, Priority and Unsecured Claims under Debtors' Plan of Reorganization by providing the attached cash flow projection through the end of 2021, to demonstrate the feasibility of Debtors' Plan.

DEICHES & FERSCHMANN
A Professional Corporation
Attorneys for Debtors

Dated: October 18, 2017

By: _____
Ira R. Deiches, Esquire

| | 3/31/18 | 6/30/18 | 9/30/18 | 12/31/18 | 3/31/19 | 6/30/19 | 9/30/19 | 12/31/19 | 3/31/20 | 6/30/20 | 9/30/20 | 12/31/20 | 3/31/21 | 6/30/21 | 9/30/21 | 12/31/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | | | |
| Gross Wages | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 | 200,000.00 |
| Payroll Taxes | 79,693.42 | 79,693.42 | 79,693.42 | 79,693.42 | 79,693.42 | 79,693.42 | 79,693.42 | 79,693.42 | 79,693.42 | 79,693.42 | 79,693.42 | 79,693.42 | 79,693.42 | 79,693.42 | 79,693.42 | 79,693.42 |
| Total Income | 120,306.58 | 120,306.58 | 120,306.58 | 120,306.58 | 120,306.58 | 120,306.58 | 120,306.58 | 120,306.58 | 120,306.58 | 120,306.58 | 120,306.58 | 120,306.58 | 120,306.58 | 120,306.58 | 120,306.58 | 120,306.58 |
| **Expenses** | | | | | | | | | | | | | | | | |
| Auto Insurance | 1,686.00 | 1,686.00 | 1,686.00 | 1,686.00 | 1,686.00 | 1,686.00 | 1,686.00 | 1,686.00 | 1,686.00 | 1,686.00 | 1,686.00 | 1,686.00 | 1,686.00 | 1,686.00 | 1,686.00 | 1,686.00 |
| Auto/Local Transportation | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 |
| Clothing/Personal Care | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 |
| Food and Sundries | 27,500.00 | 27,500.00 | 27,500.00 | 27,500.00 | 27,500.00 | 27,500.00 | 27,500.00 | 27,500.00 | 27,500.00 | 27,500.00 | 27,500.00 | 27,500.00 | 27,500.00 | 27,500.00 | 27,500.00 | 27,500.00 |
| Gifts | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| Household Goods | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 |
| Medical | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| Rent Expense | 9,600.00 | 9,600.00 | 9,600.00 | 9,600.00 | 9,600.00 | 9,600.00 | 9,600.00 | 9,600.00 | 9,600.00 | 9,600.00 | 9,600.00 | 9,600.00 | 9,600.00 | 9,600.00 | 9,600.00 | 9,600.00 |
| Repairs and Maintenance | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| Telephone | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 |
| Utilities | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| Total Expense | 69,536.00 | 69,536.00 | 69,536.00 | 69,536.00 | 69,536.00 | 69,536.00 | 69,536.00 | 69,536.00 | 69,536.00 | 69,536.00 | 69,536.00 | 69,536.00 | 69,536.00 | 69,536.00 | 69,536.00 | 69,536.00 |
| Net Household Income | 50,770.58 | 50,770.58 | 50,770.58 | 50,770.58 | 50,770.58 | 50,770.58 | 50,770.58 | 50,770.58 | 50,770.58 | 50,770.58 | 50,770.58 | 50,770.58 | 50,770.58 | 50,770.58 | 50,770.58 | 50,770.58 |
| **Secured & Unsecured Debt** | | | | | | | | | | | | | | | | |
| IRS Debt #1 | 39,253.76 | 39,253.76 | 39,253.76 | 39,253.76 | 39,253.76 | 39,253.76 | 39,253.76 | 39,253.76 | 39,253.76 | 39,253.76 | 39,253.76 | 39,253.76 | 39,253.76 | 39,253.76 | 39,253.76 | 39,253.76 |
| IRS Debt #2 | 2,095.50 | 2,095.50 | 2,095.50 | 2,095.50 | 2,095.50 | 2,095.50 | 2,095.50 | 2,095.50 | 2,095.50 | 2,095.50 | 2,095.50 | 2,095.50 | 2,095.50 | 2,095.50 | 2,095.50 | 2,095.50 |
| Unsecured Debt | 1,393.55 | 1,393.55 | 1,393.55 | 1,393.55 | 1,393.55 | 1,393.55 | 1,393.55 | 1,393.55 | 1,393.55 | 1,393.55 | 1,393.55 | 1,393.55 | 1,393.55 | 1,393.55 | 1,393.55 | 1,393.55 |
| Total Payments | 42,742.81 | 42,742.81 | 42,742.81 | 42,742.81 | 42,742.81 | 42,742.81 | 42,742.81 | 42,742.81 | 42,742.81 | 42,742.81 | 42,742.81 | 42,742.81 | 42,742.81 | 42,742.81 | 42,742.81 | 42,742.81 |
| Net Cash Surplus | 8,027.78 | 8,027.78 | 8,027.78 | 8,027.78 | 8,027.78 | 8,027.78 | 8,027.78 | 8,027.78 | 8,027.78 | 8,027.78 | 8,027.78 | 8,027.78 | 8,027.78 | 8,027.78 | 8,027.78 | 8,027.78 |