UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ira R. Deiches, Esquire (NJ ID #013941976)
DEICHES & FERSCHMANN
25 Wilkins Avenue
Haddonfield, NJ 08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Debtors and Debtors-in-Possession

Case No.: 17-18140

Chapter: 11

In Re:

JOHN M. ALBANO and GRACE M. ALBANO,

Debtors and Debtors-in-Possession.

Adv. No.:

Hearing Date: November 7, 2017

Judge: Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, Ira R. Deiches :

   ☒ represent Debtors/Debtors-in-Possession in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On October 18, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Supplement to Individual Debtors' Chapter 11 Combined Plan of Reorganization and Disclosure Statement.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 18, 2017

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Securities and Exchange Commission<br>450 5th Street, NW<br>Washington, DC  20549-0601 | Securities and Exchange Commission | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ally Financial<br>P.O. Box 130424<br>Roseville, MN  55113-0004 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cavalry SPV I, LLC<br>Assignee of Capital One Bank USA, N.A.<br>500 Summit Lake Drive, Suite 400<br>Valhalla, NY  10595 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Centrastate Medical Center<br>901 West Main Street<br>Freehold, NJ  07728 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| High Focus Centers<br>c/o Fein, Such, Kahn & Shepard, PC<br>7 Century Drive, Suite 201<br>Parsippany, NJ  07054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jefferson Capital Systems<br>Agent/Assignee of Verizon Wireless<br>16 McLeland Road<br>Saint Cloud, MN  56303 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marlboro Medical Center<br>203 U.S. Route 9<br>Morganville, NJ  07751 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New Jersey Division of Taxation<br>Bankruptcy Section<br>P.O. Box 245<br>Trenton, NJ  08695<br><br>Mr. and Mrs. John M. Albano<br>111 Hunt Road<br>Freehold, NJ  07728 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*