**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Ira R. Deiches, Esquire (NJ ID #013941976)
**DEICHES & FERSCHMANN**
25 Wilkins Avenue
Haddonfield, NJ  08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Debtors and Debtors-in-Possession

In Re:

JOHN M. ALBANO and GRACE M. ALBANO,

                Debtors and Debtors-in-Possession.

Order Filed on October 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-18140

Chapter 11

Judge: Honorable Christine M. Gravelle

Hearing Date: October 19, 2017 at 2pm

## ORDER AWARDING INTERIM COMPENSATION
## TO ACCOUNTANT FOR DEBTORS

      The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: October 17, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtors:            John M. Albano and Grace M. Albano
Case No.;           17-18140-CMG
Caption of Order:   **ORDER AWARDING INTERIM COMPENSATION TO
                    ACCOUNTANT FOR DEBTORS**

---

This matter being opened to the Court by Philip Rosenberg, CPA, of the firm of Rosenberg & Manente, PLLC's, accountant for John M. Albano and Grace M. Albano, Debtors herein ("Debtors"), upon application by the terms of which said accountant sought an Order of this Court awarding interim compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties; and upon cause shown;

Now, therefore, it is

**ORDERED** that Philip Rosenberg, CPA, of the firm of Rosenberg & Manente, PLLC's, accountant  for Debtor herein, be and is hereby allowed interim compensation for services rendered in the sum of $ 4,131.25            .

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 17-18140-CMG
John M. Albano                                              Chapter 11
Grace M. Albano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1            Date Rcvd: Oct 18, 2017
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db/jdb          +John M. Albano,   Grace M. Albano,   111 Hunt Road,   Freehold, NJ 07728-8126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of
          J.P. Morgan Alternative Loan Trust 2007- Al, Mortgage Pass- Through Certificiates, Series
          2007-A1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Ira  Deiches    on behalf of Debtor John M. Albano ideiches@deicheslaw.com
         Ira  Deiches    on behalf of Joint Debtor Grace M. Albano ideiches@deicheslaw.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 4