UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ira R. Deiches, Esq. (NJID#013941976)
DEICHES & FERSCHMANN
A Professional Corporation
25 Wilkins Avenue
Haddonfield, NJ 08033
856-428-9696
ideiches@deicheslaw.com
Attorneys for Debtors and Debtors in Possession

In Re:

JOHN M. ALBANO and GRACE M. ALBANO

Case No.:    17-18140

Chapter:    11

Hearing Date:    November 7, 2017

Judge:    CMG

**CERTIFICATION OF BALLOTING**

|  | Impaired Yes/No | Number of Ballots Cast | Number of Ballots Accepting | Number of Ballots Rejecting | Percentage of Ballots Accepting | Dollar Amount of Ballots Accepting | Dollar Amount of Ballots Rejecting | Percentage of Dollar Amount Accepting | Accept Yes/No |
|---|---|---|---|---|---|---|---|---|---|
| **CLASS 1A** | Yes | 1 | 1 | 0 | 100% | $14,681.24 | $0 | 100% | Yes |
| **CLASS 1B** | Yes | 1 | 1 | 0 | 100% | $577,731.93 | $0 | 100% | Yes |
| **CLASS 2** | Yes | 3 | 3 | 0 | 100% | $16,955.06 | $0 | 100% | Yes |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

** Add additional classes as necessary.

If any ballots have not been included in this tally, provide an explanation:

I, __Ira R. Deiches, Esquire_____, the ☒ attorney for the, or ☐ self represented plan proponent in this case, certify under penalty of perjury that the above is true.

Date: __November 1, 2017_____

_____
Signature

*new.8/1/15*

2