UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ira R. Deiches, Esquire (NJ ID #013941976)
**DEICHES & FERSCHMANN**
25 Wilkins Avenue
Haddonfield, NJ 08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Debtors and Debtors-in-Possession

In Re:

JOHN M. ALBANO and GRACE M. ALBANO,

Debtors and Debtors-in-Possession.

Order Filed on November 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-18140

Chapter 11

Judge: Honorable Christine M. Gravelle

Hearing Date: November 7, 2017
2:00 p.m.

## ORDER FINALLY APPROVING INDIVIDUAL DEBTORS' CHAPTER 11 DISCLOSURE STATEMENT AND CONFIRMING PLAN OF REORGANIZATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: November 16, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

| | |
|---|---|
| Debtor: | JOHN M. ALBANO and GRACE M. ALBANO |
| Case No.: | 17-18140-CMG |
| Caption of Order: | **ORDER FINALLY APPROVING INDIVIDUAL DEBTORS' CHAPTER 11 DISCLOSURE STATEMENT AND CONFIRMING PLAN OF REORGANIZATION** |

---

The Plan under Chapter 11 of the Bankruptcy Code filed by John M. Albano and Grace M. Albano, individual Debtors herein, on September 29, 2017, as supplemented, having been transmitted to creditors together with a copy of the Disclosure Statement conditionally approved by this Court on October 2, 2017; and

It having been determined, after notice and a hearing, that the requirements for final approval of the Disclosure Statement have been satisfied; and

It having been determined, after a hearing on notice, that the requirements for confirmation of the Plan under 11 U.S.C. §1129 have been satisfied; it is hereby

**ORDERED** that:

1. The Disclosure Statement filed by John M. Albano and Grace M. Albano on September 29, 2017, as supplemented, is finally approved; and

2. The Plan filed by John M. Albano and Grace M. Albano on September 29, 2017, is confirmed.

United States Bankruptcy Court
District of New Jersey

In re:  
John M. Albano  
Grace M. Albano  
     Debtors

Case No. 17-18140-CMG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 17, 2017  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2017.  
db/jdb         +John M. Albano,   Grace M. Albano,   111 Hunt Road,   Freehold, NJ 07728-8126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2017 at the address(es) listed below:

           Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, National Association, as Trustee of J.P. Morgan Alternative Loan Trust 2007- A1, Mortgage Pass- Through Certificiates, Series 2007-A1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Ira   Deiches    on behalf of Debtor John M. Albano ideiches@deicheslaw.com  
           Ira   Deiches    on behalf of Joint Debtor Grace M. Albano ideiches@deicheslaw.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                         TOTAL: 4