```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ira R. Deiches, Esq. (NJ ID#0139411976)
DEICHES & FERSCHMANN
A Professional Corporation
25 Wilkins Avenue
Haddonfield, NJ 08033
856-428-9696
ideiches@deicheslaw.com
Attorneys for Reorganized Debtors

In Re:

JOHN M. ALBANO and GRACE M. ALBANO,
Reorganized Debtors

Case No.: 17-18140

Chapter: 11

Judge: CMG

## REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: 12/16/2017        Date Plan Confirmed: 11/16/2017

Check one:    ☒ Initial Distribution
              ☐ Subsequent Distribution

Will future distributions be made under the Plan?    ☒ Yes    ☐ No

Future distributions will be made to (*check all that apply*):

☒ Administrative fees and expenses
☒ Secured claims
☒ Priority secured claims
☒ General unsecured claims
☐ Equity security holders

Anticipated date of next distribution, if known: April or May, 2018

Percentage dividend to general unsecured creditors:

Paid in this distribution: 6.2 %
Paid to date: 6.2 %
To be paid after all distributions made under Plan: 100 %

**Summary of Payments Made in This Distribution:**

$ _____ Administrative fees and expenses
$ 39,269.75 Secured claims
$ 2,096.35 Priority unsecured claims
$ 1,393.51 General unsecured claims
$ _____ Equity security holders
$ 42,759.61 TOTAL PAYMENTS MADE IN THIS DISTRIBUTION

Questions regarding plan distributions may be directed to:

Name: Ira R. Deiches, Esquire

Company: Deiches & Ferschmann, A Professional Corporation

Address 1: 25 Wilkins Avenue

Address 2: _____

City, State, ZIP: Haddonfield, NJ 08033

Telephone: 856-428-9696

Facsimile: 856-795-6983

Email: ideiches@deicheslaw.com

Relationship to Plan proponent: Attorney for John and Grace Albano

I certify under penalty of perjury that the above is true.

Date: 12/18/2017                    /s/ *John M. Albano*
                                    Disbursing Agent

*rev.8/1/15*