DISTRICT OF ___New Jersey___

In re ___John & Grace Albano___    Case No. ___17-18140___
Reporting Period: ___November 2017___

## MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_John M Albano_      _2/7/18_
Signature of Debtor      Date

_Grace Albano_      _2/7/18_
Signature of Joint Debtor      Date

_____      _____
Signature of Authorized Individual*      Date

_____      _____
Printed Name of Authorized Individual      Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re____John Albano & Grace Albano_____   Case No. _____17-18140-CMG_____
             Debtor                                      Reporting Period: NOVEMBER 1-30, 2017

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
|  | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 105,393.80 |  |  |  | 105,393.80 |  | 0.00 |  |
| **RECEIPTS** | | | | | | | | |
| CASH SALES |  |  |  |  | 0.00 |  | 0.00 |  |
| ACCOUNTS RECEIVABLE |  |  |  |  | 0.00 |  | 0.00 |  |
| LOANS AND ADVANCES |  |  |  |  | 0.00 |  | 0.00 |  |
| SALE OF ASSETS |  |  |  |  | 0.00 |  | 0.00 |  |
| NET WAGES | 62,916.16 |  |  |  | 62,916.16 |  | 321,995.83 |  |
| TRANSFERS (FROM DIP ACCTS) |  |  |  |  | 0.00 |  | 0.00 |  |
| TRANSFERS FROM PREVIOUS ACCTS |  |  |  |  | 0.00 |  | 6,814.79 |  |
| TOTAL RECEIPTS | 62,916.16 |  |  |  | 62,916.16 |  | 328,810.62 |  |
| **DISBURSEMENTS** | | | | | | | | |
| AUTO INSURANCE | 543.32 |  |  |  | 543.32 |  | 3,884.98 |  |
| AUTO/LOCAL TRANSPORTATION | 2,201.40 |  |  |  | 2,201.40 |  | 15,165.37 |  |
| BANK SERVICE CHARGES | 0.00 |  |  |  | 0.00 |  | 25.00 |  |
| CLOTHING/PERSONAL CARE | 7,884.47 |  |  |  | 7,884.47 |  | 28,515.56 |  |
| DONATIONS | 0.00 |  |  |  | 0.00 |  | 225.00 |  |
| EDUCATION | 0.00 |  |  |  | 0.00 |  | 12,996.00 |  |
| ENTERTAINMENT | 0.00 |  |  |  | 0.00 |  | 789.34 |  |
| FOOD & SUNDRIES | 12,609.93 |  |  |  | 12,609.93 |  | 66,897.88 |  |
| GIFTS | 16.02 |  |  |  | 16.02 |  | 2,606.02 |  |
| HOUSEHOLD GOODS | 1,795.05 |  |  |  | 1,795.05 |  | 10,733.61 |  |
| MEDICAL | 611.83 |  |  |  | 611.83 |  | 5,241.08 |  |
| PROFESSIONAL FEES | 0.00 |  |  |  | 0.00 |  | 41.15 |  |
| RENT | 3,200.00 |  |  |  | 3,200.00 |  | 25,600.00 |  |
| REPAIRS & MAINTENANCE | 2,137.83 |  |  |  | 2,137.83 |  | 9,045.73 |  |
| SUPPLIES | 128.14 |  |  |  | 128.14 |  | 172.34 |  |
| TELEPHONE | 772.21 |  |  |  | 772.21 |  | 4,626.48 |  |
| TRAVEL | 244.77 |  |  |  | 244.77 |  | 631.61 |  |
| UTILITIES | 1,147.55 |  |  |  | 1,147.55 |  | 4,971.03 |  |
| TRANSFERS (TO DIP ACCTS) |  |  |  |  |  |  |  |  |
| PROFESSIONAL FEES |  |  |  |  |  |  |  |  |
| U.S. TRUSTEE QUARTERLY FEES |  |  |  |  | 0.00 |  | 1,625.00 |  |
| COURT COSTS |  |  |  |  |  |  |  |  |
| TOTAL DISBURSEMENTS | 33,292.52 |  |  |  | 33,292.52 |  | 193,793.18 |  |
| NET CASH FLOW | 29,623.64 |  |  |  | 29,623.64 |  | 135,017.44 |  |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| CASH - END OF MONTH | 135,017.44 |  |  |  | 135,017.44 |  | 135,017.44 |  |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| TOTAL DISBURSEMENTS | 33,292.52 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 33,292.52 |

In re: John Albano & Grace Albano
Debtor

Case No. 17-18140-CMG
Reporting Period: NOV 1-30, 2017

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | 135,017.44 | | | | | | |
| **BANK BALANCE** | | 134,945.60 | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER : PETTY CASH | | 71.84 | | | | | | |
| ADJUSTED BANK BALANCE * | | 135,017.44 | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | | | | | | | | |

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| **OTHER** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

FORM MOR-1a
(04/07)


**Bank**
America's Most Convenient Bank®

T    **STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ
111 HUNT RD
FREEHOLD NJ 07728-8126

Page:                 1 of 16
Statement Period:     Oct 26 2017-Nov 25 2017
Cust Ref #:           4336897280-039-T-###
Primary Account #:    433-6897280

## Chapter 11 Checking

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

Account # 433-6897280

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 103,164.43 | Average Collected Balance | 111,701.68 |
| Deposits | 53,928.14 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 89.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 4,103.55 | Days in Period | 31 |
| Electronic Payments | 24,097.28 | | |
| Other Withdrawals | 1,300.00 | | |
| Ending Balance | 127,680.74 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/26 | DEPOSIT | 8,988.03 |
| 11/02 | DEPOSIT | 8,988.02 |
| 11/13 | DEPOSIT | 17,976.05 |
| 11/20 | DEPOSIT | 8,988.02 |
| 11/21 | DEPOSIT | 8,988.02 |
| | Subtotal: | 53,928.14 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/30 | DEBIT CARD CREDIT, *****45185633936, AUT 103017 VISA DDA REF NORDSTROM 0522 3710 US    FREEHOLD    * NJ | 89.00 |
| | Subtotal: | 89.00 |

**Checks Paid**  No. Checks: 6
*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/31 | 113 | 181.00 | 11/09 | 117* | 260.55 |
| 10/30 | 114 | 3,200.00 | 11/17 | 118 | 100.00 |
| 11/07 | 115 | 181.00 | 11/22 | 119 | 181.00 |
| | | | | Subtotal: | 4,103.55 |

Call **1-800-937-2000** for 24-hour Bank-by-Phone services or connect to **www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

Page: 3 of 16
Statement Period: Oct 26 2017-Nov 25 2017
Cust Ref #: 4336897280-039-T-###
Primary Account #: 433-6897280

