DISTRICT OF New Jersey

In re: John & Grace Albano

Case No. 17-18140
Reporting Period: December 2017

## MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | ... | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____    2/7/18
Signature of Debtor                        Date

_____    2/7/18
Signature of Joint Debtor                  Date

_____    _____
Signature of Authorized Individual*        Date

_____    _____
Printed Name of Authorized Individual      Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: John Albano & Grace Albano  
Debtor  

Case No.: 17-18140-CMG  
Reporting Period: DECEMBER 1-31, 2017  

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | BANK ACCOUNTS |  |  |  | CURRENT MONTH |  | CUMULATIVE FILING TO DATE |  |
|---|---|---|---|---|---|---|---|---|
|  | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 135,017.44 |  |  |  | 135,017.44 |  | 0.00 |  |
| **RECEIPTS** |  |  |  |  |  |  |  |  |
| CASH SALES |  |  |  |  | 0.00 |  | 0.00 |  |
| ACCOUNTS RECEIVABLE |  |  |  |  | 0.00 |  | 0.00 |  |
| LOANS AND ADVANCES |  |  |  |  | 0.00 |  | 0.00 |  |
| SALE OF ASSETS |  |  |  |  | 0.00 |  | 0.00 |  |
| NET WAGES | 35,952.09 |  |  |  | 35,952.09 |  | 357,947.92 |  |
| TRANSFERS (FROM DIP ACCTS) |  |  |  |  | 0.00 |  | 0.00 |  |
| TRANSFERS FROM PREVIOUS ACCTS |  |  |  |  | 0.00 |  | 6,814.79 |  |
| **TOTAL RECEIPTS** | 35,952.09 |  |  |  | 35,952.09 |  | 364,762.71 |  |
| **DISBURSEMENTS** |  |  |  |  |  |  |  |  |
| AUTO INSURANCE | 543.32 |  |  |  | 543.32 |  | 4,428.30 |  |
| AUTO/LOCAL TRANSPORTATION | 2,628.58 |  |  |  | 2,628.58 |  | 17,793.95 |  |
| BANK SERVICE CHARGES | 0.00 |  |  |  | 0.00 |  | 25.00 |  |
| CLOTHING/PERSONAL CARE | 4,613.21 |  |  |  | 4,613.21 |  | 33,128.77 |  |
| DONATIONS | 0.00 |  |  |  | 0.00 |  | 225.00 |  |
| EDUCATION | 0.00 |  |  |  | 0.00 |  | 12,996.00 |  |
| ENTERTAINMENT | 0.00 |  |  |  | 0.00 |  | 789.34 |  |
| FOOD & SUNDRIES | 6,264.87 |  |  |  | 6,264.87 |  | 73,162.75 |  |
| GIFTS | 5,900.00 |  |  |  | 5,900.00 |  | 8,506.02 |  |
| HOUSEHOLD GOODS | 397.67 |  |  |  | 397.67 |  | 11,131.28 |  |
| INCOME TAX | 5,000.00 |  |  |  | 5,000.00 |  | 5,000.00 |  |
| MEDICAL | 0.00 |  |  |  | 0.00 |  | 5,241.08 |  |
| PROFESSIONAL FEES | 0.00 |  |  |  | 0.00 |  | 41.15 |  |
| RENT | 3,200.00 |  |  |  | 3,200.00 |  | 28,800.00 |  |
| REPAIRS & MAINTENANCE | 605.04 |  |  |  | 605.04 |  | 9,650.77 |  |
| SUPPLIES | 0.00 |  |  |  | 0.00 |  | 172.34 |  |
| TELEPHONE | 969.40 |  |  |  | 969.40 |  | 5,595.88 |  |
| TRAVEL | 0.00 |  |  |  | 0.00 |  | 631.61 |  |
| UTILITIES | 34.29 |  |  |  | 34.29 |  | 5,005.32 |  |
| DEBT REAYMENT | 3,187.46 |  |  |  | 3,187.46 |  | 3,187.46 |  |
| TRANSFER TO/FROM NEW ACCOUNT | 93,800.00 |  |  |  | 93,800.00 |  | 93,800.00 |  |
| TRANSFERS (TO DIP ACCTS) |  |  |  |  |  |  |  |  |
| PROFESSIONAL FEES |  |  |  |  |  |  |  |  |
| U.S. TRUSTEE QUARTERLY FEES |  |  |  |  | 0.00 |  | 1,625.00 |  |
| COURT COSTS |  |  |  |  |  |  |  |  |
| **TOTAL DISBURSEMENTS** | 127,143.84 |  |  |  | 127,143.84 |  | 320,937.02 |  |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | -91,191.75 |  |  |  | -91,191.75 |  | 43,825.69 |  |
| CASH - END OF MONTH | 43,825.69 |  |  |  | 43,825.69 |  | 43,825.69 |  |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) |  |
|---|---|
| TOTAL DISBURSEMENTS | 127,143.84 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 127,143.84 |

FORM MOR-1  
(04/07)

In re: John Albano & Grace Albano  
Debtor

Case No. 17-18140-CMG  
Reporting Period: DEC 1-31, 2017

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating # | | Payroll # | | Tax # | | Other # | |
|---|---|---|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | | 43,825.69 | | | | | | |
| **BANK BALANCE** | | 43,743.35 | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER : PETTY CASH | | 82.34 | | | | | | |
| ADJUSTED BANK BALANCE * | | 43,825.69 | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| **OTHER** | | | | | | | | |

FORM MOR-1a  
(04/07)


**TD Bank**
America's Most Convenient Bank®              E       **STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ
111 HUNT RD
FREEHOLD NJ  07728-8126

Page:                           1 of 12
Statement Period:   Nov 26 2017-Dec 25 2017
Cust Ref #:              4336897280-039-E-###
Primary Account #:               433-6897280

## Chapter 11 Checking

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

Account # 433-6897280

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 127,680.74 | Average Collected Balance | 59,692.88 |
| Deposits | 53,928.14 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 20,000.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 3,831.16 | Days in Period | 30 |
| Electronic Payments | 22,080.91 | | |
| Other Withdrawals | 128,700.00 | | |
| Ending Balance | 46,996.81 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/27 | DEPOSIT | 17,976.05 |
| 12/01 | DEPOSIT | 17,976.05 |
| 12/08 | DEPOSIT | 8,988.02 |
| 12/11 | DEPOSIT | 8,988.02 |
| | Subtotal: | 53,928.14 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/18 | eTransfer Credit, Online Xfer<br>Transfer from SV 00006768106908 | 20,000.00 |
| | Subtotal: | 20,000.00 |

**Checks Paid**   No. Checks: 4    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 11/27 | 120 | 269.16 | 12/07 | 122 | 181.00 |
| 11/28 | 121 | 3,200.00 | 12/21 | 123 | 181.00 |
| | | | | Subtotal: | 3,831.16 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/27 | DEBIT POS, *****45183719679, AUT 112717 DDA PURCHASE<br>MACY S    WEST 34TH ST    NEW YORK   * NY | 1,812.33 |
| 11/27 | DEBIT CARD PURCHASE, *****45183719679, AUT 112617 VISA DDA PUR<br>TWIN POND FARM        HOWELL    * NJ | 297.03 |
| 11/27 | DEBIT POS, *****45185633936, AUT 112517 DDA PURCHASE<br>LANE BRYANT 6820        FREEHOLD    * NJ | 279.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

Page: 3 of 12
Statement Period: Nov 26 2017-Dec 25 2017
Cust Ref #: 4336897280-039-E-###
Primary Account #: 433-6897280

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/27 | DEBIT POS, *****45185633936, AUT 112717 DDA PURCH W/CB<br>STOP  SHOP 0815        HOWELL       * NJ | 250.32 |
| 11/27 | TD ATM DEBIT, *****45185633936, AUT 112717 DDA WITHDRAW<br>3300 ROUTE 9          FREEHOLD    * NJ | 200.00 |
| 11/27 | DEBIT POS, *****45185633936, AUT 112617 DDA PURCHASE<br>PIER 1 IMPORTS        HOWELL      * NJ | 190.10 |
| 11/27 | DEBIT POS, *****45185633936, AUT 112717 DDA PURCH W/CB<br>02827 ACME            OLD BRIDGE  * NJ | 154.25 |
| 11/27 | DEBIT POS, *****45185633936, AUT 112517 DDA PURCH W/CB<br>STOP  SHOP 0815        HOWELL       * NJ | 150.91 |
| 11/27 | DEBIT POS, *****45185633936, AUT 112717 DDA PURCHASE<br>TJ MAXX  4773 ROUTE 9   HOWELL     * NJ | 136.41 |
| 11/27 | DEBIT POS, *****45185633936, AUT 112617 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 126.75 |
| 11/27 | DEBIT POS, *****45185633936, AUT 112517 DDA PURCHASE<br>BATH AND BODY WORKS 3353   FREEHOLD   * NJ | 126.11 |
| 11/27 | DEBIT POS, *****45185633936, AUT 112517 DDA PURCHASE<br>ULTA  659              FREEHOLD   * NJ | 101.52 |
| 11/27 | DEBIT POS, *****45185633936, AUT 112617 DDA PURCHASE<br>DELICIOUS ORCHA        COLTS NECK  * NJ | 91.47 |
| 11/27 | DEBIT CARD PURCHASE, *****45183719679, AUT 112517 VISA DDA PUR<br>HINGS CHINESE RESTAURANT   FREEHOLD    * NJ | 88.34 |
| 11/27 | DEBIT CARD PURCHASE, *****45183719679, AUT 112517 VISA DDA PUR<br>METROPOLITAN CAFE      FREEHOLD    * NJ | 67.79 |
| 11/27 | DEBIT CARD PURCHASE, *****45185633936, AUT 112517 VISA DDA PUR<br>TODAYS NAILS           HOWELL      * NJ | 45.00 |
| 11/27 | DEBIT CARD PURCHASE, *****45183719679, AUT 112417 VISA DDA PUR<br>AMAZON MKTPLACE PMTS      AMZN COM BILL * WA | 39.99 |
| 11/27 | DEBIT CARD PURCHASE, *****45183719679, AUT 112417 VISA DDA PUR<br>WAWA 929    00009290    WALL       * NJ | 37.20 |
| 11/27 | DEBIT POS, *****45185633936, AUT 112617 DDA PURCH W/CB<br>WALGREENS STORE 3247 US    FREEHOLD    * NJ | 35.37 |
| 11/27 | DEBIT CARD PURCHASE, *****45185633936, AUT 112417 VISA DDA PUR<br>EXXONMOBIL   47982863    FREEHOLD    * NJ | 30.00 |
| 11/27 | DEBIT CARD PURCHASE, *****45185633936, AUT 112317 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 27.84 |
| 11/27 | DEBIT CARD PURCHASE, *****45185633936, AUT 112317 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 26.34 |
| 11/27 | DEBIT CARD PURCHASE, *****45185633936, AUT 112417 VISA DDA PUR<br>EXXONMOBIL   47982863    FREEHOLD    * NJ | 20.00 |
| 11/27 | DEBIT CARD PURCHASE, *****45183719679, AUT 112417 VISA DDA PUR<br>AMAZON COM WWW AMAZON CO    WWW AMAZON CO * WA | 12.99 |
| 11/27 | DEBIT POS, *****45185633936, AUT 112717 DDA PURCHASE<br>02827 ACME            OLD BRIDGE  * NJ | 4.65 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 4 of 12 |
| Statement Period: | Nov 26 2017-Dec 25 2017 |
| Cust Ref #: | 4336897280-039-E-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/28 | DEBIT POS, *****45185633936, AUT 112817 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 150.46 |
| 11/28 | DEBIT POS, *****45185633936, AUT 112817 DDA PURCH W/CB<br>STOP  SHOP 0815        HOWELL    * NJ | 116.23 |
| 11/28 | DEBIT POS, *****45185633936, AUT 112817 DDA PURCHASE<br>HOBBYLOBBY 4578 US HIGHW    HOWELL    * NJ | 92.48 |
| 11/28 | DEBIT POS, *****45185633936, AUT 112817 DDA PURCHASE<br>LANE BRYANT 6820        FREEHOLD    * NJ | 38.00 |
| 11/28 | DEBIT POS, *****45185633936, AUT 112817 DDA PURCHASE<br>LANE BRYANT 6820        FREEHOLD    * NJ | 33.28 |
| 11/28 | DEBIT CARD PURCHASE, *****45183719679, AUT 112617 VISA DDA PUR<br>BROCK FARMS            COLTS NECK  * NJ | 26.67 |
| 11/28 | DEBIT CARD PURCHASE, *****45183719679, AUT 112417 VISA DDA PUR<br>AMAZON COM WWW AMAZON CO    WWW AMAZON CO * WA | 23.87 |
| 11/28 | DEBIT POS, *****45185633936, AUT 112817 DDA PURCHASE<br>MACY S  3710 RT 9 SO    FREEHOLD    * NJ | 18.70 |
| 11/28 | DEBIT POS, *****45185633936, AUT 112817 DDA PURCHASE<br>CHARLOTTE RUSSE 3710 ROU    FREEHOLD    * NJ | 16.00 |
| 11/28 | DEBIT CARD PURCHASE, *****45183719679, AUT 112717 VISA DDA PUR<br>TST  GREGORY S COFFEE      NEW YORK    * NY | 7.26 |
| 11/28 | DEBIT CARD PURCHASE, *****45183719679, AUT 112717 VISA DDA PUR<br>FAMOUS FAMILIGIA        NEW YORK    * NY | 7.00 |
| 11/28 | DEBIT CARD PURCHASE, *****45183719679, AUT 112717 VISA DDA PUR<br>APL  ITUNES COM BILL    866 712 7753  * CA | 0.99 |
| 11/29 | TD ATM DEBIT, *****45185633936, AUT 112917 DDA WITHDRAW<br>3300 ROUTE 9        FREEHOLD    * NJ | 200.00 |
| 11/29 | DEBIT POS, *****45185633936, AUT 112917 DDA PURCH W/CB<br>02827 ACME          OLD BRIDGE   * NJ | 199.04 |
| 11/29 | DEBIT POS, *****45185633936, AUT 112917 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 121.27 |
| 11/29 | DEBIT POS, *****45185633936, AUT 112917 DDA PURCHASE<br>BURLNGTON STORES306    FREEHOLD    * NJ | 92.95 |
| 11/29 | DEBIT CARD PURCHASE, *****45185633936, AUT 112817 VISA DDA PUR<br>PIER 1 IMPORTS 4941    FORT WORTH  * TX | 76.84 |
| 11/29 | TDBANK BILL PAY CHECK,<br>THE DOCTORS OFFICE OF MANALAPAN<br>CHECK# 995063 | 42.00 |
| 11/29 | DEBIT CARD PURCHASE, *****45183719679, AUT 112817 VISA DDA PUR<br>NYCTAXI9P86          LONG ISLAND  * NY | 10.35 |
| 11/29 | DEBIT POS, *****45185633936, AUT 112917 DDA PURCHASE<br>02827 ACME          OLD BRIDGE   * NJ | 3.58 |
| 11/30 | ELECTRONIC PMT-WEB, FSTENERGY JCPL ONLINE PMT CKF****13488POS | 582.00 |
| 11/30 | TD ATM DEBIT, *****45185633936, AUT 113017 DDA WITHDRAW<br>3300 ROUTE 9        FREEHOLD    * NJ | 300.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 5 of 12 |
| Statement Period: | Nov 26 2017-Dec 25 2017 |
| Cust Ref #: | 4336897280-039-E-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/30 | ELECTRONIC PMT-WEB, FSTENERGY JCPL ONLINE PMT CKF****13488POS | 291.00 |
| 11/30 | DEBIT POS, *****45185633936, AUT 113017 DDA PURCH W/CB<br>WAL MART 2195    HOWELL    * NJ | 141.70 |
| 11/30 | DEBIT POS, *****45185633936, AUT 113017 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 128.53 |
| 11/30 | DEBIT POS, *****45183719679, AUT 113017 DDA PURCHASE<br>COHEN S FASHION OPTIC    NEW YORK    * NY | 100.00 |
| 11/30 | DEBIT POS, *****45183719679, AUT 113017 DDA PURCHASE<br>LORD  TAYLOR 059 RT    FREEHOLD    * NJ | 29.50 |
| 11/30 | DEBIT CARD PURCHASE, *****45185633936, AUT 112817 VISA DDA PUR<br>EXXONMOBIL  47970157    HOWELL    * NJ | 25.00 |
| 11/30 | DEBIT CARD PURCHASE, *****45185633936, AUT 112917 VISA DDA PUR<br>WAWA 955    00009555    HOWELL    * NJ | 15.62 |
| 12/01 | DEBIT POS, *****45185633936, AUT 120117 DDA PURCHASE<br>GF UNITED AUTO SERVICE    FREEHOLD    * NJ | 552.97 |
| 12/01 | DEBIT POS, *****45183719679, AUT 120117 DDA PURCHASE<br>MACY S  3710 RT 9 SO    FREEHOLD    * NJ | 220.50 |
| 12/01 | DEBIT POS, *****45185633936, AUT 120117 DDA PURCH W/CB<br>SHOPRITE FREEHOLD S1 3    FREEHOLD    * NJ | 163.76 |
| 12/01 | DEBIT CARD PURCHASE, *****45185633936, AUT 113017 VISA DDA PUR<br>FRANKIE FEDS PIZZA    FREEHOLD    * NJ | 96.78 |
| 12/01 | DEBIT POS, *****45185633936, AUT 120117 DDA PURCHASE<br>ULTA  659    FREEHOLD    * NJ | 82.27 |
| 12/01 | DEBIT POS, *****45185633936, AUT 120117 DDA PURCH W/CB<br>WALGREENS STORE 3247 US    FREEHOLD    * NJ | 35.62 |
| 12/01 | DEBIT CARD PURCHASE, *****45185633936, AUT 113017 VISA DDA PUR<br>HANDS ON    FREEHOLD    * NJ | 30.00 |
| 12/01 | DEBIT CARD PURCHASE, *****45185633936, AUT 112917 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 4.54 |
| 12/04 | DEBIT CARD PURCHASE, *****45183719679, AUT 120117 VISA DDA PUR<br>NEW JERSEY E ZPASS    NEWARK    * NJ | 400.00 |
| 12/04 | NONTD ATM DEBIT, *****45185633936, AUT 120417 DDA WITHDRAW<br>3500 ROUTE 9 SOUTH    OLD BRIDGE  * NJ | 203.50 |
| 12/04 | DEBIT CARD PURCHASE, *****45185633936, AUT 120217 VISA DDA PUR<br>TUSCANY IV ITALIAN    MARLBORO    * NJ | 202.71 |
| 12/04 | DEBIT CARD PURCHASE, *****45183719679, AUT 120317 VISA DDA PUR<br>TRE    FREEHOLD    * NJ | 200.48 |
| 12/04 | DEBIT CARD PURCHASE, *****45183719679, AUT 120117 VISA DDA PUR<br>MARKET YARD GRILLE    FREEHOLD    * NJ | 182.15 |
| 12/04 | DEBIT POS, *****45185633936, AUT 120417 DDA PURCH W/CB<br>02827 ACME    OLD BRIDGE    * NJ | 162.36 |
| 12/04 | DEBIT POS, *****45185633936, AUT 120417 DDA PURCHASE<br>LUSH US  685 FREEHOLD  FREEHOLD    * NJ | 130.82 |

**Call 1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 6 of 12 |
| Statement Period: | Nov 26 2017-Dec 25 2017 |
| Cust Ref #: | 4336897280-039-E-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | DEBIT POS, *****45185633936, AUT 120417 DDA PURCH W/CB<br>WHOLEFDS MAR  10 113 ROU   MARLBORO   * NJ | 122.02 |
| 12/04 | DEBIT POS, *****45185633936, AUT 120417 DDA PURCH W/CB<br>02827 ACME            OLD BRIDGE   * NJ | 114.70 |
| 12/04 | DEBIT CARD PURCHASE, *****45185633936, AUT 112817 VISA DDA PUR<br>LANEBRYANT COM         866 886 4731  * PA | 97.82 |
| 12/04 | DEBIT CARD PURCHASE, *****45185633936, AUT 112817 VISA DDA PUR<br>LANEBRYANT COM         866 886 4731  * PA | 62.18 |
| 12/04 | DEBIT CARD PURCHASE, *****45183719679, AUT 120217 VISA DDA PUR<br>STARBUCKS STORE 07854     OCEAN TOWNSHI * NJ | 38.80 |
| 12/04 | DEBIT CARD PURCHASE, *****45185633936, AUT 120217 VISA DDA PUR<br>WAWA 989      00009894     OLD BRIDGE   * NJ | 37.73 |
| 12/04 | DEBIT POS, *****45183719679, AUT 120317 DDA PURCHASE<br>07960 ACME            FREEHOLD    * NJ | 30.93 |
| 12/04 | DEBIT POS, *****45185633936, AUT 120317 DDA PURCHASE<br>WAWA FOOD MARKE        FREEHOLD    * NJ | 25.68 |
| 12/04 | DEBIT CARD PURCHASE, *****45183719679, AUT 120217 VISA DDA PUR<br>EXXONMOBIL  47982038      NEPTUNE     * NJ | 21.51 |
| 12/04 | DEBIT CARD PURCHASE, *****45185633936, AUT 113017 VISA DDA PUR<br>EXXONMOBIL  47982863      FREEHOLD    * NJ | 20.00 |
| 12/04 | DEBIT CARD PURCHASE, *****45185633936, AUT 120117 VISA DDA PUR<br>STARBUCKS STORE 22993     FREEHOLD    * NJ | 15.76 |
| 12/04 | DEBIT CARD PURCHASE, *****45183719679, AUT 120117 VISA DDA PUR<br>BEST BAGEL  COFFEE      MANHATTAN    * NY | 12.79 |
| 12/04 | DEBIT CARD PURCHASE, *****45185633936, AUT 113017 VISA DDA PUR<br>STARBUCKS STORE 22993     FREEHOLD    * NJ | 11.54 |
| 12/04 | DEBIT CARD PURCHASE, *****45185633936, AUT 120117 VISA DDA PUR<br>SQ  CELL DOC FREEHO      FREEHOLD    * NJ | 10.00 |
| 12/04 | DEBIT CARD PURCHASE, *****45185633936, AUT 113017 VISA DDA PUR<br>STARBUCKS STORE 22993     FREEHOLD    * NJ | 8.55 |
| 12/04 | DEBIT POS, *****45185633936, AUT 120217 DDA PURCHASE<br>MACY S   3710 RT 9 SO    FREEHOLD    * NJ | 3.50 |
| 12/04 | DEBIT CARD PURCHASE, *****45183719679, AUT 120317 VISA DDA PUR<br>ASBURY PARK PARKING      ASBURY PARK  * NJ | 3.00 |
| 12/04 | DEBIT CARD PURCHASE, *****45183719679, AUT 120317 VISA DDA PUR<br>ASBURY PARK PARKING      ASBURY PARK  * NJ | 2.00 |
| 12/05 | ELECTRONIC PMT-WEB, ALLY FIN AUTO ONLINE PMT CKF****13488POS | 559.00 |
| 12/05 | ELECTRONIC PMT-WEB, PROGRESSIVE INS ONLINE PMT CKF****13488POS | 543.32 |
| 12/05 | DEBIT CARD PURCHASE, *****45183719679, AUT 120317 VISA DDA PUR<br>PORTA AT ASBURY         ASBURY PARK  * NJ | 236.96 |
| 12/05 | DEBIT POS, *****45185633936, AUT 120517 DDA PURCH W/CB<br>WM SUPERC WAL MART SUP    HOWELL    * NJ | 172.34 |
| 12/05 | DEBIT POS, *****45185633936, AUT 120517 DDA PURCH W/CB<br>STOP  SHOP 0815        HOWELL    * NJ | 145.53 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 7 of 12 |
| Statement Period: | Nov 26 2017-Dec 25 2017 |
| Cust Ref #: | 4336897280-039-E-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 12/05 | DEBIT CARD PURCHASE, *****45185633936, AUT 120317 VISA DDA PUR<br>JTV 127584391       800 5508393  * TN | 53.48 |
| 12/05 | DEBIT CARD PURCHASE, *****45185633936, AUT 120317 VISA DDA PUR<br>JTV 127581038       800 5508393  * TN | 28.31 |
| 12/05 | DEBIT CARD PURCHASE, *****45183719679, AUT 120417 VISA DDA PUR<br>CHEF YU          NEW YORK   * NY | 18.55 |
| 12/05 | DEBIT CARD PURCHASE, *****45185633936, AUT 120317 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD   * NJ | 17.21 |
| 12/05 | DEBIT CARD PURCHASE, *****45183719679, AUT 120417 VISA DDA PUR<br>TST  GREGORY S COFFEE    NEW YORK  * NY | 6.76 |
| 12/06 | DEBIT POS, *****45185633936, AUT 120617 DDA PURCH W/CB<br>02827 ACME        OLD BRIDGE  * NJ | 160.41 |
| 12/06 | DEBIT POS, *****45185633936, AUT 120617 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 155.80 |
| 12/06 | DEBIT CARD PURCHASE, *****45183719679, AUT 120517 VISA DDA PUR<br>NYS DMV TVB       518 4741575  * NY | 138.00 |
| 12/06 | NONTD ATM DEBIT, *****45185633936, AUT 120617 DDA WITHDRAW<br>3500 ROUTE 9 SOUTH    OLD BRIDGE  * NJ | 103.50 |
| 12/06 | DEBIT POS, *****45185633936, AUT 120617 DDA PURCHASE<br>LORD  TAYLOR  059 RT    FREEHOLD   * NJ | 83.30 |
| 12/06 | DEBIT POS, *****45185633936, AUT 120617 DDA PURCH W/CB<br>CVS PHARM 10363  4251    HOWELL    * NJ | 54.10 |
| 12/06 | DEBIT CARD PURCHASE, *****45185633936, AUT 120517 VISA DDA PUR<br>LUKOIL 57739        HOWELL    * NJ | 25.00 |
| 12/06 | DEBIT CARD PURCHASE, *****45185633936, AUT 120517 VISA DDA PUR<br>WAWA 989   00009894    OLD BRIDGE  * NJ | 13.29 |
| 12/06 | DEBIT CARD PURCHASE, *****45183719679, AUT 120517 VISA DDA PUR<br>PARIS BAGUETTE       NEW YORK   * NY | 11.11 |
| 12/06 | DEBIT CARD PURCHASE, *****45185633936, AUT 120417 VISA DDA PUR<br>STARBUCKS STORE 07753    MANALAPAN   * NJ | 4.54 |
| 12/07 | DEBIT POS, *****45185633936, AUT 120717 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 157.19 |
| 12/07 | DEBIT POS, *****45185633936, AUT 120717 DDA PURCH W/CB<br>STOP  SHOP 0815      HOWELL    * NJ | 115.49 |
| 12/07 | DEBIT CARD PURCHASE, *****45185633936, AUT 120517 VISA DDA PUR<br>BUFFALO WILD WINGS     MARLBORO   * NJ | 98.68 |
| 12/07 | DEBIT POS, *****45185633936, AUT 120717 DDA PURCH W/CB<br>BEDBATH BEYOND 4075 ROU  HOWELL    * NJ | 89.14 |
| 12/07 | DEBIT CARD PURCHASE, *****45185633936, AUT 120617 VISA DDA PUR<br>ZARA USA 11856      FREEHOLD   * NJ | 49.90 |
| 12/07 | DEBIT CARD PURCHASE, *****45185633936, AUT 120617 VISA DDA PUR<br>MCDONALD S F1084     FREEHOLD   * NJ | 43.81 |
| 12/07 | DEBIT CARD PURCHASE, *****45185633936, AUT 120517 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD   * NJ | 4.54 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 8 of 12 |
| Statement Period: | Nov 26 2017-Dec 25 2017 |
| Cust Ref #: | 4336897280-039-E-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/08 | DEBIT POS, *****45185633936, AUT 120817 DDA PURCH W/CB<br>02827 ACME         OLD BRIDGE   * NJ | 217.36 |
| 12/08 | DEBIT CARD PURCHASE, *****45183719679, AUT 120617 VISA DDA PUR<br>MARKET YARD GRILLE     FREEHOLD    * NJ | 172.53 |
| 12/08 | DEBIT POS, *****45185633936, AUT 120817 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 124.63 |
| 12/08 | DEBIT POS, *****45185633936, AUT 120717 DDA PURCH W/CB<br>SHOPRITE FREEHOLD S1 3    FREEHOLD   * NJ | 116.11 |
| 12/08 | NONTD ATM DEBIT, *****45185633936, AUT 120817 DDA WITHDRAW<br>3500 ROUTE 9 SOUTH       OLD BRIDGE    * NJ | 103.50 |
| 12/08 | DEBIT CARD PURCHASE, *****45185633936, AUT 120717 VISA DDA PUR<br>HANDS ON            FREEHOLD    * NJ | 85.00 |
| 12/08 | DEBIT CARD PURCHASE, *****45185633936, AUT 120617 VISA DDA PUR<br>LIBERTY I CLEANERS      MARLBORO    * NJ | 83.00 |
| 12/08 | DEBIT POS, *****45185633936, AUT 120817 DDA PURCH W/CB<br>CVS PHARM 10363 4251    HOWELL    * NJ | 51.98 |
| 12/08 | DEBIT POS, *****45185633936, AUT 120817 DDA PURCH W/CB<br>TARGET T 4955 US HIGH    HOWELL    * NJ | 43.05 |
| 12/08 | DEBIT POS, *****45185633936, AUT 120817 DDA PURCH W/CB<br>02827 ACME         OLD BRIDGE   * NJ | 24.65 |
| 12/11 | DEBIT POS, *****45185633936, AUT 121017 DDA PURCHASE<br>ANTHROPOLOGIE 0 617 BRO   SHREWSBURY   * NJ | 312.80 |
| 12/11 | DEBIT POS, *****45185633936, AUT 121017 DDA PURCHASE<br>SAKS OFF 5TH 839 260 S    SHREWSBURY   * NJ | 212.15 |
| 12/11 | DEBIT CARD PURCHASE, *****45183719679, AUT 120817 VISA DDA PUR<br>TGI FRIDAYS 1577      FREEHOLD    * NJ | 156.65 |
| 12/11 | DEBIT POS, *****45185633936, AUT 121117 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 146.58 |
| 12/11 | DEBIT CARD PURCHASE, *****45185633936, AUT 120917 VISA DDA PUR<br>FRANKIE FEDS PIZZA      732 2941333  * NJ | 127.83 |
| 12/11 | DEBIT POS, *****45183719679, AUT 121017 DDA PURCHASE<br>DELICIOUS ORCHA      COLTS NECK  * NJ | 126.32 |
| 12/11 | DEBIT POS, *****45185633936, AUT 120917 DDA PURCHASE<br>WALGREENS STORE 81 US HI   ENGLISHTOWN  * NJ | 30.00 |
| 12/11 | DEBIT CARD PURCHASE, *****45185633936, AUT 120717 VISA DDA PUR<br>CHICK FIL A 01498     HOWELL    * NJ | 25.34 |
| 12/11 | DEBIT CARD PURCHASE, *****45185633936, AUT 120817 VISA DDA PUR<br>WAWA 989    00009894    OLD BRIDGE   * NJ | 25.00 |
| 12/11 | DEBIT CARD PURCHASE, *****45185633936, AUT 120717 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 4.54 |
| 12/12 | DEBIT POS, *****45185633936, AUT 121217 DDA PURCHASE<br>URBAN OUTFITRS 2 BROAD   RED BANK    * NJ | 322.66 |
| 12/12 | TD ATM DEBIT, *****45183719679, AUT 121217 DDA WITHDRAW<br>469 7TH AVENUE       NEW YORK   * NY | 300.00 |



**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

Page:                  9 of 12
Statement Period:      Nov 26 2017-Dec 25 2017
Cust Ref #:            4336897280-039-E-###
Primary Account #:     433-6897280

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/12 | TD ATM DEBIT, *****45185633936, AUT 121217 DDA WITHDRAW<br>3300 ROUTE 9      FREEHOLD    * NJ | 200.00 |
| 12/12 | DEBIT POS, *****45185633936, AUT 121217 DDA PURCH W/CB<br>STOP  SHOP 0815       HOWELL    * NJ | 145.48 |
| 12/12 | DEBIT POS, *****45185633936, AUT 121217 DDA PURCH W/CB<br>WAL MART 2195        HOWELL    * NJ | 138.97 |
| 12/12 | DEBIT POS, *****45185633936, AUT 121217 DDA PURCH W/CB<br>CVS PHARM 02547  4008    MORGANVILLE  * NJ | 51.99 |
| 12/12 | DEBIT CARD PURCHASE, *****45185633936, AUT 121117 VISA DDA PUR<br>WAWA 955      00009555    HOWELL    * NJ | 34.07 |
| 12/13 | TD ATM DEBIT, *****45185633936, AUT 121317 DDA WITHDRAW<br>3300 ROUTE 9      FREEHOLD    * NJ | 200.00 |
| 12/13 | DEBIT POS, *****45185633936, AUT 121317 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 155.88 |
| 12/13 | DEBIT POS, *****45185633936, AUT 121317 DDA PURCH W/CB<br>WAL MART 2195        HOWELL    * NJ | 129.85 |
| 12/13 | DEBIT POS, *****45185633936, AUT 121317 DDA PURCH W/CB<br>STOP  SHOP 0815       HOWELL    * NJ | 106.00 |
| 12/13 | DEBIT CARD PURCHASE, *****45185633936, AUT 121217 VISA DDA PUR<br>TUSCANY IV ITALIAN       MARLBORO    * NJ | 84.48 |
| 12/13 | DEBIT POS, *****45185633936, AUT 121317 DDA PURCHASE<br>LORD  TAYLOR 059 RT    FREEHOLD    * NJ | 81.22 |
| 12/13 | DEBIT POS, *****45185633936, AUT 121317 DDA PURCHASE<br>BURLNGTON STORES306    FREEHOLD   * NJ | 49.98 |
| 12/13 | DEBIT POS, *****45185633936, AUT 121317 DDA PURCHASE<br>STOP  SHOP 0815       HOWELL    * NJ | 42.33 |
| 12/13 | DEBIT CARD PURCHASE, *****45183719679, AUT 121217 VISA DDA PUR<br>SCHWARTZ SCHWARTZ AND AS   5168676603  * NY | 41.24 |
| 12/13 | DEBIT POS, *****45185633936, AUT 121317 DDA PURCH W/CB<br>WALGREENS STORE 1020 US   HOWELL    * NJ | 28.62 |
| 12/13 | DEBIT CARD PURCHASE, *****45185633936, AUT 121117 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 28.43 |
| 12/13 | DEBIT CARD PURCHASE, *****45183719679, AUT 121117 VISA DDA PUR<br>SUNOCO 0007661211      SOUTH AMBOY  * NJ | 21.33 |
| 12/14 | DEBIT POS, *****45185633936, AUT 121417 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 146.63 |
| 12/14 | DEBIT POS, *****45185633936, AUT 121417 DDA PURCHASE<br>ULTA  661         HOWELL    * NJ | 114.34 |
| 12/14 | DEBIT POS, *****45185633936, AUT 121417 DDA PURCH W/CB<br>WAL MART 2195        HOWELL    * NJ | 110.97 |
| 12/14 | DEBIT POS, *****45185633936, AUT 121417 DDA PURCH W/CB<br>TARGET T 4955 US HIGH    HOWELL    * NJ | 48.00 |
| 12/14 | DEBIT CARD PURCHASE, *****45185633936, AUT 121317 VISA DDA PUR<br>TODAYS NAILS       HOWELL    * NJ | 35.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

Page: 10 of 12
Statement Period: Nov 26 2017-Dec 25 2017
Cust Ref #: 4336897280-039-E-###
Primary Account #: 433-6897280

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/14 | DEBIT CARD PURCHASE, *****45185633936, AUT 121217 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 5.08 |
| 12/15 | DEBIT POS, *****45185633936, AUT 121517 DDA PURCH W/CB<br>STOP  SHOP 0815    HOWELL    * NJ | 151.59 |
| 12/15 | DEBIT POS, *****45185633936, AUT 121517 DDA PURCH W/CB<br>TARGET T  4955 US HIGH    HOWELL    * NJ | 73.19 |
| 12/15 | DEBIT POS, *****45185633936, AUT 121517 DDA PURCH W/CB<br>STOP  SHOP 0815    HOWELL    * NJ | 68.97 |
| 12/15 | DEBIT POS, *****45185633936, AUT 121517 DDA PURCHASE<br>TJ MAXX  4773 ROUTE 9    HOWELL    * NJ | 46.96 |
| 12/15 | DEBIT CARD PURCHASE, *****45183719679, AUT 121417 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 16.99 |
| 12/15 | DEBIT CARD PURCHASE, *****45185633936, AUT 121317 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 4.54 |
| 12/18 | TD ATM DEBIT, *****45185633936, AUT 121817 DDA WITHDRAW<br>3300 ROUTE 9    FREEHOLD    * NJ | 200.00 |
| 12/18 | DEBIT POS, *****45185633936, AUT 121817 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 121.56 |
| 12/18 | DEBIT CARD PURCHASE, *****45183719679, AUT 121717 VISA DDA PUR<br>CROWN PALACE    MARLBORO    * NJ | 94.50 |
| 12/18 | DEBIT POS, *****45185633936, AUT 121817 DDA PURCHASE<br>MACY S  3710 RT 9 SO    FREEHOLD    * NJ | 89.50 |
| 12/18 | DEBIT CARD PURCHASE, *****45183719679, AUT 121517 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 74.74 |
| 12/18 | DEBIT POS, *****45185633936, AUT 121717 DDA PURCHASE<br>CVS PHARM 00862  2 RYA    MARLBORO    * NJ | 48.86 |
| 12/18 | DEBIT POS, *****45183719679, AUT 121717 DDA PURCHASE<br>THE HOME DEPOT  0933    HOWELL    * NJ | 33.04 |
| 12/18 | DEBIT CARD PURCHASE, *****45185633936, AUT 121517 VISA DDA PUR<br>HANDS ON    FREEHOLD    * NJ | 30.00 |
| 12/18 | DEBIT CARD PURCHASE, *****45185633936, AUT 121517 VISA DDA PUR<br>WAWA 938    00009381    HOWELL    * NJ | 25.00 |
| 12/18 | DEBIT CARD PURCHASE, *****45183719679, AUT 121617 VISA DDA PUR<br>AMAZON MKTPLACE PMTS WWW    WWW AMAZON CO * WA | 21.95 |
| 12/18 | DEBIT CARD PURCHASE, *****45185633936, AUT 121617 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 11.38 |
| 12/18 | DEBIT CARD PURCHASE, *****45185633936, AUT 121417 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 8.55 |
| 12/18 | DEBIT CARD PURCHASE, *****45185633936, AUT 121517 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 4.54 |
| 12/19 | DEBIT CARD PURCHASE, *****45183719679, AUT 121817 VISA DDA PUR<br>VERIZON WRL MY ACCT VN    800 9220204  * CA | 511.97 |
| 12/19 | ELECTRONIC PMT-WEB, VERIZON ONLINE PMT CKF****13488POS | 447.43 |



# TD Bank

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

Page: 11 of 12
Statement Period: Nov 26 2017-Dec 25 2017
Cust Ref #: 4336897280-039-E-###
Primary Account #: 433-6897280

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/19 | DEBIT POS, *****45185633936, AUT 121917 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 155.70 |
| 12/19 | DEBIT CARD PURCHASE, *****45183719679, AUT 121817 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 153.95 |
| 12/19 | DEBIT CARD PURCHASE, *****45185633936, AUT 121817 VISA DDA PUR<br>TUSCANY IV ITALIAN    MARLBORO    * NJ | 142.26 |
| 12/19 | DEBIT POS, *****45185633936, AUT 121917 DDA PURCH W/CB<br>STOP  SHOP 0815    HOWELL    * NJ | 139.89 |
| 12/19 | DEBIT POS, *****45185633936, AUT 121917 DDA PURCHASE<br>HOBBYLOBBY 4578 US HIGHW    HOWELL    * NJ | 39.91 |
| 12/20 | DEBIT CARD PURCHASE, *****45185633936, AUT 121717 VISA DDA PUR<br>URBAN OUTFITTERS DIR 21    972 550 2751 * PA | 123.64 |
| 12/20 | DEBIT CARD PURCHASE, *****45185633936, AUT 121817 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 8.55 |
| 12/21 | ELECTRONIC PMT-WEB, NEW JERSEY GAS ONLINE PMT CKF****13488POS | 34.29 |
| 12/21 | DEBIT CARD PURCHASE, *****45183719679, AUT 121917 VISA DDA PUR<br>HOUNDSTOOTH PUB    NEW YORK    * NY | 26.13 |
| 12/21 | DEBIT CARD PURCHASE, *****45185633936, AUT 121917 VISA DDA PUR<br>EXXONMOBIL  47982863    FREEHOLD    * NJ | 25.00 |
| 12/22 | DEBIT POS, *****45183719679, AUT 122217 DDA PURCHASE<br>LB 4774    NEW YORK    * NY | 325.25 |
| 12/22 | TDBANK BILL PAY CHECK, MATT SINGER<br>CHECK# 995066 | 210.00 |
| 12/22 | DEBIT POS, *****45183719679, AUT 122217 DDA PURCHASE<br>LORD  TAYLOR 001 424    NEW YORK    * NY | 152.70 |
| 12/22 | DEBIT CARD PURCHASE, *****45185633936, AUT 122017 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 8.55 |
|  | Subtotal: | 22,080.91 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | DEBIT | 2,500.00 |
| 12/04 | DEBIT | 125,000.00 |
| 12/20 | DEBIT | 1,200.00 |
|  | Subtotal: | 128,700.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/25 | 127,680.74 | 12/11 | 34,631.44 |
| 11/27 | 141,035.92 | 12/12 | 33,438.27 |
| 11/28 | 137,304.98 | 12/13 | 32,468.91 |
| 11/29 | 136,558.95 | 12/14 | 32,008.89 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

Page: 12 of 12
Statement Period: Nov 26 2017-Dec 25 2017
Cust Ref #: 4336897280-039-E-###
Primary Account #: 433-6897280

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
| --- | --- | --- | --- |
| 11/30 | 134,945.60 | 12/15 | 31,646.65 |
| 12/01 | 149,235.21 | 12/18 | 50,883.03 |
| 12/04 | 22,114.68 | 12/19 | 49,291.92 |
| 12/05 | 20,333.22 | 12/20 | 47,959.73 |
| 12/06 | 19,584.17 | 12/21 | 47,693.31 |
| 12/07 | 18,844.42 | 12/22 | 46,996.81 |
| 12/08 | 26,810.63 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender