DISTRICT OF

In re John & Grace Albano

Case No. 17-18140
Reporting Period: October 2017

## MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____    2/18/18
Signature of Debtor                Date

_____    2/18/18
Signature of Joint Debtor          Date

_____    _____
Signature of Authorized Individual*    Date

_____    _____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: John Albano & Grace Albano
Debtor

Case No.: 17-18140-CMG
Reporting Period: OCTOBER 1-31, 2017

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 95,563.48 | | | | 95,563.48 | | 0.00 | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | | | | 0.00 | | 0.00 | |
| ACCOUNTS RECEIVABLE | | | | | 0.00 | | 0.00 | |
| LOANS AND ADVANCES | | | | | 0.00 | | 0.00 | |
| SALE OF ASSETS | | | | | 0.00 | | 0.00 | |
| NET WAGES | 35,958.07 | | | | 35,958.07 | | 259,079.67 | |
| TRANSFERS (FROM DIP ACCTS) | | | | | 0.00 | | 0.00 | |
| TRANSFERS FROM PREVIOUS ACCTS | | | | | 0.00 | | 6,814.79 | |
| **TOTAL RECEIPTS** | 35,958.07 | | | | 35,958.07 | | 265,894.46 | |
| **DISBURSEMENTS** | | | | | | | | |
| AUTO INSURANCE | 519.35 | | | | 519.35 | | 3,341.66 | |
| AUTO/LOCAL TRANSPORTATION | 2,633.43 | | | | 2,633.43 | | 12,963.97 | |
| BANK SERVICE CHARGES | 0.00 | | | | 0.00 | | 25.00 | |
| CLOTHING/PERSONAL CARE | 3,509.86 | | | | 3,509.86 | | 20,631.09 | |
| DONATIONS | 0.00 | | | | 0.00 | | 225.00 | |
| EDUCATION | 0.00 | | | | 0.00 | | 12,996.00 | |
| ENTERTAINMENT | 789.34 | | | | 789.34 | | 789.34 | |
| FOOD & SUNDRIES | 9,943.29 | | | | 9,943.29 | | 54,287.95 | |
| GIFTS | 0.00 | | | | 0.00 | | 2,590.00 | |
| HOUSEHOLD GOODS | 2,257.05 | | | | 2,257.05 | | 8,938.56 | |
| MEDICAL | 55.00 | | | | 55.00 | | 4,629.25 | |
| PROFESSIONAL FEES | 41.15 | | | | 41.15 | | 41.15 | |
| RENT | 3,200.00 | | | | 3,200.00 | | 22,400.00 | |
| REPAIRS & MAINTENANCE | 1,263.33 | | | | 1,263.33 | | 6,907.90 | |
| SUPPLIES | 0.00 | | | | 0.00 | | 44.20 | |
| TELEPHONE | 801.86 | | | | 801.86 | | 3,854.27 | |
| TRAVEL | 15.25 | | | | 15.25 | | 386.84 | |
| UTILITIES | 123.84 | | | | 123.84 | | 3,823.48 | |
| TRANSFERS (TO DIP ACCTS) | | | | | | | | |
| PROFESSIONAL FEES | | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | 975.00 | | | | 975.00 | | 1,625.00 | |
| COURT COSTS | | | | | | | | |
| **TOTAL DISBURSEMENTS** | 26,127.75 | | | | 26,127.75 | | 160,500.66 | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | 9,830.32 | | | | 9,830.32 | | 105,393.80 | |
| **CASH - END OF MONTH** | 105,393.80 | | | | 105,393.80 | | 105,393.80 | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| TOTAL DISBURSEMENTS | 26,127.75 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 26,127.75 |

FORM MOR-1
(04/07)

In re: John Albano & Grace Albano, Debtor

Case No. 17-18140-CMG
Reporting Period: OCT 1-31, 2017

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** | | 105,393.80 | | | | | | |
| BANK BALANCE | | 105,125.46 | | | | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | |
| OTHER : PETTY CASH | | 268.34 | | | | | | |
| ADJUSTED BANK BALANCE * | | 105,393.80 | | | | | | |
| * Adjusted bank balance must equal balance per books | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| **OTHER** | | | | | | | | |

FORM MOR-1a (04/07)



**Bank**

America's Most Convenient Bank®             T      **STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ
111 HUNT RD
FREEHOLD NJ  07728-8126

| | |
|---|---|
| Page: | 1 of 15 |
| Statement Period: | Sep 26 2017-Oct 25 2017 |
| Cust Ref #: | 4336897280-039-T-### |
| Primary Account #: | 433-6897280 |

## Chapter 11 Checking

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

Account # 433-6897280

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 91,242.30 | Average Collected Balance | 93,464.18 |
| Deposits | 35,958.06 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 4,727.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 18,308.93 | Days in Period | 30 |
| Other Withdrawals | 1,000.00 | | |
| Ending Balance | 103,164.43 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/29 | DEPOSIT | 8,988.02 |
| 10/10 | DEPOSIT | 8,994.00 |
| 10/16 | DEPOSIT | 8,988.02 |
| 10/23 | DEPOSIT | 8,988.02 |
| | Subtotal: | 35,958.06 |

**Checks Paid**  No. Checks: 5    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/06 | 109 | 181.00 | 10/23 | 112 | 975.00 |
| 10/12 | 110 | 181.00 | 09/29 | 1162287* | 3,200.00 |
| 10/23 | 111 | 190.00 | | | |
| | | | | Subtotal: | 4,727.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/26 | DEBIT POS, *****45185633936, AUT 092617 DDA PURCH W/CB SHOPRITE HOWELL S1 459    HOWELL    * NJ | 150.80 |
| 09/26 | DEBIT CARD PURCHASE, *****45185633936, AUT 092517 VISA DDA PUR JCPENNEY 2477    FREEHOLD    * NJ | 89.40 |
| 09/26 | DEBIT POS, *****45185633936, AUT 092617 DDA PURCH W/CB BEDBATH BEYOND 4075 ROU   HOWELL    * NJ | 61.35 |
| 09/26 | DEBIT CARD PURCHASE, *****45185633936, AUT 092517 VISA DDA PUR TUSCANY IV ITALIAN    MARLBORO    * NJ | 42.29 |
| 09/26 | DEBIT CARD PURCHASE, *****45183719679, AUT 092517 VISA DDA PUR CHEF YU    NEW YORK    * NY | 38.25 |
| 09/26 | DEBIT POS, *****45185633936, AUT 092617 DDA PURCH W/CB WALGREENS STORE 4011 US   HOWELL    * NJ | 25.87 |

**Call 1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page:  2 of 15

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ **Ending Balance**  103,164.43
❷ **Total Deposits**  +
❸ **Sub Total**
❹ **Total Withdrawals**  -
❺ **Adjusted Balance**

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 3 of 15 |
| Statement Period: | Sep 26 2017-Oct 25 2017 |
| Cust Ref #: | 4336897280-039-T-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/26 | DEBIT CARD PURCHASE, *****45185633936, AUT 092417 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 24.69 |
| 09/26 | DEBIT POS, *****45185633936, AUT 092617 DDA PURCHASE<br>7 ELEVEN          HOWELL     * NJ | 14.89 |
| 09/26 | DEBIT CARD PURCHASE, *****45183719679, AUT 092417 VISA DDA PUR<br>MTA EWRLOTCTP CT     NEWARK     * NJ | 8.00 |
| 09/26 | DEBIT POS, *****45185633936, AUT 092617 DDA PURCHASE<br>STOP  SHOP 0815     HOWELL     * NJ | 6.99 |
| 09/26 | DEBIT CARD PURCHASE, *****45185633936, AUT 092417 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 4.54 |
| 09/27 | DEBIT POS, *****45185633936, AUT 092717 DDA PURCH W/CB<br>02827 ACME       OLD BRIDGE   * NJ | 124.46 |
| 09/27 | DEBIT CARD PURCHASE, *****45183719679, AUT 092617 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 65.27 |
| 09/27 | DEBIT POS, *****45185633936, AUT 092717 DDA PURCH W/CB<br>STOP  SHOP 0815     HOWELL     * NJ | 52.37 |
| 09/27 | DEBIT POS, *****45185633936, AUT 092717 DDA PURCHASE<br>BURLNGTON STORES306    FREEHOLD    * NJ | 32.97 |
| 09/27 | DEBIT CARD PURCHASE, *****45185633936, AUT 092217 VISA DDA PUR<br>CATOFASHIONS COM     800 758 2286 * NC | 28.94 |
| 09/27 | DEBIT POS, *****45185633936, AUT 092717 DDA PURCH W/CB<br>02827 ACME       OLD BRIDGE   * NJ | 24.65 |
| 09/27 | DEBIT POS, *****45185633936, AUT 092717 DDA PURCHASE<br>MACY S  3710 RT 9 SO   FREEHOLD    * NJ | 18.70 |
| 09/27 | DEBIT CARD PURCHASE, *****45183719679, AUT 092617 VISA DDA PUR<br>ESSEN          NEW YORK    * NY | 8.99 |
| 09/27 | DEBIT CARD PURCHASE, *****45185633936, AUT 092517 VISA DDA PUR<br>STARBUCKS STORE 02773   HOWELL     * NJ | 8.55 |
| 09/27 | DEBIT POS, *****45185633936, AUT 092717 DDA PURCHASE<br>BATH AND BODY WORKS 3353  FREEHOLD    * NJ | 8.02 |
| 09/27 | DEBIT CARD PURCHASE, *****45183719679, AUT 092517 VISA DDA PUR<br>TST  GREGORY S COFFEE   NEW YORK    * NY | 5.50 |
| 09/28 | TD ATM DEBIT, *****45185633936, AUT 092817 DDA WITHDRAW<br>3300 ROUTE 9      FREEHOLD    * NJ | 200.00 |
| 09/28 | DEBIT CARD PURCHASE, *****45185633936, AUT 092717 VISA DDA PUR<br>TUSCANY IV ITALIAN    MARLBORO    * NJ | 82.03 |
| 09/28 | DEBIT POS, *****45185633936, AUT 092817 DDA PURCHASE<br>DRESSBARN DRESSBARN 00   TOMS RIVER   * NJ | 55.50 |
| 09/28 | DEBIT CARD PURCHASE, *****45185633936, AUT 092517 VISA DDA PUR<br>WWW TORRID COM     866 867 7431 * CA | 39.67 |
| 09/28 | DEBIT CARD PURCHASE, *****45183719679, AUT 092617 VISA DDA PUR<br>AMAZON MKTPLACE PMTS    AMZN COM BILL * WA | 37.73 |
| 09/28 | DEBIT POS, *****45185633936, AUT 092817 DDA PURCHASE<br>SALLY BEAUTY 05 1358 HO  TOMS RIVER   * NJ | 17.82 |

Call **1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---:|
| Page: | 4 of 15 |
| Statement Period: | Sep 26 2017-Oct 25 2017 |
| Cust Ref #: | 4336897280-039-T-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/28 | DEBIT POS, *****45183719679, AUT 092817 DDA PURCHASE<br>MTA VENDING MACHINES    NEW YORK   * NY | 10.00 |
| 09/28 | DEBIT POS, *****45185633936, AUT 092817 DDA PURCHASE<br>TONYS FAMILY PH    FREEHOLD   * NJ | 9.70 |
| 09/28 | DEBIT CARD PURCHASE, *****45185633936, AUT 092617 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD   * NJ | 4.54 |
| 09/28 | DEBIT CARD PURCHASE, *****45185633936, AUT 092717 VISA DDA PUR<br>DUNKIN  340485 Q35    FREEHOLD   * NJ | 3.46 |
| 09/28 | DEBIT CARD PURCHASE, *****45183719679, AUT 092717 VISA DDA PUR<br>APL ITUNES COM BILL    866 712 7753  * CA | 0.99 |
| 09/29 | DEBIT POS, *****45185633936, AUT 092917 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL   * NJ | 117.11 |
| 09/29 | DEBIT POS, *****45185633936, AUT 092917 DDA PURCH W/CB<br>WM SUPERC WAL MART SUP    HOWELL   * NJ | 114.99 |
| 09/29 | DEBIT POS, *****45185633936, AUT 092917 DDA PURCH W/CB<br>CVS PHARM 10363 4251    HOWELL   * NJ | 48.90 |
| 09/29 | DEBIT POS, *****45185633936, AUT 092917 DDA PURCH W/CB<br>TARGET T 4955 US HIGH    HOWELL   * NJ | 45.33 |
| 09/29 | DEBIT CARD PURCHASE, *****45185633936, AUT 092817 VISA DDA PUR<br>HANDS ON    FREEHOLD   * NJ | 30.00 |
| 09/29 | DEBIT CARD PURCHASE, *****45185633936, AUT 092817 VISA DDA PUR<br>KFC LONG JOHN SILVERS    HOWELL   * NJ | 28.03 |
| 09/29 | DEBIT POS, *****45185633936, AUT 092917 DDA PURCH W/CB<br>WALGREENS STORE 1020 US    HOWELL   * NJ | 24.26 |
| 09/29 | DEBIT CARD PURCHASE, *****45185633936, AUT 092717 VISA DDA PUR<br>RACEWAY 2221 61020053    FREEHOLD   * NJ | 20.00 |
| 09/29 | DEBIT CARD PURCHASE, *****45185633936, AUT 092817 VISA DDA PUR<br>TSP COPPER CHEF 2OF3    973 2875176  * PA | 19.99 |
| 09/29 | DEBIT CARD PURCHASE, *****45185633936, AUT 092717 VISA DDA PUR<br>WENDYS STORE 0009    FREEHOLD   * NJ | 2.13 |
| 10/02 | DEBIT POS, *****45185633936, AUT 093017 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL   * NJ | 191.29 |
| 10/02 | DEBIT CARD PURCHASE, *****45183719679, AUT 093017 VISA DDA PUR<br>ORCHARD CLEANERS    COLTS NECK  * NJ | 173.30 |
| 10/02 | DEBIT POS, *****45185633936, AUT 100217 DDA PURCH W/CB<br>STOP  SHOP 0815    HOWELL   * NJ | 157.83 |
| 10/02 | DEBIT POS, *****45185633936, AUT 100217 DDA PURCH W/CB<br>WAL MART SUPER CENTER    HOWELL   * NJ | 131.68 |
| 10/02 | DEBIT POS, *****45185633936, AUT 100217 DDA PURCHASE<br>6004 FOREVER 21    FREEHOLD   * NJ | 127.60 |
| 10/02 | TD ATM DEBIT, *****45185633936, AUT 100217 DDA WITHDRAW<br>3300 ROUTE 9    FREEHOLD   * NJ | 100.00 |
| 10/02 | DEBIT POS, *****45185633936, AUT 100217 DDA PURCHASE<br>LORD  TAYLOR 059 RT    FREEHOLD   * NJ | 81.22 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 5 of 15 |
| Statement Period: | Sep 26 2017-Oct 25 2017 |
| Cust Ref #: | 4336897280-039-T-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | DEBIT POS, *****45185633936, AUT 100217 DDA PURCHASE<br>YCC STORE 00019     FREEHOLD   * NJ | 66.22 |
| 10/02 | DEBIT CARD PURCHASE, *****45183719679, AUT 093017 VISA DDA PUR<br>HUDDYS INN     COLTS NECK   * NJ | 59.41 |
| 10/02 | DEBIT CARD PURCHASE, *****45185633936, AUT 100117 VISA DDA PUR<br>TUSCANY IV ITALIAN     MARLBORO   * NJ | 56.63 |
| 10/02 | DEBIT CARD PURCHASE, *****45185633936, AUT 092917 VISA DDA PUR<br>TODAYS NAILS     HOWELL   * NJ | 53.00 |
| 10/02 | DEBIT CARD PURCHASE, *****45185633936, AUT 092817 VISA DDA PUR<br>AVENUE 568  00005686     TOMS RIVER   * NJ | 43.00 |
| 10/02 | DEBIT POS, *****45185633936, AUT 093017 DDA PURCH W/CB<br>TARGET T  4955 US HIGH     HOWELL   * NJ | 42.99 |
| 10/02 | DEBIT CARD PURCHASE, *****45185633936, AUT 092617 VISA DDA PUR<br>FTF COM     646 825 4600 * NY | 37.98 |
| 10/02 | DEBIT CARD PURCHASE, *****45183719679, AUT 093017 VISA DDA PUR<br>BROCK FARMS     COLTS NECK   * NJ | 37.35 |
| 10/02 | DEBIT CARD PURCHASE, *****45183719679, AUT 093017 VISA DDA PUR<br>BROCK FARMS     COLTS NECK   * NJ | 36.30 |
| 10/02 | DEBIT POS, *****45185633936, AUT 100217 DDA PURCHASE<br>AMERICAN EAGLE     FREEHOLD   * NJ | 29.00 |
| 10/02 | DEBIT CARD PURCHASE, *****45185633936, AUT 092917 VISA DDA PUR<br>LUKOIL 57739     HOWELL   * NJ | 25.00 |
| 10/02 | DEBIT POS, *****45185633936, AUT 100117 DDA PURCHASE<br>WM SUPERC WAL MART SUP     HOWELL   * NJ | 22.92 |
| 10/02 | DEBIT POS, *****45185633936, AUT 100117 DDA PURCHASE<br>WAL MART SUPER CENTER     HOWELL   * NJ | 19.81 |
| 10/02 | DEBIT CARD PURCHASE, *****45185633936, AUT 093017 VISA DDA PUR<br>SAN MICHEAL POETS DELI     FREEHOLD   * NJ | 19.21 |
| 10/02 | DEBIT CARD PURCHASE, *****45185633936, AUT 093017 VISA DDA PUR<br>STARBUCKS STORE 22993     FREEHOLD   * NJ | 17.31 |
| 10/02 | DEBIT CARD PURCHASE, *****45183719679, AUT 092917 VISA DDA PUR<br>CHEF YU     NEW YORK   * NY | 14.00 |
| 10/02 | DEBIT CARD PURCHASE, *****45185633936, AUT 092817 VISA DDA PUR<br>WHITE CASTLE 090037     HOWELL   * NJ | 11.19 |
| 10/02 | DEBIT POS, *****45183719679, AUT 093017 DDA PURCHASE<br>QUICK CHEK CORP     FARMINGDALE   * NJ | 9.72 |
| 10/02 | DEBIT CARD PURCHASE, *****45185633936, AUT 092917 VISA DDA PUR<br>STARBUCKS STORE 22993     FREEHOLD   * NJ | 8.55 |
| 10/02 | DEBIT POS, *****45183719679, AUT 093017 DDA PURCHASE<br>BR FACTORY US 1771     TINTON FALLS * NJ | 6.00 |
| 10/02 | DEBIT CARD PURCHASE, *****45183719679, AUT 092817 VISA DDA PUR<br>TST  GREGORY S COFFEE     NEW YORK   * NY | 5.85 |
| 10/02 | DEBIT CARD PURCHASE, *****45185633936, AUT 092817 VISA DDA PUR<br>STARBUCKS STORE 22993     FREEHOLD   * NJ | 4.54 |

**Call 1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

Page: 6 of 15
Statement Period: Sep 26 2017-Oct 25 2017
Cust Ref #: 4336897280-039-T-###
Primary Account #: 433-6897280

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | DEBIT CARD PURCHASE, *****45185633936, AUT 092917 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 4.54 |
| 10/02 | DEBIT CARD PURCHASE, *****45185633936, AUT 093017 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 4.54 |
| 10/02 | DEBIT CARD PURCHASE, *****45183719679, AUT 092817 VISA DDA PUR<br>STAPLES    00115741    NEW YORK    * NY | 1.67 |
| 10/03 | TDBANK BILL PAY CHECK, JEFF DELANTY<br>CHECK# 995047 | 250.00 |
| 10/03 | DEBIT POS, *****45185633936, AUT 100317 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 127.32 |
| 10/03 | DEBIT CARD PURCHASE, *****45185633936, AUT 100217 VISA DDA PUR<br>TUSCANY IV ITALIAN    MARLBORO    * NJ | 74.75 |
| 10/03 | DEBIT CARD PURCHASE, *****45183719679, AUT 100117 VISA DDA PUR<br>TONYS FAMILY PHARMACY    FREEHOLD    * NJ | 57.66 |
| 10/03 | DEBIT POS, *****45185633936, AUT 100317 DDA PURCH W/CB<br>CVS PHARM 10363 4251    HOWELL    * NJ | 52.41 |
| 10/03 | DEBIT CARD PURCHASE, *****45185633936, AUT 093017 VISA DDA PUR<br>BAMBOO KITCHEN    FREEHOLD    * NJ | 15.95 |
| 10/03 | DEBIT CARD PURCHASE, *****45185633936, AUT 100117 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 10.47 |
| 10/03 | DEBIT CARD PURCHASE, *****45183719679, AUT 100217 VISA DDA PUR<br>FAMOUS FAMILIGIA    NEW YORK    * NY | 8.40 |
| 10/04 | DEBIT POS, *****45185633936, AUT 100417 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 133.00 |
| 10/04 | DEBIT CARD PURCHASE, *****45185633936, AUT 100317 VISA DDA PUR<br>FOREVER 21 COM    213 747 2121  * CA | 102.59 |
| 10/04 | DEBIT CARD PURCHASE, *****45185633936, AUT 093017 VISA DDA PUR<br>ASHLEY STEWART E COMMERC    844 327 4539 * NJ | 66.95 |
| 10/04 | DEBIT CARD PURCHASE, *****45183719679, AUT 100317 VISA DDA PUR<br>URGENT CARE OF FREEHOLD    FREEHOLD    * NJ | 55.00 |
| 10/04 | DEBIT CARD PURCHASE, *****45185633936, AUT 100317 VISA DDA PUR<br>WWW BOOHOO COM    ONLINE    * NY | 52.50 |
| 10/04 | DEBIT CARD PURCHASE, *****45185633936, AUT 100317 VISA DDA PUR<br>WAWA 938    00009381    HOWELL    * NJ | 25.00 |
| 10/04 | DEBIT POS, *****45185633936, AUT 100417 DDA PURCHASE<br>HOBBYLOBBY 4578 US HIGHW    HOWELL    * NJ | 19.58 |
| 10/04 | DEBIT CARD PURCHASE, *****45183719679, AUT 100317 VISA DDA PUR<br>BEST BAGEL COFFEE    MANHATTAN    * NY | 9.09 |
| 10/04 | DEBIT CARD PURCHASE, *****45185633936, AUT 100217 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 4.54 |
| 10/05 | TD ATM DEBIT, *****45185633936, AUT 100517 DDA WITHDRAW<br>3300 ROUTE 9    FREEHOLD    * NJ | 200.00 |
| 10/05 | DEBIT CARD PURCHASE, *****45185633936, AUT 100417 VISA DDA PUR<br>FRANKIE FEDS PIZZA    732 2941333  * NJ | 136.23 |



America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 7 of 15 |
| Statement Period: | Sep 26 2017-Oct 25 2017 |
| Cust Ref #: | 4336897280-039-T-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | DEBIT CARD PURCHASE, *****45185633936, AUT 100117 VISA DDA PUR<br>ASHLEY STEWART E COMMERC   844 327 4539  * NJ | 76.95 |
| 10/05 | DEBIT CARD PURCHASE, *****45183719679, AUT 100417 VISA DDA PUR<br>BEST BAGEL COFFEE       MANHATTAN   * NY | 28.17 |
| 10/05 | DEBIT POS, *****45185633936, AUT 100517 DDA PURCH W/CB<br>WALGREENS STORE 3247 US   FREEHOLD   * NJ | 26.99 |
| 10/05 | DEBIT POS, *****45183719679, AUT 100517 DDA PURCHASE<br>NJT NY PENN STA  0115    NEW YORK    * NJ | 5.25 |
| 10/05 | DEBIT CARD PURCHASE, *****45185633936, AUT 100317 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD   * NJ | 4.54 |
| 10/06 | DEBIT CARD PURCHASE, *****45183719679, AUT 100417 VISA DDA PUR<br>TICKETMASTER           800 653 8000  * CA | 789.34 |
| 10/06 | TDBANK BILL PAY CHECK, VERIZON WIRELESS<br>CHECK# 995046 | 507.14 |
| 10/06 | DEBIT CARD PURCHASE, *****45185633936, AUT 100517 VISA DDA PUR<br>HANDS ON            FREEHOLD   * NJ | 170.00 |
| 10/06 | DEBIT POS, *****45185633936, AUT 100617 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL   * NJ | 150.11 |
| 10/06 | DEBIT CARD PURCHASE, *****45183719679, AUT 100517 VISA DDA PUR<br>MERCATO NOVELTY BURGER    NEWARK    * NJ | 41.40 |
| 10/06 | DEBIT CARD PURCHASE, *****45183719679, AUT 100517 VISA DDA PUR<br>PARKMOBILEPMR PRUDENT   770 818 9036  * GA | 26.00 |
| 10/06 | DEBIT POS, *****45185633936, AUT 100617 DDA PURCHASE<br>WAWA 989          OLD BRIDGE   * NJ | 22.46 |
| 10/06 | DEBIT CARD PURCHASE, *****45185633936, AUT 100517 VISA DDA PUR<br>BIG CITY BAGELS       HOWELL    * NJ | 17.46 |
| 10/06 | DEBIT POS, *****45185633936, AUT 100617 DDA PURCHASE<br>BURLNGTON STORES306     FREEHOLD   * NJ | 16.99 |
| 10/06 | DEBIT CARD PURCHASE, *****45185633936, AUT 100417 VISA DDA PUR<br>CHICK FIL A  01498     HOWELL    * NJ | 14.41 |
| 10/06 | DEBIT CARD PURCHASE, *****45183719679, AUT 100417 VISA DDA PUR<br>NY PIZZA SUPREMA       NEW YORK   * NY | 11.25 |
| 10/06 | DEBIT CARD PURCHASE, *****45185633936, AUT 100417 VISA DDA PUR<br>STARBUCKS STORE 07843    MORGANVILLE  * NJ | 9.73 |
| 10/06 | DEBIT CARD PURCHASE, *****45185633936, AUT 100417 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 4.01 |
| 10/06 | DEBIT CARD PURCHASE, *****45185633936, AUT 100517 VISA DDA PUR<br>DUNKIN  340485 Q35    FREEHOLD   * NJ | 2.87 |
| 10/06 | DEBIT POS, *****45185633936, AUT 100617 DDA PURCHASE<br>WAWA 989          OLD BRIDGE   * NJ | 1.49 |
| 10/10 | DEBIT CARD PURCHASE, *****45183719679, AUT 100617 VISA DDA PUR<br>NEW JERSEY E ZPASS      NEWARK    * NJ | 565.00 |
| 10/10 | TD ATM DEBIT, *****45185633936, AUT 101017 DDA WITHDRAW<br>3300 ROUTE 9         FREEHOLD   * NJ | 300.00 |



**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 8 of 15 |
| Statement Period: | Sep 26 2017-Oct 25 2017 |
| Cust Ref #: | 4336897280-039-T-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/10 | DEBIT POS, *****45185633936, AUT 100717 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 192.39 |
| 10/10 | DEBIT POS, *****45185633936, AUT 101017 DDA PURCH W/CB<br>WAL MART 2195    HOWELL    * NJ | 175.88 |
| 10/10 | DEBIT POS, *****45185633936, AUT 101017 DDA PURCH W/CB<br>STOP  SHOP 0815    HOWELL    * NJ | 170.82 |
| 10/10 | DEBIT CARD PURCHASE, *****45185633936, AUT 100917 VISA DDA PUR<br>TUSCANY IV ITALIAN    MARLBORO    * NJ | 110.06 |
| 10/10 | TD ATM DEBIT, *****45185633936, AUT 100917 DDA WITHDRAW<br>3300 ROUTE 9    FREEHOLD    * NJ | 100.00 |
| 10/10 | DEBIT POS, *****45185633936, AUT 100917 DDA PURCHASE<br>LANE BRYANT 6820    FREEHOLD    * NJ | 85.00 |
| 10/10 | DEBIT POS, *****45183719679, AUT 100817 DDA PURCHASE<br>CVS PHARM 05461  120 W    MANALAPAN    * NJ | 70.81 |
| 10/10 | DEBIT POS, *****45183719679, AUT 100717 DDA PURCHASE<br>BARNESNOBLE 3981 US HWY    FREEHOLD    * NJ | 65.28 |
| 10/10 | DEBIT CARD PURCHASE, *****45183719679, AUT 100817 VISA DDA PUR<br>MAMMA MIA FOCACCERIA  N    MANALAPAN    * NJ | 62.65 |
| 10/10 | DEBIT CARD PURCHASE, *****45185633936, AUT 100717 VISA DDA PUR<br>WOOLLEYS FISH MARKET    HOWELL    * NJ | 55.00 |
| 10/10 | DEBIT CARD PURCHASE, *****45185633936, AUT 100517 VISA DDA PUR<br>RUE21 COM  7000    724 776 9780 * PA | 53.03 |
| 10/10 | DEBIT POS, *****45185633936, AUT 101017 DDA PURCHASE<br>BURLNGTON STORES306    FREEHOLD    * NJ | 48.97 |
| 10/10 | DEBIT CARD PURCHASE, *****45183719679, AUT 100617 VISA DDA PUR<br>HINGS CHINESE RESTAURANT  FREEHOLD    * NJ | 38.95 |
| 10/10 | DEBIT POS, *****45185633936, AUT 100917 DDA PURCHASE<br>CHARLOTTE RUSSE 3710 ROU    FREEHOLD    * NJ | 38.48 |
| 10/10 | DEBIT POS, *****45185633936, AUT 100717 DDA PURCHASE<br>TJ MAXX  4773 ROUTE 9    HOWELL    * NJ | 33.87 |
| 10/10 | DEBIT POS, *****45185633936, AUT 101017 DDA PURCH W/CB<br>WALGREENS STORE 1020 US    HOWELL    * NJ | 25.05 |
| 10/10 | DEBIT CARD PURCHASE, *****45185633936, AUT 100617 VISA DDA PUR<br>WAWA  955    00009555    HOWELL    * NJ | 25.00 |
| 10/10 | DEBIT CARD PURCHASE, *****45183719679, AUT 100917 VISA DDA PUR<br>BEST BAGEL  COFFEE    MANHATTAN  * NY | 13.82 |
| 10/10 | DEBIT CARD PURCHASE, *****45183719679, AUT 100717 VISA DDA PUR<br>STARBUCKS STORE 07854    OCEAN TOWNSHI * NJ | 12.24 |
| 10/10 | DEBIT CARD PURCHASE, *****45185633936, AUT 100717 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 11.86 |
| 10/10 | DEBIT CARD PURCHASE, *****45183719679, AUT 100617 VISA DDA PUR<br>ESSEN    NEW YORK    * NY | 9.25 |
| 10/10 | DEBIT CARD PURCHASE, *****45185633936, AUT 100817 VISA DDA PUR<br>MAMMA MIA FOCACCERIA  N    MANALAPAN    * NJ | 8.51 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---:|
| Page: | 9 of 15 |
| Statement Period: | Sep 26 2017-Oct 25 2017 |
| Cust Ref #: | 4336897280-039-T-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/10 | DEBIT CARD PURCHASE, *****45185633936, AUT 100817 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 8.23 |
| 10/10 | DEBIT POS, *****45185633936, AUT 100917 DDA PURCHASE<br>7 ELEVEN    MARLBORO    * NJ | 5.76 |
| 10/10 | DEBIT CARD PURCHASE, *****45183719679, AUT 100517 VISA DDA PUR<br>TST  GREGORY S COFFEE    NEW YORK    * NY | 5.50 |
| 10/10 | DEBIT CARD PURCHASE, *****45185633936, AUT 100617 VISA DDA PUR<br>DUNKIN  340485 Q35    FREEHOLD    * NJ | 4.37 |
| 10/11 | ELECTRONIC PMT-WEB, ALLY FIN AUTO ONLINE PMT CKF****13488POS | 558.94 |
| 10/11 | TD ATM DEBIT, *****45183719679, AUT 101117 DDA WITHDRAW<br>469 7TH AVENUE    NEW YORK    * NY | 400.00 |
| 10/11 | ELECTRONIC PMT-WEB, VERIZON ONLINE PMT CKF****13488POS | 294.72 |
| 10/11 | DEBIT POS, *****45185633936, AUT 101117 DDA PURCH W/CB<br>02827 ACME    OLD BRIDGE    * NJ | 113.16 |
| 10/11 | DEBIT POS, *****45185633936, AUT 101117 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 107.74 |
| 10/11 | TD ATM DEBIT, *****45185633936, AUT 101117 DDA WITHDRAW<br>3300 ROUTE 9    FREEHOLD    * NJ | 100.00 |
| 10/11 | DEBIT POS, *****45185633936, AUT 101117 DDA PURCH W/CB<br>CVS PHARM 10363  4251    HOWELL    * NJ | 44.80 |
| 10/11 | DEBIT POS, *****45185633936, AUT 101117 DDA PURCH W/CB<br>TARGET T  4955 US HIGH    HOWELL    * NJ | 44.05 |
| 10/11 | DEBIT POS, *****45185633936, AUT 101117 DDA PURCH W/CB<br>WALGREENS STORE 1020 US    HOWELL    * NJ | 43.21 |
| 10/11 | DEBIT POS, *****45185633936, AUT 101117 DDA PURCH W/CB<br>02827 ACME    OLD BRIDGE    * NJ | 29.51 |
| 10/11 | DEBIT CARD PURCHASE, *****45185633936, AUT 101017 VISA DDA PUR<br>WAWA 938    00009381    HOWELL    * NJ | 25.00 |
| 10/11 | DEBIT CARD PURCHASE, *****45183719679, AUT 101017 VISA DDA PUR<br>PAX WHOLESOME FOODS    NEW YORK    * NY | 10.88 |
| 10/11 | ELECTRONIC PMT-WEB, NEW JERSEY GAS ONLINE PMT CKF****13488POS | 8.85 |
| 10/11 | DEBIT CARD PURCHASE, *****45185633936, AUT 100917 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 4.54 |
| 10/12 | TD ATM DEBIT, *****45183719679, AUT 101217 DDA WITHDRAW<br>469 7TH AVENUE    NEW YORK    * NY | 600.00 |
| 10/12 | DEBIT POS, *****45185633936, AUT 101217 DDA PURCH W/CB<br>WM SUPERC WAL MART SUP    HOWELL    * NJ | 120.33 |
| 10/12 | DEBIT POS, *****45185633936, AUT 101217 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 107.46 |
| 10/12 | TD ATM DEBIT, *****45185633936, AUT 101217 DDA WITHDRAW<br>3300 ROUTE 9    FREEHOLD    * NJ | 100.00 |
| 10/12 | DEBIT CARD PURCHASE, *****45185633936, AUT 101117 VISA DDA PUR<br>TODAYS NAILS    HOWELL    * NJ | 83.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 10 of 15 |
| Statement Period: | Sep 26 2017-Oct 25 2017 |
| Cust Ref #: | 4336897280-039-T-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/12 | DEBIT CARD PURCHASE, *****45183719679, AUT 101117 VISA DDA PUR<br>BEST BAGEL COFFEE     MANHATTAN   * NY | 14.64 |
| 10/12 | DEBIT POS, *****45185633936, AUT 101217 DDA PURCHASE<br>SHOPRITE HOWELL S1 459   HOWELL   * NJ | 12.81 |
| 10/12 | DEBIT POS, *****45183719679, AUT 101217 DDA PURCHASE<br>MTA VENDING MACHINES   NEW YORK   * NY | 10.00 |
| 10/12 | DEBIT CARD PURCHASE, *****45185633936, AUT 101017 VISA DDA PUR<br>STARBUCKS STORE 22993   FREEHOLD   * NJ | 8.55 |
| 10/13 | ELECTRONIC PMT-WEB, PROGRESSIVE INS ONLINE PMT CKF****13488POS | 519.35 |
| 10/13 | DEBIT POS, *****45185633936, AUT 101317 DDA PURCH W/CB<br>STOP  SHOP 0815    HOWELL   * NJ | 97.91 |
| 10/13 | DEBIT POS, *****45185633936, AUT 101317 DDA PURCHASE<br>CTS 100 TROTTERS WAY    FREEHOLD   * NJ | 68.25 |
| 10/13 | DEBIT POS, *****45183719679, AUT 101317 DDA PURCHASE<br>WM SUPERC WAL MART SUP   HOWELL   * NJ | 60.39 |
| 10/13 | DEBIT CARD PURCHASE, *****45185633936, AUT 101117 VISA DDA PUR<br>TACO BELL 28952    HOWELL   * NJ | 55.75 |
| 10/13 | DEBIT POS, *****45185633936, AUT 101317 DDA PURCHASE<br>WAL MART 3236    FREEHOLD   * NJ | 51.92 |
| 10/13 | DEBIT POS, *****45185633936, AUT 101317 DDA PURCH W/CB<br>TARGET T 4955 US HIGH   HOWELL   * NJ | 50.14 |
| 10/13 | DEBIT CARD PURCHASE, *****45185633936, AUT 101217 VISA DDA PUR<br>HANDS ON       FREEHOLD   * NJ | 30.00 |
| 10/13 | DEBIT CARD PURCHASE, *****45183719679, AUT 101217 VISA DDA PUR<br>CHEF YU       NEW YORK   * NY | 12.25 |
| 10/13 | DEBIT POS, *****45185633936, AUT 101317 DDA PURCHASE<br>WAWA 955       HOWELL   * NJ | 7.13 |
| 10/13 | DEBIT CARD PURCHASE, *****45185633936, AUT 101117 VISA DDA PUR<br>STARBUCKS STORE 22993   FREEHOLD   * NJ | 4.54 |
| 10/13 | DEBIT CARD PURCHASE, *****45185633936, AUT 101117 VISA DDA PUR<br>TACO BELL 28952    HOWELL   * NJ | 1.60 |
| 10/16 | DEBIT CARD PURCHASE, *****45183719679, AUT 101317 VISA DDA PUR<br>PEKING PAVILION    MANALAPAN   * NJ | 779.14 |
| 10/16 | DEBIT POS, *****45185633936, AUT 101617 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459   HOWELL   * NJ | 159.92 |
| 10/16 | DEBIT CARD PURCHASE, *****45185633936, AUT 101417 VISA DDA PUR<br>TUSCANY IV ITALIAN    MARLBORO   * NJ | 143.41 |
| 10/16 | DEBIT POS, *****45183719679, AUT 101517 DDA PURCHASE<br>THE HOME DEPOT 0961   FREEHOLD   * NJ | 114.72 |
| 10/16 | DEBIT CARD PURCHASE, *****45183719679, AUT 101417 VISA DDA PUR<br>ASBURY FESTHALLE BIERGAR   ASBURY PARK  * NJ | 97.00 |
| 10/16 | DEBIT POS, *****45183719679, AUT 101517 DDA PURCHASE<br>COLTS NECK WINE    COLTS NECK  * NJ | 58.75 |

Call **1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

Page: 11 of 15
Statement Period: Sep 26 2017-Oct 25 2017
Cust Ref #: 4336897280-039-T-###
Primary Account #: 433-6897280

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/16 | DEBIT CARD PURCHASE, *****45185633936, AUT 101517 VISA DDA PUR<br>TUSCANY IV ITALIAN    MARLBORO    * NJ | 46.41 |
| 10/16 | TDBANK BILL PAY CHECK, DEICHES&FERSCHMANN<br>CHECK# 995048 | 41.15 |
| 10/16 | DEBIT CARD PURCHASE, *****45183719679, AUT 101317 VISA DDA PUR<br>MANALAPAN DINER    MANALAPAN    * NJ | 29.56 |
| 10/16 | DEBIT CARD PURCHASE, *****45185633936, AUT 101417 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 24.90 |
| 10/16 | DEBIT CARD PURCHASE, *****45185633936, AUT 101317 VISA DDA PUR<br>WAWA 955    00009555    HOWELL    * NJ | 23.75 |
| 10/16 | DEBIT CARD PURCHASE, *****45185633936, AUT 101417 VISA DDA PUR<br>MCDONALD S F1084    FREEHOLD    * NJ | 22.40 |
| 10/16 | DEBIT CARD PURCHASE, *****45185633936, AUT 101417 VISA DDA PUR<br>WAWA 955    00009555    HOWELL    * NJ | 18.64 |
| 10/16 | DEBIT CARD PURCHASE, *****45183719679, AUT 101317 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 16.78 |
| 10/16 | DEBIT CARD PURCHASE, *****45183719679, AUT 101217 VISA DDA PUR<br>TST  GREGORY S COFFEE    NEW YORK    * NY | 5.50 |
| 10/16 | DEBIT CARD PURCHASE, *****45185633936, AUT 101217 VISA DDA PUR<br>STARBUCKS STORE 07204    FREEHOLD    * NJ | 4.54 |
| 10/16 | DEBIT CARD PURCHASE, *****45183719679, AUT 101417 VISA DDA PUR<br>ASBURY PARK PARKING    ASBURY PARK    * NJ | 2.00 |
| 10/17 | DEBIT POS, *****45185633936, AUT 101717 DDA PURCH W/CB<br>STOP  SHOP 0815    HOWELL    * NJ | 170.85 |
| 10/17 | DEBIT POS, *****45185633936, AUT 101717 DDA PURCH W/CB<br>WM SUPERC WAL MART SUP    HOWELL    * NJ | 142.38 |
| 10/17 | DEBIT POS, *****45185633936, AUT 101717 DDA PURCHASE<br>LUSH US  685  FREEHOLD  FREEHOLD    * NJ | 64.71 |
| 10/17 | DEBIT POS, *****45185633936, AUT 101717 DDA PURCHASE<br>YCC STORE 00019    FREEHOLD    * NJ | 56.08 |
| 10/17 | DEBIT CARD PURCHASE, *****45185633936, AUT 101517 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 34.25 |
| 10/17 | DEBIT POS, *****45185633936, AUT 101717 DDA PURCHASE<br>MACY S    3710 RT 9 SO    FREEHOLD    * NJ | 29.50 |
| 10/17 | DEBIT CARD PURCHASE, *****45183719679, AUT 101617 VISA DDA PUR<br>CHEF YU    NEW YORK    * NY | 12.25 |
| 10/18 | TDBANK BILL PAY CHECK, MATT SINGER<br>CHECK# 995051 | 180.00 |
| 10/18 | DEBIT POS, *****45185633936, AUT 101817 DDA PURCH W/CB<br>TARGET T  55 US HWY 9    MANALAPAN    * NJ | 129.97 |
| 10/18 | DEBIT POS, *****45185633936, AUT 101817 DDA PURCH W/CB<br>WHOLEFDS MAR 10 113 ROU    MARLBORO    * NJ | 120.70 |
| 10/18 | DEBIT POS, *****45185633936, AUT 101817 DDA PURCH W/CB<br>SHOPRITE HOWELL S1 459    HOWELL    * NJ | 111.03 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 12 of 15 |
| Statement Period: | Sep 26 2017-Oct 25 2017 |
| Cust Ref #: | 4336897280-039-T-### |
| Primary Account #: | 433-6897280 |

### DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/18 | DEBIT POS, *****45185633936, AUT 101817 DDA PURCHASE<br>MARSHALLS 200 TROTTERS    FREEHOLD    * NJ | 100.24 |
| 10/18 | DEBIT POS, *****45185633936, AUT 101817 DDA PURCHASE<br>MCDONALD S F108    FREEHOLD    * NJ | 63.70 |
| 10/18 | DEBIT POS, *****45185633936, AUT 101817 DDA PURCH W/CB<br>WALGREENS STORE 1020 US    HOWELL    * NJ | 48.27 |
| 10/18 | DEBIT POS, *****45185633936, AUT 101817 DDA PURCHASE<br>TARGET T  55 US HWY 9    MANALAPAN    * NJ | 9.30 |
| 10/18 | DEBIT CARD PURCHASE, *****45183719679, AUT 101717 VISA DDA PUR<br>UBER  US OCT17 YFF4K    HELP UBER COM * CA | 5.00 |
| 10/18 | DEBIT CARD PURCHASE, *****45185633936, AUT 101617 VISA DDA PUR<br>STARBUCKS STORE 20213    SOUTH AMBOY  * NJ | 4.54 |
| 10/19 | TD ATM DEBIT, *****45185633936, AUT 101917 DDA WITHDRAW<br>3300 ROUTE 9    FREEHOLD    * NJ | 200.00 |
| 10/19 | DEBIT CARD PURCHASE, *****45185633936, AUT 101817 VISA DDA PUR<br>WAWA  938    00009381    HOWELL    * NJ | 23.20 |
| 10/19 | DEBIT CARD PURCHASE, *****45183719679, AUT 101717 VISA DDA PUR<br>TST  GREGORY S COFFEE    NEW YORK    * NY | 18.70 |
| 10/19 | DEBIT CARD PURCHASE, *****45183719679, AUT 101817 VISA DDA PUR<br>BEST BAGEL  COFFEE    MANHATTAN    * NY | 10.67 |
| 10/19 | DEBIT CARD PURCHASE, *****45185633936, AUT 101717 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 4.54 |
| 10/20 | DEBIT POS, *****45185633936, AUT 102017 DDA PURCH W/CB<br>02827 ACME    OLD BRIDGE    * NJ | 123.62 |
| 10/20 | DEBIT CARD PURCHASE, *****45185633936, AUT 101917 VISA DDA PUR<br>FRANKIE FEDS PIZZA    732 2941333  * NJ | 97.22 |
| 10/20 | DEBIT CARD PURCHASE, *****45185633936, AUT 101917 VISA DDA PUR<br>HANDS ON    FREEHOLD    * NJ | 30.00 |
| 10/20 | DEBIT POS, *****45185633936, AUT 102017 DDA PURCHASE<br>WAWA  989    OLD BRIDGE    * NJ | 29.66 |
| 10/20 | DEBIT CARD PURCHASE, *****45183719679, AUT 101917 VISA DDA PUR<br>FAMOUS FAMILIGIA    NEW YORK    * NY | 6.70 |
| 10/20 | DEBIT CARD PURCHASE, *****45185633936, AUT 101817 VISA DDA PUR<br>STARBUCKS STORE 07753    MANALAPAN    * NJ | 6.15 |
| 10/20 | DEBIT POS, *****45185633936, AUT 102017 DDA PURCHASE<br>02827 ACME    OLD BRIDGE    * NJ | 4.65 |
| 10/20 | DEBIT CARD PURCHASE, *****45185633936, AUT 101817 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 4.54 |
| 10/23 | DEBIT POS, *****45185633936, AUT 102217 DDA PURCH W/CB<br>STOP  SHOP 0815    HOWELL    * NJ | 168.59 |
| 10/23 | DEBIT POS, *****45185633936, AUT 102217 DDA PURCH W/CB<br>WM SUPERC WAL MART SUP    HOWELL    * NJ | 158.59 |
| 10/23 | DEBIT CARD PURCHASE, *****45183719679, AUT 102117 VISA DDA PUR<br>AQUAGRILL    NEW YORK  * NY | 140.73 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

| | |
|---|---|
| Page: | 13 of 15 |
| Statement Period: | Sep 26 2017-Oct 25 2017 |
| Cust Ref #: | 4336897280-039-T-### |
| Primary Account #: | 433-6897280 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/23 | DEBIT POS, *****45185633936, AUT 102317 DDA PURCH W/CB<br>02827 ACME       OLD BRIDGE   * NJ | 122.62 |
| 10/23 | TDBANK BILL PAY CHECK,<br>FREEHOLD CARTAGE INC<br>CHECK# 995050 | 114.99 |
| 10/23 | TD ATM DEBIT, *****45185633936, AUT 102317 DDA WITHDRAW<br>3300 ROUTE 9       FREEHOLD   * NJ | 100.00 |
| 10/23 | DEBIT POS, *****45183719679, AUT 102117 DDA PURCHASE<br>GF UNITED AUTO SERVICE   FREEHOLD   * NJ | 78.40 |
| 10/23 | DEBIT CARD PURCHASE, *****45185633936, AUT 102217 VISA DDA PUR<br>TUSCANY IV ITALIAN      MARLBORO   * NJ | 73.79 |
| 10/23 | DEBIT POS, *****45183719679, AUT 102217 DDA PURCHASE<br>LOWE S  1567 57 U S H    MORGANVILLE  * NJ | 66.72 |
| 10/23 | DEBIT CARD PURCHASE, *****45185633936, AUT 102017 VISA DDA PUR<br>TODAYS NAILS       HOWELL   * NJ | 38.00 |
| 10/23 | DEBIT CARD PURCHASE, *****45183719679, AUT 102017 VISA DDA PUR<br>NYCTAXI2G39       NEW YORK    * NY | 37.25 |
| 10/23 | DEBIT POS, *****45185633936, AUT 102117 DDA PURCHASE<br>GF UNITED AUTO SERVICE   FREEHOLD   * NJ | 28.80 |
| 10/23 | DEBIT CARD PURCHASE, *****45183719679, AUT 102117 VISA DDA PUR<br>WAWA  FOOD MARK00009100    HOWELL    * NJ | 27.90 |
| 10/23 | DEBIT CARD PURCHASE, *****45185633936, AUT 102217 VISA DDA PUR<br>WAWA  955    00009555    HOWELL    * NJ | 25.00 |
| 10/23 | DEBIT CARD PURCHASE, *****45183719679, AUT 102017 VISA DDA PUR<br>UBER   US OCT20 A3WYM    HELP UBER COM * CA | 22.82 |
| 10/23 | DEBIT CARD PURCHASE, *****45185633936, AUT 102117 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD   * NJ | 18.38 |
| 10/23 | DEBIT CARD PURCHASE, *****45183719679, AUT 102117 VISA DDA PUR<br>UBER   TRIP IZHHC      HELP UBER COM * CA | 17.11 |
| 10/23 | DEBIT POS, *****45185633936, AUT 102317 DDA PURCH W/CB<br>02827 ACME       OLD BRIDGE   * NJ | 14.65 |
| 10/23 | DEBIT CARD PURCHASE, *****45185633936, AUT 102017 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD   * NJ | 8.23 |
| 10/23 | DEBIT CARD PURCHASE, *****45185633936, AUT 102017 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD   * NJ | 5.93 |
| 10/23 | DEBIT CARD PURCHASE, *****45183719679, AUT 102117 VISA DDA PUR<br>UBER   TIP IZHHC      HELP UBER COM * CA | 5.00 |
| 10/23 | DEBIT CARD PURCHASE, *****45185633936, AUT 101917 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD   * NJ | 4.54 |
| 10/23 | DEBIT CARD PURCHASE, *****45185633936, AUT 102017 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD   * NJ | 4.54 |
| 10/23 | DEBIT CARD PURCHASE, *****45183719679, AUT 102017 VISA DDA PUR<br>UBER   TIP A3WYM      HELP UBER COM * CA | 3.00 |
| 10/23 | DEBIT CARD PURCHASE, *****45183719679, AUT 102117 VISA DDA PUR<br>ASBURY PARK PARKING      ASBURY PARK  * NJ | 2.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

Page:                    14 of 15
Statement Period:    Sep 26 2017-Oct 25 2017
Cust Ref #:             4336897280-039-T-###
Primary Account #:    433-6897280

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/24 | DEBIT POS, *****45185633936, AUT 102417 DDA PURCH W/CB<br>STOP SHOP 0815    HOWELL    * NJ | 137.59 |
| 10/24 | DEBIT POS, *****45185633936, AUT 102417 DDA PURCH W/CB<br>02827 ACME    OLD BRIDGE * NJ | 118.85 |
| 10/24 | DEBIT POS, *****45185633936, AUT 102417 DDA PURCHASE<br>GF UNITED AUTO SERVICE    FREEHOLD    * NJ | 78.01 |
| 10/24 | DEBIT CARD PURCHASE, *****45185633936, AUT 102317 VISA DDA PUR<br>TUSCANY IV ITALIAN    MARLBORO    * NJ | 46.19 |
| 10/24 | DEBIT CARD PURCHASE, *****45185633936, AUT 102317 VISA DDA PUR<br>WAWA 955    00009555    HOWELL    * NJ | 39.50 |
| 10/24 | DEBIT POS, *****45185633936, AUT 102417 DDA PURCHASE<br>02827 ACME    OLD BRIDGE * NJ | 4.65 |
| 10/24 | DEBIT CARD PURCHASE, *****45185633936, AUT 102217 VISA DDA PUR<br>STARBUCKS STORE 22993    FREEHOLD    * NJ | 4.54 |
| 10/25 | DEBIT POS, *****45185633936, AUT 102517 DDA PURCH W/CB<br>WHOLEFDS MAR 10 113 ROU    MARLBORO    * NJ | 112.54 |
| 10/25 | TD ATM DEBIT, *****45185633936, AUT 102517 DDA WITHDRAW<br>3300 ROUTE 9    FREEHOLD    * NJ | 100.00 |
| 10/25 | DEBIT POS, *****45185633936, AUT 102517 DDA PURCH W/CB<br>CVS PHARM 02547 4008    MORGANVILLE * NJ | 95.80 |
| 10/25 | DEBIT CARD PURCHASE, *****45183719679, AUT 102417 VISA DDA PUR<br>PAX WHOLESOME FOODS    NEW YORK    * NY | 20.86 |
| 10/25 | DEBIT CARD PURCHASE, *****45183719679, AUT 102417 VISA DDA PUR<br>CHEF YU    NEW YORK    * NY | 14.95 |
| 10/25 | DEBIT CARD PURCHASE, *****45185633936, AUT 102417 VISA DDA PUR<br>MCDONALD S F1084    FREEHOLD    * NJ | 13.62 |
| 10/25 | DEBIT POS, *****45185633936, AUT 102517 DDA PURCHASE<br>WAWA 989    OLD BRIDGE * NJ | 12.10 |
| 10/25 | DEBIT POS, *****45185633936, AUT 102517 DDA PURCHASE<br>WAWA 955    HOWELL    * NJ | 8.64 |
| | Subtotal: | 18,308.93 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/23 | DEBIT | 1,000.00 |
| | Subtotal: | 1,000.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/25 | 91,242.30 | 10/11 | 95,076.82 |
| 09/26 | 90,775.23 | 10/12 | 93,839.03 |
| 09/27 | 90,396.81 | 10/13 | 92,879.80 |

**Call 1-800-937-2000** for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

JOHN M ALBANO
GRACE M ALBANO
DIP CASE 17-18140 DIST NJ

Page: 15 of 15
Statement Period: Sep 26 2017-Oct 25 2017
Cust Ref #: 4336897280-039-T-###
Primary Account #: 433-6897280

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/28 | 89,935.37 | 10/16 | 100,279.25 |
| 09/29 | 95,272.65 | 10/17 | 99,769.23 |
| 10/02 | 93,673.00 | 10/18 | 98,996.48 |
| 10/03 | 93,076.04 | 10/19 | 98,739.37 |
| 10/04 | 92,607.79 | 10/20 | 98,436.83 |
| 10/05 | 92,129.66 | 10/23 | 103,972.27 |
| 10/06 | 90,164.00 | 10/24 | 103,542.94 |
| 10/10 | 96,862.22 | 10/25 | 103,164.43 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender