UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ira R. Deiches, Esquire (NJ ID #013941976)
**DEICHES & FERSCHMANN**
25 Wilkins Avenue
Haddonfield, NJ 08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Reorganized Debtors

In Re:

JOHN M. ALBANO and GRACE M. ALBANO,

Reorganized Debtors.

Order Filed on February 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-18140

Chapter 11

Judge: Honorable Christine M. Gravelle

Hearing Date:  February 20, 2018
2:00 p.m.

## ORDER AWARDING COMPENSATION TO ATTORNEY FOR REORGANIZED DEBTORS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: February 20, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor: JOHN M. ALBANO and GRACE M. ALBANO
Case No.: 17-18140-CMG
Caption of Order: **ORDER AWARDING COMPENSATION TO ATTORNEY FOR REORGANIZED DEBTORS**

---

This matter being opened to the Court by Ira R. Deiches, Esquire, of the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for John M. Albano and Grace M. Albano, Reorganized Debtors herein ("Debtors"), upon application by the terms of which said attorneys sought an Order of this Court awarding compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties; and upon cause shown;

Now, therefore, it is

**ORDERED** that the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for Debtors herein, be and is hereby allowed compensation for services rendered in the sum of $ $11731.25 , together with reimbursement of expenses in the sum of $ 47.11 , for a total allowance herein of $ 11778.36 .