Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                Case No.: 17−18140−CMG
                Chapter: 11
                Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John M. Albano                              Grace M. Albano
   111 Hunt Road                               111 Hunt Road
   Freehold, NJ 07728                       Freehold, NJ 07728

Social Security No.:
   xxx−xx−7225                                    xxx−xx−1550

Employer's Tax I.D. No.:

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on February 21, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 71 − 64
Order Granting Application For Compensation for Rosenberg & Manente, fees awarded: $1693.75, expenses awarded: $0.00 (Related Doc # 64). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/20/2018. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 21, 2018
JAN: bwj

                                                                        Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 17-18140-CMG
John M. Albano                                                      Chapter 11
Grace M. Albano
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1               Date Rcvd: Feb 21, 2018
                              Form ID: orderntc        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2018.
```
acc            +Rosenberg & Manente,    12 West 32nd St.,    10th Fl,    New York, NY 10001-0891
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2018 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of
           J.P. Morgan Alternative Loan Trust 2007- A1, Mortgage Pass- Through Certificiates, Series
           2007-A1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Ira   Deiches    on behalf of Debtor John M. Albano ideiches@deicheslaw.com
          Ira   Deiches    on behalf of Joint Debtor Grace M. Albano ideiches@deicheslaw.com
          Ira   Deiches    on behalf of Accountant    Rosenberg & Manente ideiches@deicheslaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```