UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Ira R. Deiches, Esquire (NJ ID #013941976)
**DEICHES & FERSCHMANN**
25 Wilkins Avenue
Haddonfield, NJ  08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Reorganized Debtors

In Re:

JOHN M. ALBANO and GRACE M. ALBANO,

                       Reorganized Debtors.

Order Filed on February 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-18140

Chapter 11

Judge: Honorable Christine M. Gravelle

Hearing Date:  February 20, 2018
                     2:00 p.m.

## ORDER AWARDING COMPENSATION TO
## ATTORNEY FOR REORGANIZED DEBTORS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: February 20, 2018**

*/s/ Christine M. Gravelle*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Debtor:              JOHN M. ALBANO and GRACE M. ALBANO
Case No.;            17-18140-CMG
Caption of Order:    **ORDER AWARDING COMPENSATION TO ATTORNEY FOR REORGANIZED DEBTORS**

---

This matter being opened to the Court by Ira R. Deiches, Esquire, of the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for John M. Albano and Grace M. Albano, Reorganized Debtors herein ("Debtors"), upon application by the terms of which said attorneys sought an Order of this Court awarding compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties; and upon cause shown;

Now, therefore, it is

**ORDERED** that the firm of Deiches & Ferschmann, A Professional Corporation, attorneys for Debtors herein, be and is hereby allowed compensation for services rendered in the sum of $ $11731.25 , together with reimbursement of expenses in the sum of $ 47.11 , for a total allowance herein of $ 11778.36 .

United States Bankruptcy Court
District of New Jersey

In re:  
John M. Albano  
Grace M. Albano  
    Debtors

Case No. 17-18140-CMG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 21, 2018  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2018.  
db/jdb         +John M. Albano,   Grace M. Albano,   111 Hunt Road,   Freehold, NJ 07728-8126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2018 at the address(es) listed below:  
           Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee of J.P. Morgan Alternative Loan Trust 2007- A1, Mortgage Pass- Through Certificiates, Series 2007-A1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Ira    Deiches     on behalf of Debtor John M. Albano ideiches@deicheslaw.com  
           Ira    Deiches     on behalf of Joint Debtor Grace M. Albano ideiches@deicheslaw.com  
           Ira    Deiches     on behalf of Accountant    Rosenberg & Manente ideiches@deicheslaw.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                      TOTAL: 5