UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ira R. Deiches, Esquire (NJ ID #013941976)
DEICHES & FERSCHMANN
25 Wilkins Avenue
Haddonfield, NJ 08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Reorganized Debtors

Case No.: 17-18140

Chapter: 11

In Re:

JOHN M. ALBANO and GRACE M. ALBANO,

Reorganized Debtors.

Adv. No.:

Hearing Date: March 27, 2018

Judge: Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, Ira R. Deiches :

   ☒ represent the Reorganized Debtors in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On February 28, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Motion on Behalf of Reorganized Debtors for Final Decree; Motion on Behalf of Reorganized Debtors for Final Decree; and proposed Final Decree

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: February 28, 2018

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |