| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Ira R. Deiches, Esquire (NJ ID #013941976)<br>**DEICHES & FERSCHMANN**<br>25 Wilkins Avenue<br>Haddonfield, NJ  08033<br>(856) 428-9696<br>ideiches@deicheslaw.com<br>**Attorneys for Reorganized Debtors** |
| In Re:<br><br>JOHN M. ALBANO and GRACE M. ALBANO,<br><br>                              Reorganized Debtors. |

Order Filed on March 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-18140

Chapter 11

Judge: Honorable Christine M. Gravelle

Hearing Date:   March 27, 2018
                              10:00 a.m.

# FINAL DECREE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 30, 2018**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

**In Re:**          **JOHN M. ALBANO and GRACE M. ALBANO**
**Case No.:**      **17-18140-CMG**
**Caption of Order:**   **FINAL DECREE**

---

The estate of the above-named Debtors having been fully administered, subject to Debtors' completion of their payments due under their Plan of Reorganization confirmed by prior Order of this Court dated November 16, 2017, it is

**ORDERED** that the Chapter 11 Case of the above named Debtors be and is hereby closed; and it is

**FURTHER ORDERED** that no later than fourteen (14) days following entry of this Order, Debtors shall file any post-confirmation quarterly reports with this Court and serve a copy on the Office of the United States Trustee, provide disbursement information to the Office of the United States Trustee, and pay any and all statutory fees due pursuant to 28 U.S.C. §1930(a)(6); and it is

**FURTHER ORDERED** that should Debtors fail to comply with this Order, this case will be reopened and converted to a Chapter 7 case, upon the submission of a certificate of default by the United States Trustee, by and through counsel, on seven (7) days notice to Debtors and Debtors' counsel, without the need for filing a separate motion to reopen this case.