UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Office of Edward Hanratty
Edward Hanratty, Esquire  (052151997)
80 Court Street
Freehold, NJ 07728
(732) 866-6655

In Re:

JOHN ALBANO and GRACE ALBANO,
Reorganized Debtors

Case No.: 17-18140
Chapter: 11
Judge: CMG

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that **Edward Hanratty, Esquire** will be substituted as attorney of record for John & Grace Albano, Debtors in this case.[1]

Date: November 25, 2020

Signature of Former Attorney

Date: 11/30/20

Signature of Substituted Attorney[2]

rev.8/1/16

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.