UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ira R. Deiches, Esquire (NJID #013941976)
DEICHES & FERSCHMANN
25 Wilkins Avenue
Haddonfield, NJ 08033
(856) 428-9696
ideiches@deicheslaw.com
Attorneys for Reorganized Debtors

In Re:

JOHN M. ALBANO and GRACE M. ALBANO

Case No.: 1718140
Chapter: 11
Judge: CMG

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that **Ira R. Deiches** will be substituted as attorney of record for **John and Grace Albano, reorganized debtors** in this case.[1]

Date: December 16, 2022

Signature of Former Attorney

Date: December 16, 2022

Signature of Substituted Attorney[2]

rev. 8/1/16

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.