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/26 | TD ATM DEBIT, *****45185633936, AUT 102617 DDA WITHDRAW<br>3300 ROUTE 9      FREEHOLD    * NJ | 200.00 |
| 10/26 | DEBIT CARD PURCHASE, *****45185633936, AUT 102517 VISA DDA PUR<br>CHEESECAKE FREEHOLD      FREEHOLD    * NJ | 175.79 |
| 10/26 | DEBIT POS, *****45185633936, AUT 102617 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459   HOWELL    * NJ | 158.70 |
| 10/26 | DEBIT POS, *****45185633936, AUT 102617 DDA PURCH W/CB<br>WHOLEFDS MAR 10 113 ROU   MARLBORO    * NJ | 137.86 |
| 10/26 | DEBIT POS, *****45183719679, AUT 102517 DDA PURCHASE<br>WAL MART 3236      FREEHOLD    * NJ | 54.89 |
| 10/26 | DEBIT CARD PURCHASE, *****45185633936, AUT 102517 VISA DDA PUR<br>WAWA 955    00009555    HOWELL    * NJ | 20.00 |
| 10/26 | DEBIT CARD PURCHASE, *****45183719679, AUT 102517 VISA DDA PUR<br>PAX WHOLESOME FOODS      NEW YORK    * NY | 8.12 |
| 10/26 | DEBIT CARD PURCHASE, *****45185633936, AUT 102417 VISA DDA PUR<br>STARBUCKS STORE 07753    MANALAPAN    * NJ | 4.97 |
| 10/27 | DEBIT POS, *****45185633936, AUT 102717 DDA PURCH W/CB<br>02827 ACME      OLD BRIDGE   * NJ | 134.87 |
| 10/27 | DEBIT POS, *****45185633936, AUT 102717 DDA PURCHASE<br>TJ MAXX  4773 ROUTE 9    HOWELL    * NJ | 101.29 |
| 10/27 | DEBIT POS, *****45185633936, AUT 102717 DDA PURCH W/CB<br>CVS PHARM 10363  4251    HOWELL    * NJ | 56.68 |
| 10/27 | DEBIT CARD PURCHASE, *****45185633936, AUT 102617 VISA DDA PUR<br>HANDS ON      FREEHOLD    * NJ | 30.00 |
| 10/27 | DEBIT POS, *****45185633936, AUT 102717 DDA PURCH W/CB<br>02827 ACME      OLD BRIDGE   * NJ | 14.65 |
| 10/27 | DEBIT CARD PURCHASE, *****45183719679, AUT 102617 VISA DDA PUR<br>ESSEN      NEW YORK    * NY | 6.51 |
| 10/27 | DEBIT CARD PURCHASE, *****45185633936, AUT 102517 VISA DDA PUR<br>STARBUCKS STORE 07753    MANALAPAN    * NJ | 4.54 |
| 10/27 | DEBIT POS, *****45185633936, AUT 102717 DDA PURCHASE<br>WALGREENS STORE 3247 US    FREEHOLD    * NJ | 3.20 |
| 10/30 | NONTD ATM DEBIT, *****45185633936, AUT 103017 DDA WITHDRAW<br>3500 ROUTE 9 SOUTH      OLD BRIDGE   * NJ | 203.50 |
| 10/30 | DEBIT CARD PURCHASE, *****45183719679, AUT 102617 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 168.00 |
| 10/30 | DEBIT POS, *****45185633936, AUT 103017 DDA PURCHASE<br>NORDSTROM 0522 3710 US   FREEHOLD    * NJ | 153.00 |
| 10/30 | DEBIT POS, *****45185633936, AUT 102917 DDA PURCHASE<br>WAL MART 3236      FREEHOLD    * NJ | 152.42 |
| 10/30 | DEBIT POS, *****45185633936, AUT 103017 DDA PURCH W/CB<br>WAL MART SUPER CENTER    HOWELL    * NJ | 136.96 |
| 10/30 | DEBIT POS, *****45185633936, AUT 103017 DDA PURCH W/CB<br>02827 ACME      OLD BRIDGE   * NJ | 124.07 |

**Call 1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 4 of 16 |
| Statement Period: | Oct 26 2017-Nov 25 2017 |
| Cust Ref #: | 4336897280-039-T-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/30 | DEBIT CARD PURCHASE, *****45185633936, AUT 102717 VISA DDA PUR<br>TUSCANY IV ITALIAN    MARLBORO    * NJ | 92.38 |
| 10/30 | DEBIT POS, *****45185633936, AUT 103017 DDA PURCHASE<br>LORD  TAYLOR  059 RT    FREEHOLD    * NJ | 81.22 |
| 10/30 | DEBIT POS, *****45185633936, AUT 103017 DDA PURCHASE<br>LORD  TAYLOR  059 RT    FREEHOLD    * NJ | 76.30 |
| 10/30 | DEBIT CARD PURCHASE, *****45185633936, AUT 102917 VISA DDA PUR<br>TUSCANY IV ITALIAN    MARLBORO    * NJ | 65.12 |
| 10/30 | DEBIT CARD PURCHASE, *****45185633936, AUT 102817 VISA DDA PUR<br>JTV 126342460        800 5508393  * TN | 49.99 |
| 10/30 | DEBIT POS, *****45183719679, AUT 102917 DDA PURCHASE<br>THE HOME DEPOT  0961    FREEHOLD    * NJ | 35.24 |
| 10/30 | DEBIT CARD PURCHASE, *****45185633936, AUT 102917 VISA DDA PUR<br>DAIRY QUEEN  15071    FREEHOLD    * NJ | 27.19 |
| 10/30 | DEBIT CARD PURCHASE, *****45185633936, AUT 102717 VISA DDA PUR<br>WAWA 955      00009555    HOWELL    * NJ | 25.00 |
| 10/30 | DEBIT CARD PURCHASE, *****45185633936, AUT 102717 VISA DDA PUR<br>WAWA 955      00009555    HOWELL    * NJ | 19.63 |
| 10/30 | DEBIT POS, *****45183719679, AUT 103017 DDA PURCHASE<br>MANHATTAN BEAUTY INC    NEW YORK    * NY | 14.68 |
| 10/30 | DEBIT CARD PURCHASE, *****45185633936, AUT 102717 VISA DDA PUR<br>STARBUCKS STORE 07753    MANALAPAN    * NJ | 8.60 |
| 10/30 | DEBIT CARD PURCHASE, *****45185633936, AUT 102717 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 8.55 |
| 10/30 | DEBIT CARD PURCHASE, *****45185633936, AUT 102917 VISA DDA PUR<br>TUSCANY IV ITALIAN    MARLBORO    * NJ | 8.00 |
| 10/30 | DEBIT CARD PURCHASE, *****45183719679, AUT 102717 VISA DDA PUR<br>WWWPAXFOODCOM AND WWWEUR    NEW YORK    * NY | 7.02 |
| 10/30 | DEBIT CARD PURCHASE, *****45185633936, AUT 102617 VISA DDA PUR<br>STARBUCKS STORE 07753    MANALAPAN    * NJ | 7.00 |
| 10/30 | DEBIT POS, *****45185633936, AUT 103017 DDA PURCHASE<br>02827 ACME        OLD BRIDGE    * NJ | 4.65 |
| 10/30 | DEBIT CARD PURCHASE, *****45185633936, AUT 102617 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 4.54 |
| 10/30 | DEBIT POS, *****45185633936, AUT 103017 DDA PURCHASE<br>02827 ACME        OLD BRIDGE    * NJ | 4.11 |
| 10/30 | DEBIT CARD PURCHASE, *****45185633936, AUT 102617 VISA DDA PUR<br>STARBUCKS STORE 07753    MANALAPAN    * NJ | 1.60 |
| 10/30 | DEBIT CARD PURCHASE, *****45183719679, AUT 102717 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753  * CA | 0.99 |
| 10/31 | DEBIT CARD PURCHASE, *****45185633936, AUT 103017 VISA DDA PUR<br>GOLDEN CHINA        FREEHOLD    * NJ | 54.00 |
| 10/31 | DEBIT CARD PURCHASE, *****45183719679, AUT 102917 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 33.29 |



**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 5 of 16 |
| Statement Period: | Oct 26 2017-Nov 25 2017 |
| Cust Ref #: | 4336897280-039-T-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/31 | DEBIT CARD PURCHASE, *****45185633936, AUT 103017 VISA DDA PUR<br>TERRACE BAGELS     FREEHOLD    * NJ | 23.64 |
| 10/31 | DEBIT CARD PURCHASE, *****45185633936, AUT 103017 VISA DDA PUR<br>TSP COPPER CHEF  3OF3    973 2875176   * PA | 19.99 |
| 10/31 | DEBIT CARD PURCHASE, *****45183719679, AUT 103017 VISA DDA PUR<br>CHEF YU          NEW YORK    * NY | 12.25 |
| 11/01 | DEBIT POS, *****45185633936, AUT 110117 DDA PURCH W/CB<br>02827 ACME        OLD BRIDGE   * NJ | 171.22 |
| 11/01 | DEBIT POS, *****45185633936, AUT 110117 DDA PURCH W/CB<br>WAL MART 2195      HOWELL    * NJ | 135.50 |
| 11/01 | DEBIT CARD PURCHASE, *****45183719679, AUT 102717 VISA DDA PUR<br>OMAHASTEAKS COM     800 960 8400  * NE | 134.69 |
| 11/01 | DEBIT CARD PURCHASE, *****45185633936, AUT 103017 VISA DDA PUR<br>NORTHFACE VF OUTDOOR     888 863 1968  * WI | 119.00 |
| 11/01 | DEBIT CARD PURCHASE, *****45185633936, AUT 103117 VISA DDA PUR<br>FRANKIE FEDS PIZZA      732 2941333   * NJ | 98.43 |
| 11/01 | DEBIT POS, *****45185633936, AUT 110117 DDA PURCHASE<br>MACY S  3710 RT 9 SO    FREEHOLD    * NJ | 84.97 |
| 11/01 | DEBIT POS, *****45185633936, AUT 110117 DDA PURCH W/CB<br>WALGREENS 3247 US HIGH   FREEHOLD    * NJ | 52.58 |
| 11/01 | DEBIT POS, *****45185633936, AUT 110117 DDA PURCH W/CB<br>CVS PHARM 02547  4008    MORGANVILLE  * NJ | 45.79 |
| 11/01 | DEBIT POS, *****45185633936, AUT 110117 DDA PURCHASE<br>TOYS R US  6342      FREEHOLD    * NJ | 16.02 |
| 11/01 | DEBIT POS, *****45185633936, AUT 110117 DDA PURCH W/CB<br>02827 ACME        OLD BRIDGE   * NJ | 14.65 |
| 11/01 | DEBIT CARD PURCHASE, *****45185633936, AUT 103017 VISA DDA PUR<br>SPIRIT HALLOWEEN 60153    609 798 0949  * NJ | 8.00 |
| 11/01 | DEBIT CARD PURCHASE, *****45185633936, AUT 103017 VISA DDA PUR<br>STARBUCKS STORE 07753    MANALAPAN    * NJ | 7.00 |
| 11/01 | DEBIT CARD PURCHASE, *****45185633936, AUT 103117 VISA DDA PUR<br>DUNKIN  340485 Q35     FREEHOLD    * NJ | 5.00 |
| 11/02 | DEBIT POS, *****45185633936, AUT 110217 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 137.76 |
| 11/02 | TD ATM DEBIT, *****45185633936, AUT 110217 DDA WITHDRAW<br>3300 ROUTE 9       FREEHOLD    * NJ | 100.00 |
| 11/02 | DEBIT POS, *****45185633936, AUT 110217 DDA PURCH W/CB<br>02827 ACME        OLD BRIDGE   * NJ | 76.25 |
| 11/02 | DEBIT POS, *****45185633936, AUT 110217 DDA PURCHASE<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 50.00 |
| 11/02 | DEBIT POS, *****45185633936, AUT 110217 DDA PURCH W/CB<br>CVS PHARM 10363  4251    HOWELL    * NJ | 47.47 |
| 11/02 | DEBIT POS, *****45185633936, AUT 110217 DDA PURCHASE<br>RAINBOW  1927 3681 ROUTE   FREEHOLD    * NJ | 26.99 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

Document      Page 8 of 18



America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 6 of 16 |
| Statement Period: | Oct 26 2017-Nov 25 2017 |
| Cust Ref #: | 4336897280-039-T-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/02 | DEBIT POS, *****45185633936, AUT 110217 DDA PURCH W/CB<br>WALGREENS STORE 1020 US    HOWELL       * NJ | 25.25 |
| 11/02 | DEBIT CARD PURCHASE, *****45185633936, AUT 110117 VISA DDA PUR<br>DARA PETROLEUM        OLD BRIDGE   * NJ | 25.00 |
| 11/02 | DEBIT POS, *****45185633936, AUT 110117 DDA PURCHASE<br>02827 ACME            OLD BRIDGE   * NJ | 19.21 |
| 11/02 | DEBIT CARD PURCHASE, *****45185633936, AUT 110117 VISA DDA PUR<br>TUSCANY ITALIAN SPECIALT   OLD BRIDGE   * NJ | 8.97 |
| 11/02 | DEBIT CARD PURCHASE, *****45183719679, AUT 103117 VISA DDA PUR<br>NY PIZZA SUPREMA      NEW YORK     * NY | 7.00 |
| 11/02 | DEBIT CARD PURCHASE, *****45185633936, AUT 110117 VISA DDA PUR<br>ROSARIOS DELI INC     FREEHOLD     * NJ | 6.78 |
| 11/02 | DEBIT CARD PURCHASE, *****45185633936, AUT 103117 VISA DDA PUR<br>STARBUCKS STORE 22993   FREEHOLD    * NJ | 4.54 |
| 11/03 | TD ATM DEBIT, *****45183719679, AUT 110317 DDA WITHDRAW<br>469 7TH AVENUE        NEW YORK     * NY | 600.00 |
| 11/03 | DEBIT POS, *****45185633936, AUT 110317 DDA PURCH W/CB<br>02827 ACME            OLD BRIDGE   * NJ | 142.81 |
| 11/03 | DEBIT POS, *****45183719679, AUT 110317 DDA PURCHASE<br>BARRELMORE WINE  SPIRIT   NEW YORK    * NY | 67.49 |
| 11/03 | DEBIT CARD PURCHASE, *****45185633936, AUT 110217 VISA DDA PUR<br>TODAYS NAILS          HOWELL       * NJ | 30.00 |
| 11/03 | DEBIT POS, *****45185633936, AUT 110317 DDA PURCHASE<br>ULTA  661             HOWELL       * NJ | 18.15 |
| 11/03 | DEBIT CARD PURCHASE, *****45185633936, AUT 110217 VISA DDA PUR<br>WAWA 989    00009894    OLD BRIDGE   * NJ | 17.42 |
| 11/03 | DEBIT POS, *****45183719679, AUT 110317 DDA PURCHASE<br>MTA VENDING MACHINES     NEW YORK     * NY | 10.00 |
| 11/03 | DEBIT CARD PURCHASE, *****45183719679, AUT 110217 VISA DDA PUR<br>FAMOUS FAMILIGIA       NEW YORK     * NY | 6.70 |
| 11/03 | DEBIT CARD PURCHASE, *****45183719679, AUT 110217 VISA DDA PUR<br>TST  GREGORY S COFFEE    NEW YORK     * NY | 6.01 |
| 11/03 | DEBIT POS, *****45185633936, AUT 110317 DDA PURCHASE<br>02827 ACME            OLD BRIDGE   * NJ | 4.65 |
| 11/03 | DEBIT CARD PURCHASE, *****45185633936, AUT 110117 VISA DDA PUR<br>STARBUCKS STORE 07753    MANALAPAN   * NJ | 4.54 |
| 11/03 | DEBIT CARD PURCHASE, *****45185633936, AUT 110117 VISA DDA PUR<br>STARBUCKS STORE 07753    MANALAPAN   * NJ | 4.54 |
| 11/03 | DEBIT CARD PURCHASE, *****45185633936, AUT 110217 VISA DDA PUR<br>WAWA 989    00009894    OLD BRIDGE   * NJ | 1.91 |
| 11/03 | DEBIT POS, *****45185633936, AUT 110317 DDA PURCHASE<br>WAWA 989              OLD BRIDGE   * NJ | 1.91 |
| 11/03 | DEBIT CARD PURCHASE, *****45183719679, AUT 110217 VISA DDA PUR<br>ASBURY PARK PARKING    ASBURY PARK  * NJ | 1.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

Page:                        7 of 16
Statement Period:    Oct 26 2017-Nov 25 2017
Cust Ref #:              4336897280-039-T-###
Primary Account #:              433-6897280

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/06 | DEBIT POS, *****45183719679, AUT 110417 DDA PURCHASE<br>GF UNITED AUTO SERVICE     FREEHOLD     * NJ | 379.03 |
| 11/06 | DEBIT CARD PURCHASE, *****45185633936, AUT 110417 VISA DDA PUR<br>TUSCANY IV ITALIAN     MARLBORO     * NJ | 327.97 |
| 11/06 | DEBIT POS, *****45185633936, AUT 110417 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459     HOWELL     * NJ | 214.91 |
| 11/06 | DEBIT CARD PURCHASE, *****45183719679, AUT 110517 VISA DDA PUR<br>RANDAZZOS CLAM BAR OF NY     BROOKLYN     * NY | 195.90 |
| 11/06 | DEBIT POS, *****45185633936, AUT 110417 DDA PURCHASE<br>LORD  TAYLOR  059 RT     FREEHOLD     * NJ | 191.20 |
| 11/06 | TDBANK BILL PAY CHECK, MATT SINGER<br>CHECK# 995058 | 180.00 |
| 11/06 | DEBIT POS, *****45185633936, AUT 110617 DDA PURCH W/CB<br>02827 ACME           OLD BRIDGE  * NJ | 136.12 |
| 11/06 | DEBIT CARD PURCHASE, *****45183719679, AUT 110317 VISA DDA PUR<br>TRE                    FREEHOLD     * NJ | 131.34 |
| 11/06 | DEBIT POS, *****45185633936, AUT 110417 DDA PURCH W/CB<br>STOP  SHOP 0815     HOWELL     * NJ | 128.96 |
| 11/06 | DEBIT POS, *****45185633936, AUT 110617 DDA PURCH W/CB<br>STOP  SHOP 0815     HOWELL     * NJ | 124.55 |
| 11/06 | DEBIT CARD PURCHASE, *****45185633936, AUT 103117 VISA DDA PUR<br>A EAGLE OUTFTR00006593     888 2324535  * KS | 117.12 |
| 11/06 | DEBIT CARD PURCHASE, *****45183719679, AUT 110417 VISA DDA PUR<br>DYNASTY ASIAN FUSION     HOWELL     * NJ | 97.79 |
| 11/06 | DEBIT POS, *****45185633936, AUT 110417 DDA PURCHASE<br>BATH AND BODY WORKS 3353     FREEHOLD     * NJ | 70.54 |
| 11/06 | DEBIT POS, *****45183719679, AUT 110417 DDA PURCHASE<br>BARNESNOBLE 3981 US HWY     FREEHOLD     * NJ | 66.34 |
| 11/06 | DEBIT CARD PURCHASE, *****45185633936, AUT 110317 VISA DDA PUR<br>ROLL N ROASTER     BROOKLYN     * NY | 61.19 |
| 11/06 | DEBIT POS, *****45185633936, AUT 110617 DDA PURCHASE<br>HOBBYLOBBY 4578 US HIGHW     HOWELL     * NJ | 60.64 |
| 11/06 | DEBIT POS, *****45185633936, AUT 110417 DDA PURCHASE<br>YCC STORE 00019     FREEHOLD     * NJ | 56.62 |
| 11/06 | DEBIT CARD PURCHASE, *****45183719679, AUT 110317 VISA DDA PUR<br>CRATE  BARREL 633     NEW YORK CITY * NY | 48.83 |
| 11/06 | DEBIT POS, *****45185633936, AUT 110617 DDA PURCHASE<br>TONYS FAMILY PHARMACY     FREEHOLD     * NJ | 44.87 |
| 11/06 | DEBIT CARD PURCHASE, *****45183719679, AUT 110517 VISA DDA PUR<br>TUSCANY IV ITALIAN     MARLBORO     * NJ | 42.83 |
| 11/06 | DEBIT CARD PURCHASE, *****45185633936, AUT 110217 VISA DDA PUR<br>HANDS ON           FREEHOLD     * NJ | 40.00 |
| 11/06 | DEBIT CARD PURCHASE, *****45183719679, AUT 110417 VISA DDA PUR<br>WINE O LAND HOWELLI     HOWELL     * NJ | 39.51 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 8 of 16 |
| Statement Period: | Oct 26 2017-Nov 25 2017 |
| Cust Ref #: | 4336897280-039-T-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/06 | DEBIT CARD PURCHASE, *****45183719679, AUT 110517 VISA DDA PUR<br>LUKOIL 57207        MANALAPAN    * NJ | 36.37 |
| 11/06 | DEBIT CARD PURCHASE, *****45183719679, AUT 110417 VISA DDA PUR<br>JACKS MUSIC SHOPPE    RED BANK    * NJ | 36.28 |
| 11/06 | DEBIT CARD PURCHASE, *****45185633936, AUT 110217 VISA DDA PUR<br>DUNKIN 336715   Q35   HOWELL    * NJ | 27.99 |
| 11/06 | DEBIT CARD PURCHASE, *****45185633936, AUT 110317 VISA DDA PUR<br>ENRITE         OLD BRIDGE   * NJ | 25.00 |
| 11/06 | DEBIT CARD PURCHASE, *****45183719679, AUT 110317 VISA DDA PUR<br>NYCTAXI3R13         LONG ISLAND C * NY | 24.10 |
| 11/06 | DEBIT CARD PURCHASE, *****45183719679, AUT 110317 VISA DDA PUR<br>NYCTAXI1T94        JERSEY CITY  * NJ | 22.55 |
| 11/06 | DEBIT POS, *****45185633936, AUT 110617 DDA PURCHASE<br>TONYS FAMILY PHARMACY    FREEHOLD    * NJ | 14.82 |
| 11/06 | DEBIT CARD PURCHASE, *****45185633936, AUT 110417 VISA DDA PUR<br>BEAUTY PLUS SALON FREEHO   FREEHOLD    * NJ | 13.87 |
| 11/06 | DEBIT CARD PURCHASE, *****45185633936, AUT 110217 VISA DDA PUR<br>STARBUCKS STORE 22993      FREEHOLD    * NJ | 9.94 |
| 11/06 | DEBIT POS, *****45185633936, AUT 110617 DDA PURCHASE<br>02827 ACME         OLD BRIDGE   * NJ | 4.65 |
| 11/06 | DEBIT CARD PURCHASE, *****45185633936, AUT 110417 VISA DDA PUR<br>STARBUCKS STORE 22993      FREEHOLD    * NJ | 4.54 |
| 11/06 | DEBIT CARD PURCHASE, *****45185633936, AUT 110217 VISA DDA PUR<br>STARBUCKS STORE 22993      FREEHOLD    * NJ | 4.54 |
| 11/07 | TD ATM DEBIT, *****45185633936, AUT 110717 DDA WITHDRAW<br>3300 ROUTE 9       FREEHOLD    * NJ | 200.00 |
| 11/07 | DEBIT POS, *****45185633936, AUT 110717 DDA PURCH W/CB<br>02827 ACME         OLD BRIDGE   * NJ | 162.68 |
| 11/07 | DEBIT POS, *****45185633936, AUT 110717 DDA PURCH W/CB<br>WM SUPERC WAL MART SUP    HOWELL    * NJ | 140.71 |
| 11/07 | DEBIT POS, *****45185633936, AUT 110717 DDA PURCH W/CB<br>WHOLEFDS MAR 10 113 ROU    MARLBORO    * NJ | 115.98 |
| 11/07 | DEBIT POS, *****45185633936, AUT 110717 DDA PURCH W/CB<br>CVS PHARM 10363 4251    HOWELL    * NJ | 55.46 |
| 11/07 | DEBIT CARD PURCHASE, *****45183719679, AUT 110517 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 15.49 |
| 11/07 | DEBIT CARD PURCHASE, *****45183719679, AUT 110517 VISA DDA PUR<br>STARBUCKS STORE 07753    MANALAPAN    * NJ | 5.08 |
| 11/08 | ELECTRONIC PMT-WEB, ALLY FIN AUTO ONLINE PMT CKF****13488POS | 558.94 |
| 11/08 | TDBANK BILL PAY CHECK, VERIZON WIRELESS<br>CHECK# 995056 | 512.33 |
| 11/08 | DEBIT POS, *****45185633936, AUT 110817 DDA PURCH W/CB<br>WM SUPERC WAL MART SUP    HOWELL    * NJ | 149.36 |



**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 9 of 16 |
| Statement Period: | Oct 26 2017-Nov 25 2017 |
| Cust Ref #: | 4336897280-039-T-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/08 | DEBIT POS, *****45185633936, AUT 110817 DDA PURCH W/CB<br>02827 ACME    OLD BRIDGE   * NJ | 148.20 |
| 11/08 | DEBIT POS, *****45185633936, AUT 110817 DDA PURCHASE<br>ULTA  661       HOWELL    * NJ | 113.29 |
| 11/08 | DEBIT POS, *****45185633936, AUT 110817 DDA PURCH W/CB<br>STOP  SHOP 0815    HOWELL    * NJ | 109.73 |
| 11/08 | DEBIT POS, *****45185633936, AUT 110817 DDA PURCHASE<br>PIER 1 IMPORTS     HOWELL    * NJ | 85.50 |
| 11/08 | DEBIT POS, *****45185633936, AUT 110817 DDA PURCH W/CB<br>STOP  SHOP 0815    HOWELL    * NJ | 60.57 |
| 11/08 | DEBIT POS, *****45185633936, AUT 110817 DDA PURCHASE<br>PIER 1 IMPORTS     HOWELL    * NJ | 42.70 |
| 11/08 | DEBIT POS, *****45183719679, AUT 110817 DDA PURCHASE<br>GNC  2949 GNC 02949600 8   NEW YORK    * NY | 41.98 |
| 11/08 | DEBIT CARD PURCHASE, *****45185633936, AUT 110617 VISA DDA PUR<br>STARBUCKS STORE 22993     FREEHOLD    * NJ | 11.76 |
| 11/08 | DEBIT CARD PURCHASE, *****45183719679, AUT 110717 VISA DDA PUR<br>ESSEN           NEW YORK    * NY | 11.41 |
| 11/09 | DEBIT CARD PURCHASE, *****45183719679, AUT 110817 VISA DDA PUR<br>SARRAFCOM         213 6124690  * CA | 2,241.99 |
| 11/09 | TD ATM DEBIT, *****45185633936, AUT 110917 DDA WITHDRAW<br>3300 ROUTE 9       FREEHOLD    * NJ | 300.00 |
| 11/09 | DEBIT POS, *****45185633936, AUT 110917 DDA PURCH W/CB<br>STOP  SHOP 0815    HOWELL    * NJ | 115.47 |
| 11/09 | DEBIT CARD PURCHASE, *****45185633936, AUT 110717 VISA DDA PUR<br>CAESARS ADVANCE DEPOSIT    8662094732   * NJ | 102.49 |
| 11/09 | DEBIT POS, *****45185633936, AUT 110917 DDA PURCH W/CB<br>CVS PHARM 10363 4251    HOWELL    * NJ | 77.79 |
| 11/09 | DEBIT POS, *****45185633936, AUT 110917 DDA PURCHASE<br>TJ MAXX  4773 ROUTE 9   HOWELL    * NJ | 62.73 |
| 11/09 | DEBIT POS, *****45185633936, AUT 110917 DDA PURCHASE<br>WAWA 955          HOWELL    * NJ | 26.96 |
| 11/09 | DEBIT CARD PURCHASE, *****45185633936, AUT 110717 VISA DDA PUR<br>EXXONMOBIL  47970157   HOWELL    * NJ | 25.00 |
| 11/09 | DEBIT CARD PURCHASE, *****45183719679, AUT 110717 VISA DDA PUR<br>AMAZON MKTPLACE PMTS     AMZN COM BILL * WA | 9.99 |
| 11/09 | DEBIT CARD PURCHASE, *****45185633936, AUT 110717 VISA DDA PUR<br>STARBUCKS STORE 07753    MANALAPAN    * NJ | 6.79 |
| 11/09 | DEBIT CARD PURCHASE, *****45185633936, AUT 110717 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 4.54 |
| 11/09 | DEBIT POS, *****45185633936, AUT 110817 DDA PURCHASE<br>WAWA 989          OLD BRIDGE   * NJ | 3.20 |
| 11/10 | TD ATM DEBIT, *****45185633936, AUT 111017 DDA WITHDRAW<br>3300 ROUTE 9       FREEHOLD    * NJ | 200.00 |



**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 10 of 16 |
| Statement Period: | Oct 26 2017-Nov 25 2017 |
| Cust Ref #: | 4336897280-039-T-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/10 | DEBIT POS, *****45185633936, AUT 111017 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 160.74 |
| 11/10 | DEBIT POS, *****45183719679, AUT 111017 DDA PURCHASE<br>THE UPS STORE  1182 35    FREEHOLD    * NJ | 128.14 |
| 11/10 | DEBIT POS, *****45185633936, AUT 111017 DDA PURCH W/CB<br>WM SUPERC WAL MART SUP    HOWELL    * NJ | 105.50 |
| 11/10 | DEBIT CARD PURCHASE, *****45185633936, AUT 110917 VISA DDA PUR<br>HANDS ON    FREEHOLD    * NJ | 85.00 |
| 11/10 | DEBIT CARD PURCHASE, *****45183719679, AUT 110817 VISA DDA PUR<br>TST  GREGORY S COFFEE    NEW YORK    * NY | 6.71 |
| 11/10 | DEBIT CARD PURCHASE, *****45185633936, AUT 110817 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 4.54 |
| 11/10 | DEBIT CARD PURCHASE, *****45185633936, AUT 110817 VISA DDA PUR<br>STARBUCKS STORE 07753    MANALAPAN    * NJ | 4.54 |
| 11/13 | DEBIT CARD PURCHASE, *****45185633936, AUT 111117 VISA DDA PUR<br>TUSCANY IV ITALIAN    MARLBORO    * NJ | 222.16 |
| 11/13 | TD ATM DEBIT, *****45185633936, AUT 111317 DDA WITHDRAW<br>3300 ROUTE 9    FREEHOLD    * NJ | 200.00 |
| 11/13 | DEBIT POS, *****45185633936, AUT 111317 DDA PURCH W/CB<br>STOP  SHOP 0815    HOWELL    * NJ | 172.59 |
| 11/13 | DEBIT POS, *****45185633936, AUT 111217 DDA PURCHASE<br>URBAN OUTFITRS  100 MEN  EDISON    * NJ | 134.92 |
| 11/13 | DEBIT POS, *****45185633936, AUT 111217 DDA PURCHASE<br>NORDSTROM  0521 55 PARSO   EDISON    * NJ | 128.00 |
| 11/13 | DEBIT POS, *****45185633936, AUT 111217 DDA PURCHASE<br>MACY S   275 MENLO PA    EDISON    * NJ | 123.98 |
| 11/13 | DEBIT POS, *****45185633936, AUT 111317 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 120.97 |
| 11/13 | DEBIT POS, *****45185633936, AUT 111317 DDA PURCH W/CB<br>WM SUPERC WAL MART SUP    HOWELL    * NJ | 104.97 |
| 11/13 | DEBIT CARD PURCHASE, *****45183719679, AUT 111017 VISA DDA PUR<br>COURT JESTER    FREEHOLD    * NJ | 64.39 |
| 11/13 | DEBIT POS, *****45185633936, AUT 111317 DDA PURCH W/CB<br>TARGET T  4955 US HIGH    HOWELL    * NJ | 43.00 |
| 11/13 | DEBIT CARD PURCHASE, *****45185633936, AUT 110917 VISA DDA PUR<br>WENDYS STORE 0009    FREEHOLD    * NJ | 36.97 |
| 11/13 | DEBIT CARD PURCHASE, *****45185633936, AUT 111017 VISA DDA PUR<br>TODAYS NAILS    HOWELL    * NJ | 30.00 |
| 11/13 | DEBIT CARD PURCHASE, *****45183719679, AUT 111117 VISA DDA PUR<br>RIMINI PASTRY SHOPPE    BROOKLYN    * NY | 29.20 |
| 11/13 | DEBIT CARD PURCHASE, *****45183719679, AUT 111117 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 27.99 |
| 11/13 | DEBIT CARD PURCHASE, *****45185633936, AUT 111017 VISA DDA PUR<br>DELTA    FREEHOLD    * NJ | 25.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | | |
|---|---|---|
| Page: | | 11 of 16 |
| Statement Period: | | Oct 26 2017-Nov 25 2017 |
| Cust Ref #: | | 4336897280-039-T-### |
| Primary Account #: | | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/13 | DEBIT CARD PURCHASE, *****45183719679, AUT 111117 VISA DDA PUR<br>WAWA FOOD MARK00009100    HOWELL    * NJ | 21.25 |
| 11/13 | DEBIT CARD PURCHASE, *****45183719679, AUT 111017 VISA DDA PUR<br>AMARA DENTAL OF HOWELL    HOWELL    * NJ | 19.00 |
| 11/13 | DEBIT CARD PURCHASE, *****45185633936, AUT 111117 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 17.58 |
| 11/13 | ELECTRONIC PMT-WEB, NEW JERSEY GAS ONLINE PMT CKF****13488POS | 14.00 |
| 11/13 | DEBIT POS, *****45183719679, AUT 111117 DDA PURCHASE<br>7 ELEVEN        OLD BRIDGE   * NJ | 12.68 |
| 11/13 | DEBIT POS, *****45183719679, AUT 111217 DDA PURCHASE<br>PEPBOYS STORE  54 420    HOWELL    * NJ | 6.40 |
| 11/13 | DEBIT CARD PURCHASE, *****45185633936, AUT 111017 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 4.54 |
| 11/14 | DEBIT POS, *****45185633936, AUT 111417 DDA PURCH W/CB<br>02827 ACME        OLD BRIDGE   * NJ | 171.39 |
| 11/14 | DEBIT POS, *****45185633936, AUT 111417 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 135.25 |
| 11/14 | DEBIT CARD PURCHASE, *****45185633936, AUT 111217 VISA DDA PUR<br>OYAKO JAPANESE HIBACHI    FREEHOLD    * NJ | 89.78 |
| 11/14 | DEBIT CARD PURCHASE, *****45183719679, AUT 111217 VISA DDA PUR<br>FOX AND HOUND 65073    EDISON    * NJ | 55.96 |
| 11/14 | DEBIT CARD PURCHASE, *****45185633936, AUT 111317 VISA DDA PUR<br>WAWA 938    00009381    HOWELL    * NJ | 25.00 |
| 11/14 | DEBIT POS, *****45185633936, AUT 111417 DDA PURCHASE<br>MICHAELS STORES INC155    FREEHOLD    * NJ | 23.13 |
| 11/14 | DEBIT CARD PURCHASE, *****45183719679, AUT 111317 VISA DDA PUR<br>TST  GREGORY S COFFEE    NEW YORK    * NY | 10.72 |
| 11/14 | DEBIT POS, *****45185633936, AUT 111417 DDA PURCHASE<br>02827 ACME        OLD BRIDGE   * NJ | 8.98 |
| 11/15 | ELECTRONIC PMT-WEB, PROGRESSIVE INS ONLINE PMT CKF****13488POS | 543.32 |
| 11/15 | NONTD ATM DEBIT, *****45185633936, AUT 111517 DDA WITHDRAW<br>3500 ROUTE 9 SOUTH    OLD BRIDGE    * NJ | 203.50 |
| 11/15 | DEBIT POS, *****45185633936, AUT 111517 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 183.14 |
| 11/15 | DEBIT POS, *****45185633936, AUT 111517 DDA PURCHASE<br>MACY S   3710 RT 9 SO    FREEHOLD    * NJ | 168.90 |
| 11/15 | DEBIT POS, *****45185633936, AUT 111517 DDA PURCH W/CB<br>02827 ACME        OLD BRIDGE    * NJ | 153.77 |
| 11/15 | DEBIT POS, *****45185633936, AUT 111517 DDA PURCH W/CB<br>WAL MART  2195        HOWELL    * NJ | 110.94 |
| 11/15 | DEBIT POS, *****45185633936, AUT 111517 DDA PURCH W/CB<br>WHOLEFDS MAR 10 113 ROU    MARLBORO    * NJ | 109.98 |
| 11/15 | DEBIT POS, *****45185633936, AUT 111517 DDA PURCH W/CB<br>CVS PHARM 10363  4251    HOWELL    * NJ | 52.16 |



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

Page: 12 of 16
Statement Period: Oct 26 2017-Nov 25 2017
Cust Ref #: 4336897280-039-T-###
Primary Account #: 433-6897280

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/15 | DEBIT POS, *****45185633936, AUT 111517 DDA PURCHASE<br>MACY S  3710 RT 9 SO    FREEHOLD    * NJ | 41.99 |
| 11/15 | DEBIT POS, *****45185633936, AUT 111517 DDA PURCHASE<br>WAWA 989          OLD BRIDGE   * NJ | 15.54 |
| 11/15 | DEBIT CARD PURCHASE, *****45183719679, AUT 111417 VISA DDA PUR<br>CHEF YU          NEW YORK    * NY | 14.10 |
| 11/15 | DEBIT CARD PURCHASE, *****45185633936, AUT 111317 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD   * NJ | 11.76 |
| 11/15 | DEBIT POS, *****45185633936, AUT 111517 DDA PURCHASE<br>02827 ACME       OLD BRIDGE  * NJ | 4.65 |
| 11/15 | DEBIT CARD PURCHASE, *****45185633936, AUT 111317 VISA DDA PUR<br>STARBUCKS STORE 07753    MANALAPAN   * NJ | 4.54 |
| 11/15 | DEBIT POS, *****45183719679, AUT 111517 DDA PURCHASE<br>7 ELEVEN           NEW YORK    * NY | 3.29 |
| 11/16 | ELECTRONIC PMT-WEB, VERIZON ONLINE PMT CKF****13488POS | 259.88 |
| 11/16 | DEBIT CARD PURCHASE, *****45185633936, AUT 111517 VISA DDA PUR<br>WAWA 938    00009381    HOWELL    * NJ | 20.00 |
| 11/16 | DEBIT CARD PURCHASE, *****45185633936, AUT 111417 VISA DDA PUR<br>FIVE BELOW 317       MANALAPAN   * NJ | 16.03 |
| 11/16 | DEBIT CARD PURCHASE, *****45183719679, AUT 111517 VISA DDA PUR<br>FAMOUS FAMILIGIA       NEW YORK   * NY | 9.50 |
| 11/16 | DEBIT CARD PURCHASE, *****45185633936, AUT 111417 VISA DDA PUR<br>STARBUCKS STORE 07753    MANALAPAN   * NJ | 6.79 |
| 11/17 | DEBIT POS, *****45185633936, AUT 111717 DDA PURCHASE<br>KOHLS 0476 4799 US HIGHW   HOWELL    * NJ | 194.16 |
| 11/17 | DEBIT POS, *****45185633936, AUT 111717 DDA PURCH W/CB<br>STOP  SHOP 0815        HOWELL    * NJ | 91.55 |
| 11/17 | DEBIT CARD PURCHASE, *****45185633936, AUT 111617 VISA DDA PUR<br>TUSCANY IV ITALIAN     MARLBORO   * NJ | 58.02 |
| 11/17 | DEBIT POS, *****45185633936, AUT 111717 DDA PURCH W/CB<br>STOP  SHOP 0815        HOWELL    * NJ | 41.63 |
| 11/17 | DEBIT CARD PURCHASE, *****45185633936, AUT 111617 VISA DDA PUR<br>HANDS ON            FREEHOLD    * NJ | 30.00 |
| 11/17 | DEBIT CARD PURCHASE, *****45183719679, AUT 111617 VISA DDA PUR<br>LUKOIL 57739         HOWELL    * NJ | 23.50 |
| 11/17 | DEBIT CARD PURCHASE, *****45183719679, AUT 111617 VISA DDA PUR<br>UBER  TRIP 2RSBA    HELP UBER COM * CA | 5.00 |
| 11/20 | DEBIT POS, *****45183719679, AUT 111817 DDA PURCHASE<br>BEST BUY MHT 388     MANALAPAN   * NJ | 407.09 |
| 11/20 | DEBIT POS, *****45185633936, AUT 112017 DDA PURCH W/CB<br>STOP  SHOP 0815        HOWELL    * NJ | 207.00 |
| 11/20 | DEBIT CARD PURCHASE, *****45183719679, AUT 111717 VISA DDA PUR<br>KIKU SUSHI         NEW YORK    * NY | 175.90 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 


**Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 13 of 16 |
| Statement Period: | Oct 26 2017-Nov 25 2017 |
| Cust Ref #: | 4336897280-039-T-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/20 | DEBIT POS, *****45185633936, AUT 112017 DDA PURCH W/CB<br>02827 ACME          OLD BRIDGE   * NJ | 162.37 |
| 11/20 | DEBIT CARD PURCHASE, *****45185633936, AUT 111817 VISA DDA PUR<br>VIETNAM BISTROL LLC     HOWELL      * NJ | 148.18 |
| 11/20 | DEBIT CARD PURCHASE, *****45183719679, AUT 111617 VISA DDA PUR<br>GORDON RAMSAY          ATLANTIC CITY * NJ | 147.60 |
| 11/20 | DEBIT POS, *****45185633936, AUT 112017 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL      * NJ | 138.16 |
| 11/20 | DEBIT CARD PURCHASE, *****45185633936, AUT 111817 VISA DDA PUR<br>CAESARS ATLANTIC CITY     8662094732   * NJ | 132.28 |
| 11/20 | DEBIT POS, *****45185633936, AUT 112017 DDA PURCH W/CB<br>WAL MART SUPER CENTER    HOWELL    * NJ | 103.73 |
| 11/20 | DEBIT POS, *****45185633936, AUT 112017 DDA PURCHASE<br>TONYS FAMILY PHARMACY     FREEHOLD    * NJ | 99.91 |
| 11/20 | DEBIT CARD PURCHASE, *****45183719679, AUT 111617 VISA DDA PUR<br>CAESARS KWI RESTAURANT    ATLANTIC CITY * NJ | 78.27 |
| 11/20 | DEBIT POS, *****45183719679, AUT 111917 DDA PURCH W/CB<br>SHOPRITE FREEHOLD S1 3    FREEHOLD    * NJ | 58.66 |
| 11/20 | DEBIT CARD PURCHASE, *****45183719679, AUT 111917 VISA DDA PUR<br>TUSCANY IV ITALIAN       MARLBORO    * NJ | 45.42 |
| 11/20 | DEBIT CARD PURCHASE, *****45183719679, AUT 111817 VISA DDA PUR<br>FRED AND MURRYS KOSHER D    FREEHOLD     * NJ | 42.09 |
| 11/20 | DEBIT POS, *****45183719679, AUT 111817 DDA PURCHASE<br>MICHAELS STORES INC155    FREEHOLD    * NJ | 38.65 |
| 11/20 | DEBIT POS, *****45185633936, AUT 111817 DDA PURCHASE<br>MARSHALLS 200 TROTTERS    FREEHOLD    * NJ | 35.00 |
| 11/20 | DEBIT CARD PURCHASE, *****45183719679, AUT 111917 VISA DDA PUR<br>AMAZON MKTPLACE PMTS      AMZN COM BILL * WA | 34.35 |
| 11/20 | DEBIT CARD PURCHASE, *****45183719679, AUT 111817 VISA DDA PUR<br>STARBUCKS STORE 07854      OCEAN TOWNSHI * NJ | 32.54 |
| 11/20 | DEBIT CARD PURCHASE, *****45183719679, AUT 111817 VISA DDA PUR<br>AMAZON COM AMZN COM BILL    AMZN COM BILL * WA | 32.20 |
| 11/20 | DEBIT CARD PURCHASE, *****45183719679, AUT 111717 VISA DDA PUR<br>AMAZON MKTPLACE PMTS      AMZN COM BILL * WA | 22.99 |
| 11/20 | DEBIT POS, *****45185633936, AUT 111917 DDA PURCHASE<br>APPLE STORE  R138 371    FREEHOLD     * NJ | 20.31 |
| 11/20 | DEBIT CARD PURCHASE, *****45185633936, AUT 111817 VISA DDA PUR<br>LUKOIL 57739          HOWELL     * NJ | 20.00 |
| 11/20 | DEBIT CARD PURCHASE, *****45185633936, AUT 111817 VISA DDA PUR<br>WINE O LAND HOWELLI      HOWELL    * NJ | 19.22 |
| 11/20 | DEBIT CARD PURCHASE, *****45185633936, AUT 111717 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 18.97 |
| 11/20 | DEBIT POS, *****45185633936, AUT 111917 DDA PURCHASE<br>GOODWILL STORE 25      OCEAN TWP    * NJ | 13.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

Page: 14 of 16
Statement Period: Oct 26 2017-Nov 25 2017
Cust Ref #: 4336897280-039-T-###
Primary Account #: 433-6897280

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/20 | DEBIT CARD PURCHASE, *****45185633936, AUT 111617 VISA DDA PUR<br>CAC EMPERORS ESSENTIALS    ATLANTIC CITY * NJ | 11.95 |
| 11/20 | DEBIT POS, *****45185633936, AUT 111917 DDA PURCHASE<br>WAWA FOOD MARKE       FREEHOLD      * NJ | 9.42 |
| 11/20 | DEBIT CARD PURCHASE, *****45185633936, AUT 111817 VISA DDA PUR<br>STARBUCKS STORE 02773    HOWELL     * NJ | 7.70 |
| 11/20 | DEBIT CARD PURCHASE, *****45185633936, AUT 111717 VISA DDA PUR<br>STARBUCKS 4GS02       ABSECON    * NJ | 7.21 |
| 11/20 | DEBIT CARD PURCHASE, *****45185633936, AUT 111617 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD   * NJ | 4.54 |
| 11/20 | DEBIT POS, *****45185633936, AUT 112017 DDA PURCHASE<br>02827 ACME       OLD BRIDGE   * NJ | 3.58 |
| 11/21 | DEBIT POS, *****45185633936, AUT 112117 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 199.64 |
| 11/21 | DEBIT POS, *****45185633936, AUT 112117 DDA PURCH W/CB<br>STOP  SHOP 0815       HOWELL    * NJ | 184.92 |
| 11/21 | DEBIT CARD PURCHASE, *****45185633936, AUT 112017 VISA DDA PUR<br>URGENT CARE OF FREEHOLD   FREEHOLD    * NJ | 74.37 |
| 11/21 | DEBIT CARD PURCHASE, *****45183719679, AUT 111817 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 17.98 |
| 11/21 | DEBIT CARD PURCHASE, *****45183719679, AUT 112017 VISA DDA PUR<br>NYCTAXI4Y31       LONG ISLAND   * NY | 12.85 |
| 11/21 | DEBIT CARD PURCHASE, *****45183719679, AUT 111917 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 11.89 |
| 11/21 | DEBIT CARD PURCHASE, *****45183719679, AUT 111917 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 8.76 |
| 11/22 | DEBIT POS, *****45183719679, AUT 112217 DDA PURCHASE<br>COLTS NECK WINE      COLTS NECK   * NJ | 379.77 |
| 11/22 | DEBIT CARD PURCHASE, *****45183719679, AUT 112117 VISA DDA PUR<br>EDISON ANESTHESIA AT OAK   732 2058250   * NJ | 354.00 |
| 11/22 | DEBIT POS, *****45185633936, AUT 112217 DDA PURCH W/CB<br>02827 ACME       OLD BRIDGE   * NJ | 180.52 |
| 11/22 | DEBIT POS, *****45185633936, AUT 112217 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 147.32 |
| 11/22 | DEBIT POS, *****45185633936, AUT 112217 DDA PURCH W/CB<br>STOP  SHOP 0815       HOWELL    * NJ | 145.72 |
| 11/22 | DEBIT CARD PURCHASE, *****45185633936, AUT 111817 VISA DDA PUR<br>PIER 1 IMPORTS 4941     817 252 7000 * TX | 112.18 |
| 11/22 | DEBIT POS, *****45183719679, AUT 112217 DDA PURCHASE<br>WAL MART STORE       FREEHOLD   * NJ | 68.15 |
| 11/22 | DEBIT POS, *****45185633936, AUT 112217 DDA PURCHASE<br>DELICIOUS ORCHA       COLTS NECK   * NJ | 38.09 |
| 11/22 | DEBIT POS, *****45185633936, AUT 112217 DDA PURCH W/CB<br>02827 ACME       OLD BRIDGE   * NJ | 30.61 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 15 of 16 |
| Statement Period: | Oct 26 2017-Nov 25 2017 |
| Cust Ref #: | 4336897280-039-T-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/22 | DEBIT CARD PURCHASE, *****45183719679, AUT 112117 VISA DDA PUR<br>IN W2W PHYSICIANS    732 5705058   * NJ | 22.46 |
| 11/22 | DEBIT CARD PURCHASE, *****45183719679, AUT 112017 VISA DDA PUR<br>AMAZON COM AMZN COM BILL   AMZN COM BILL * WA | 20.50 |
| 11/22 | DEBIT CARD PURCHASE, *****45185633936, AUT 112117 VISA DDA PUR<br>LUKOIL 57366         OLD BRIDGE  * NJ | 20.00 |
| 11/22 | DEBIT CARD PURCHASE, *****45183719679, AUT 112017 VISA DDA PUR<br>TAXI SVC LONG ISALND C    ASTORIA   * NY | 14.04 |
| 11/22 | DEBIT CARD PURCHASE, *****45183719679, AUT 112117 VISA DDA PUR<br>POTBELLY 257         NEW YORK   * NY | 11.49 |
| 11/22 | DEBIT CARD PURCHASE, *****45183719679, AUT 112117 VISA DDA PUR<br>TST GREGORY S COFFEE    NEW YORK   * NY | 7.26 |
| 11/22 | DEBIT CARD PURCHASE, *****45185633936, AUT 112017 VISA DDA PUR<br>STARBUCKS STORE 07753    MANALAPAN  * NJ | 6.79 |
| 11/22 | DEBIT POS, *****45183719679, AUT 112217 DDA PURCHASE<br>DUANE READE STO 625 8TH    NEW YORK    * NY | 5.49 |
| 11/24 | DEBIT CARD PURCHASE, *****45183719679, AUT 112317 VISA DDA PUR<br>TUSCANY IV ITALIAN       MARLBORO   * NJ | 378.72 |
| 11/24 | DEBIT POS, *****45185633936, AUT 112417 DDA PURCH W/CB<br>STOP SHOP 0815         HOWELL    * NJ | 180.34 |
| 11/24 | DEBIT CARD PURCHASE, *****45185633936, AUT 112217 VISA DDA PUR<br>TUSCANY IV ITALIAN       MARLBORO   * NJ | 100.28 |
| 11/24 | DEBIT CARD PURCHASE, *****45183719679, AUT 112117 VISA DDA PUR<br>STRESS CARE OF NEW JER    MATAWAN   * NJ | 100.00 |
| 11/24 | DEBIT POS, *****45185633936, AUT 112417 DDA PURCHASE<br>GF UNITED AUTO SERVICE    FREEHOLD   * NJ | 78.31 |
| 11/24 | DEBIT CARD PURCHASE, *****45185633936, AUT 112117 VISA DDA PUR<br>TACO BELL 28952         HOWELL   * NJ | 65.27 |
| 11/24 | DEBIT CARD PURCHASE, *****45185633936, AUT 112217 VISA DDA PUR<br>HANDS ON            FREEHOLD  * NJ | 30.00 |
| 11/24 | DEBIT CARD PURCHASE, *****45183719679, AUT 112117 VISA DDA PUR<br>AMAZON MKTPLACE PMTS WWW    WWW AMAZON CO * WA | 26.71 |
| 11/24 | DEBIT CARD PURCHASE, *****45185633936, AUT 112217 VISA DDA PUR<br>WAWA 955      00009555     HOWELL   * NJ | 18.53 |
| 11/24 | DEBIT CARD PURCHASE, *****45183719679, AUT 112317 VISA DDA PUR<br>SAN MICHEAL POETS DELI    FREEHOLD   * NJ | 17.47 |
| 11/24 | DEBIT CARD PURCHASE, *****45185633936, AUT 112217 VISA DDA PUR<br>STARBUCKS STORE 07753    MANALAPAN  * NJ | 7.64 |
| 11/24 | DEBIT CARD PURCHASE, *****45185633936, AUT 112217 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD   * NJ | 4.54 |
| 11/24 | DEBIT CARD PURCHASE, *****45185633936, AUT 112117 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD   * NJ | 4.54 |

| | Subtotal: | 24,097.28 |
|---|---|---|

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 16 of 16 |
| Statement Period: | Oct 26 2017-Nov 25 2017 |
| Cust Ref #: | 4336897280-039-T-### |
| Primary Account #: | 433-6897280 |

### DAILY ACCOUNT ACTIVITY

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/26 | DEBIT | 1,000.00 |
| 11/20 | DEBIT | 300.00 |
| | Subtotal: | 1,300.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/25 | 103,164.43 | 11/09 | 102,827.70 |
| 10/26 | 110,392.13 | 11/10 | 102,132.53 |
| 10/27 | 110,040.39 | 11/13 | 118,548.99 |
| 10/30 | 105,449.63 | 11/14 | 118,028.78 |
| 10/31 | 105,125.46 | 11/15 | 116,407.20 |
| 11/01 | 104,232.61 | 11/16 | 116,095.00 |
| 11/02 | 112,685.41 | 11/17 | 115,551.14 |
| 11/03 | 111,768.28 | 11/20 | 121,960.87 |
| 11/06 | 108,787.37 | 11/21 | 130,438.48 |
| 11/07 | 107,910.97 | 11/22 | 128,693.09 |
| 11/08 | 106,065.20 | 11/24 | 127,680.74 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender